JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

2:21-cv-2189 - PKH

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
2019 Black Mercedes-Benz 3500XD Crew, VIN: WD4PF4CDXKP155500, et al.

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
___, U.S. Attorney's Office, Western District of Arkansas, 414 Parker Avenue, Fort Smith, AR 72901

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 981
Brief description of cause:
Forfeiture of property

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 11/23/2021
SIGNATURE OF ATTORNEY OF RECORD: *Candace L. Taylor* (signature)

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

CASE OPENING INFORMATION
CONTINUATION SHEET

| Plaintiff(s) | Counsel of Record (Include name and bar number) |
|---|---|
| | |

| Defendant(s) | Counsel of Record (Include name and bar number) |
|---|---|
| 2017 White Tesla Model X, VIN: 5YJXCAE48HF075775<br>1962 Red/Cream Chevrolet Impala, VIN: 21769K160645<br>2015 White Toyota 4-Runner, VIN: JTEBU5JR9F5238248<br>2019 White BMW X3, VIN: 5UXTS3C5XKLR73709<br>2020 Can-Am Maverick X3, VIN: 3JBVXAV4XLK001577<br>2020 Yellow Honda TRX420FA2L Rancher ATV, VIN: 1HFTE4192L4600458<br>2019 Blue/Orange Bombardier 35KA Wake 155, Hull Number: YDV45515A919<br>2019 Blue/Orange Bombardier 35KA Wake 155, Hull Number: YDV41862K819<br>2015 White Rolls Royce Wraith, VIN: SCA665C56FUX85372<br>2014 Black Porsche Panamera, VIN: WP0AF2A76EL083482<br>2020 White Chevrolet Silverado 1500 Crew Cab, VIN: 1GCUYGED0LZ253284<br>2021 Black GMC Yukon Denali, VIN: 1GKS1DKL1MR116205<br>2020 Black Ford F-450, VIN: 1FT8W4DT9LEC83745<br>2021 White Four Star Trailer, VIN: 4FKHG372XM0039028<br>1998 Red Dodge Ram 2500, VIN: 3B7KF2660WM245434<br>2017 Black Cadillac Escalade, VIN: 1GYS4DKJ8HR389417<br>2011 Black Mercedes-Benz GLK Class Utility, VIN: WDCGG8HB3BF642818<br>Toro Riding Lawnmower, Model Number: 75755<br>2012 White Ford Commercial Transit Connect Cargo Van, VIN: NM0LS7AN7CT091388<br>2021 Black Karavan Trailer, VIN: 5KTUS1413KF519784<br>2011 Red Polaris Ranger, VIN: 4XAWH50A1BB413732<br>2021 White Cadillac Escalade Platinum, VIN: 1GYS4GKL4MR297394 | |

CASE OPENING INFORMATION
CONTINUATION SHEET

| Plaintiff(s) | Counsel of Record (Include name and bar number) |
|---|---|
| | |

| Defendant(s) | Counsel of Record (Include name and bar number) |
|---|---|
| 2015 Gray Nissan Juke, VIN: JN8AF5MR3FT513022<br>4 Trailers<br>$44.29 in funds from First Horizon Bank account ending in 3194<br>$94,971.58 in funds from Bank OZK, Fort Smith, AR account ending in1863<br>$225.95 in funds from IBC Bank, Fort Smith, AR account ending in 0124<br>$9,046.29 in funds from BancFirst, Oklahoma City, OK account ending in 4027<br>$44,840.37 in funds from BancFirst, Oklahoma City, OK account ending in 9512<br>$22,843.23 in funds from BancFirst, Oklahoma City, OK account ending in 7788<br>$72,008.59 in funds from Valliance Bank, Fort Smith, AR account ending in 4208<br>$20,858.19 in funds from Valliance Bank account ending in 7046<br>$101,754.95 in funds from Valliance Bank account ending in 7970<br>$833.96 in funds from Bank of Oklahoma account ending in 7502<br>$14,062.61 in funds from Bank of Oklahoma account ending in 0157<br>$2,094.00 in funds from Bank of Oklahoma account ending in 2749<br>$25.06 in funds from Bank of Oklahoma account 6456<br>$52,493.00 U.S. Currency<br>One Aria Casino $5,000 Poker Chip<br>29 pairs of shoes<br>5 paintings, 3 prints and 1 poster<br>1 Louis Vuitton handbag<br>Miscellaneous jewelry items to include rings, necklaces and pendants, earrings, ladies Rolex watch | |

CASE OPENING INFORMATION
CONTINUATION SHEET

| Plaintiff(s) | Counsel of Record (Include name and bar number) |
|---|---|
|  |  |

| Defendant(s) | Counsel of Record (Include name and bar number) |
|---|---|
| 3 framed sports collectible jerseys<br>Black cabinet sound console with assorted analog boards, power supplies, and equalizers<br>Wood cabinet sound console with assorted analog boards, sound processing and equalizers<br>API Legacy Sound Console with Computer Screen and Power Supply, black<br>Miscellaneous music equipment to include, guitars and cases, cymbals, drums and stools, piano/keyboards, amplifiers and cases, speakers, headphones, microphones and stands, tambourines, violins, toms, guitar straps/strings/picks/stands/pedals, power and adapter cords and cables, square reader for credit cards, light systems, guitar seats, soundproof tiles, hard drives |  |