## <u>UNSWORN DECLARATION UNDER PENALTY OF PERJURY</u>

I, Matthew Ferguson, declare under the penalty of perjury the following is true and correct:

1.      I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.  I have been employed as a Special Agent with the FBI since September 2009. Prior to my employment with the FBI, I was employed as a Police Officer and Narcotics Officer by the City of North Little Rock, Arkansas Police Department from 2004 to 2009. I am currently assigned to the FBI Little Rock Division, Fort Smith Resident Agency where I am tasked with conducting criminal enterprise investigations. During my career as a Special Agent, I have been involved in a wide variety of investigative matters, including investigations of violations of 18 United States Code § 1343, Wire Fraud and 18 U.S.C. §§ 1956 and 1957, Money Laundering.  During the course of these investigations, I have authored and reviewed multiple Title III wire intercept affidavits, coordinated the execution of search and arrest warrants, conducted physical surveillance, participated in debriefs with confidential sources, analyzed records relating to fraudulent schemes, and communicated with other local and federal law enforcement officers regarding the manner in which individuals involved in major fraud schemes conduct their criminal activities and attempt to hide their ill-gotten gain through various methods of money laundering.

2.      This case is being investigated by the Federal Bureau of Investigation ("FBI"), the U.S. Department of Health and Human Services Office of Inspector General (HHS-OIG) and the Internal Revenue Service-Criminal Investigation ("IRS-CI").

3.      I am familiar with the facts and circumstances described herein.  This affidavit is based upon my personal involvement in this investigation, my training and experience, and information obtained from various law enforcement personnel and witnesses, including information that has been reported to me either directly or indirectly.  This affidavit does not purport to set forth my complete knowledge or understanding of the facts related to this investigation.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.  All figures, times, and calculations set forth herein are approximate.

4.      This affidavit is in support of the civil forfeiture of property as described in Exhibit A that is proceeds of the following Subject Offenses:

   a.   Health Care Fraud, 18 U.S.C. § 1347:

   b.   Conspiracy to Commit Health Care Fraud, 18 U.S.C. §1349:

   c.   Money Laundering, 18 U.S.C. § 1957.

5.      The violations of Title 18 U.S.C. § 1347 (Health Care Fraud) and 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud) constitute a specified unlawful activity for the purposes of violations of Title 18 § U.S.C. 1957 (Money Laundering), which results in traceable property becoming forfeitable under 18 U.S.C. § 981 (a)(l)(C).  That statute states, in relevant part, that any property, real or personal, is forfeitable which constitutes or is derived from proceeds traceable to any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense.

6.      I, the undersigned, make this unsworn declaration in support of a Verified Complaint for forfeiture in rem of the property more particularly described in Exhibit A.

## FACTS AND CIRCUMSTANCES

7.      I am currently conducting an investigation regarding fraudulent Medicare claims for lab testing submitted by four clinical laboratories (hereinafter collectively referred to as "Subject Labs") - Vitas Laboratory LLC (hereinafter Vitas), Solas Health Technologies PLLC aka Corrlabs LLC (hereinafter Corrlabs); Nations Laboratory Services LLC (hereinafter Nations) and Beach Tox LLC (hereinafter Beach Tox).   The investigation also involves fraudulent claims submitted to Blue Cross and Blue Shield (hereinafter Blue Cross) by medical clinics.

8.      Based on the investigation and as set forth below, there is probable cause to believe that from at least as early as 2018 and continuing to the present, Billy Taylor (TAYLOR) and others engaged in a conspiracy and scheme to defraud Medicare by submitting fraudulent Medicare claims for lab tests that were never performed.  These fraudulent Medicare claims included claims for lab tests performed after beneficiaries had died and for lab tests never ordered by the medical providers or performed for the patients listed on the claims.

9.      The general way that the scheme to defraud Medicare worked was that Billy Taylor would establish or acquire control of clinical laboratories through which Billy Taylor and his co-conspirators obtained information about medical providers, patients, and lab tests.   This information, which included the names and National Provider Identifiers (NPIs) for medical providers and the names and social security numbers of Medicare beneficiaries, would then be used by Billy Taylor and his co-conspirators to submit fraudulent Medicare claims on behalf of the Subject Labs for lab tests which were not ordered from or performed by the Subject Labs. The Subject Labs would submit fraudulent claims by using information from lab orders submitted to a lab or from lab tests previously performed at a lab acquired by Billy Taylor. The fraudulent claims

included approximately $1.9 million in claims for lab tests purportedly performed for a beneficiary after the beneficiary's death.

10.     From November 1, 2017 to September 5, 2019, Vitas submitted more than $23 million in Medicare claims and was paid approximately $7.8 million on these claims.  From May 10, 2019 to February 19, 2021, Corrlabs submitted more than $10 million in Medicare claims and was paid approximately $2.1 million on these claims.  From October 3, 2019 to February 16, 2021, Nations submitted more than $24 million in Medicare claims and was paid approximately $4.3 million on these claims.  From March 9, 2020 to February 17, 2021, Beach Tox submitted more than $56 million in Medicare claims and was paid approximately $17.8 million on these claims. Additional Medicare records show that Beach Tox continued to submit Medicare claims in March and April 2021.

11.     There is also probable cause to believe that, in 2018 and 2019, Billy Taylor and others engaged in a conspiracy and scheme to defraud Blue Cross.  The general way that the Blue Cross scheme worked was that Billy Taylor acquired an ownership interest in a medical clinic and would then use the names and NPIs for medical providers associated with the clinic, who had agreements with Blue Cross, to submit fraudulent claims to Blue Cross.  The claims falsely represented that services were rendered by these medical providers at the clinics.  On multiple occasions, Billy Taylor and his co-conspirators used information from legitimate lab orders submitted to a lab he controlled as the basis for the fraudulent Blue Cross claims.  Blue Cross paid more than $10 million on these fraudulent claims.

12.     For several months federal law enforcement agencies including the FBI, HHS OIG, and IRS-CI have been investigating fraudulent Medicare claims submitted by the Subject Labs using the following addresses: Vitas at 1311 Fort Street, Suite J, Barling, Arkansas; Corrlabs LLC at 340 Commerce Avenue 10, Southern Pines, North Carolina 28387; Nations at 204 E. Walnut Street, Tecumseh, Oklahoma 74873; and Beach Tox at 4025 Spencer Street, Suite 303, Torrance, California 90503.

13.     Probable cause that the Subject Offenses occurred is based on interviews with medical providers, patients, and others as wells as the review of records relating to the submission of Medicare claims, the payment of these claims, and the disposition of the funds paid on these claims.

A. **Relevant Health Care Regulations and Statutes**

14.     Federal law makes it a crime for anyone to knowingly or willfully execute or attempt to execute a scheme or artifice: (1) to defraud any health care benefit program or (2) to obtain by means of false or fraudulent pretenses, representations, or promises, any of the money or property owned by or under the custody or control of a health care benefit program, in connection with the delivery of or payment for health care benefits, items, or services.  18 U.S.C. § 1347(a).

15.     A "health care benefit program" is defined as "any public or private plan to contract, affecting commerce, under which any medical benefit, item, or service is provided to any individual, and includes any individual or entity who is providing a medical benefit, item, or service for which payment may be made under the plan or contract." 18 U.S.C. § 24(b).  In this case, the Medicare program that was billed falls under the definition of a "health care benefit

program."  Medicare is a federal system of health insurance for people over 65 years of age and for certain younger people with disabilities.

16.     Under Federal regulations, CLIA (Clinical Laboratory Improvement Amendments) registration and certification by the Centers for Medicare and Medicaid Services ("CMS") is required of all laboratories in the United States before it can accept human samples for diagnostic testing.

17.     Federal regulations also permit laboratories to refer test samples to other laboratories in certain circumstances.  In such laboratory-to-laboratory referrals, a service is performed by one laboratory at the request of another laboratory.  One laboratory (the "referring laboratory") refers a sample to another laboratory for testing.  The "reference laboratory" is the laboratory that receives this sample from the referring laboratory, and the reference laboratory performs the test on this sample.  The referring laboratory is permitted to bill Medicare for the test performed by the reference laboratory if they meet one of the following conditions: (i) the referring laboratory was located in, or was part of, a rural hospital; (ii) the referring laboratory was wholly owned by the entity performing such test, the referring laboratory wholly owned the entity performing such test, or both the referring laboratory and the entity performing such test were wholly owned by a third party; or (iii) the referring laboratory did not refer more than 30 percent of the clinical laboratory test for which it received requests for testing during the given calendar year.  42 U.S.C. § 1395l(h)(5)(A)(ii).

### B.  The Fraudulent Scheme

18.     On January 25, 2017, Vitas was formed in Delaware by TAYLOR and others.  Vitas received CLIA certification on February 28, 2017, with the address 1311 Fort Street, Suite J, Barling Arkansas, and was enrolled to submit claims to Medicare in or around February 2017. Barling, Arkansas, is located within the Western District of Arkansas.

19.     Beach Tox was formed in California on June 16, 2016.  In June 2017, Beach Tox submitted Medicare enrollment paperwork listing 4025 Spencer St. Unit 303, Torrance, California as the practice location, WITNESS 1[1] as the owner and authorization for electronic payments to be made to a J.P. Morgan Chase Bank account ending in 1089 ("Beach Tox Chase Bank account").

20.     Beginning January 2017, TAYLOR established Vitas in Barling, Arkansas as a new clinical laboratory.  On February 29, 2020, TAYLOR and a co-conspirator acquired ownership and control of Beach Tox. TAYLOR did not acquire ownership of the lab equipment. Further, TAYLOR never submitted any laboratory samples for testing to the owner of the lab equipment.

21.     TAYLOR and his accomplices used the Subject Labs to submit false and fraudulent laboratory testing services that were often never provided, and not ordered by the doctors on the claims.  TAYLOR and his accomplices used, without authorization, the names and social security numbers for beneficiaries and the names and NPI for medical providers to submit these claims.

22.     TAYLOR and his accomplices committed the fraudulent scheme to defraud Medicare through the following three basic steps:

- *First*, TAYLOR and his accomplices established or acquired labs.

---

[1] WITNESS 1 is an individual who is known to law enforcement but whose identity is being withheld from this affidavit for the purposes of shielding their identity.

- *Second*, the lab would obtain the names and social security numbers for beneficiaries, and the names and National Provider Identifiers ("NPI") for medical providers, either through legitimate lab referrals (Vitas) or pre-acquisition billing records (Beach Tox), and used this information to submit fraudulent claims to Medicare.

- *Third*, TAYLOR hired and trained inexperienced billers to use the provider and beneficiary information to bill Medicare repeatedly for services that were not provided under the names of doctors who never ordered them.

23.     TAYLOR and his accomplices had no access to any working laboratory testing equipment at Beach Tox.  Nevertheless, after TAYLOR acquired Beach Tox, Beach Tox billed Medicare for over $65 million in claims in a short period of time, including more than $3 million for dates-of-service before TAYLOR and his accomplice owned the lab.  No reference labs were identified by Beach Tox in the billing data.

24.     Medicare is a federal system of health insurance for people over 65 years of age and for certain younger people with disabilities and is a "health care benefit program" as defined in 18 U.S.C. § 24(b). Medicare records were obtained for claims submitted by Beach Tox, Corrlabs and Nations with dates of service from January 1, 2017 through February 19, 2021 and for Vitas from January 1, 2017 to August 28, 2020.

25.     From November 1, 2017 to May 1, 2020, Vitas submitted more than $23 million in Medicare claims and was paid approximately $7.8 million on these claims. From May 10, 2019 to December 16, 2020, Corrlabs submitted approximately $10 million in Medicare claims and was paid approximately $2.1 million on these claims. From October 3, 2019 to February 16, 2021, Nations submitted approximately $24 million in Medicare claims was paid approximately $4.3

million on these claims. From March 9, 2020 to February 17, 2021, Beach Tox submitted more than $56 million in Medicare claims and was paid approximately $17.8 million on these claims.

**Vitas Laboratory LLC**

26.     On January 25, 2017, Vitas Laboratory LLC was formed in Delaware.  On February 20, 2017, Billy Taylor signed an application to the Centers for Medicare and Medicaid Services (hereinafter CMS) to obtain a Clinical Laboratory Improvement Amendments (CLIA) Certification of Registration for Vitas at 1311 Fort Street Suite J, Barling, Arkansas which was issued on February 28, 2017.  A CLIA registration is required for labs to perform testing.

27.     On February 28, 2017, Billy Taylor signed a Medicare enrollment application for Vitas in Barling, Arkansas listing 1311 Fort Street, Suite J, Barling, Arkansas 72923 as the practice location, Billy Taylor as owner and CEO, and C.D. as owner and COO.  The application had a certification statement which among other things stated, "I will not knowingly present or cause to be presented a false or fraudulent claim for payment by Medicare, and I will not submit claims with deliberate ignorance or reckless disregard of their truth or falsity." Billy Taylor was designated as the first authorized official for Vitas and C.D. as the second.

28.     Records were obtained from Novitas Solutions, Inc. (hereinafter Novitas), the Medicare contractor for claims submitted by Vitas.  On October 9, 2017, November 17, 2017 and February 23, 2018, Billy Taylor signed enrollment forms allowing Vitas to submit Medicare claims electronically through the Novitasphere Portal.  The enrollment forms, among other things, stated that by signing the form the Provider agreed that it will be responsible for all Medicare claims submitted to CMS or a designated CMS contractor by itself, its employees, or its agents; that it will submit claims that are accurate, complete and truthful; and that it will acknowledge that all claims will be paid with Federal funds and that anyone who misrepresents or falsifies or causes to

be misrepresented or falsified any record or other information related to that claim may be subject to a fine and or imprisonment.

29.     On May 15, 2019, Billy Taylor signed an electronic funds transfer authorization agreement (EFT) for Vitas authorizing Medicare to make electronic transfers to a Vitas Regions Bank account with account number ending 3319. Billy Taylor was the sole authorized person on this account. From February 26, 2019 (when the account was opened) to August 16, 2019, Medicare payments for Vitas totaling $3,552,568.35 were made to this account.

**Nations Laboratory Services, LLC**

30.     In 2018, Nations was formed in Delaware. In November 2018, Nations submitted Medicare enrollment paperwork listing 204 E. Walnut St., Tecumseh, Oklahoma as the practice location, ownership interest of 90% by Nations Holdings LLC and 10% ownership by Cenegen LLC (known to be associated with James Taylor[2]), and authorizing electronic payments to be made to a Nations Lab BancFirst account with account number ending 4027 (hereinafter Nations Lab BancFirst account). On October 10, 2019, an enrollment form allowing Nations to submit Medicare claims electronically through the Novitasportal was signed and submitted.

31.     On October 11, 2019, James Taylor became the sole authorized person on the Nations Lab BancFirst account. When James Taylor took over the account, it had a negative balance of $321.04 and a check for $350 was deposited from BMH Holdings LLC to create a positive balance. From October 11, 2019 (with the first Medicare payment occurring November 13, 2019) to December 31, 2020, Medicare payments totaling $4,312,151.86 (approximately 87% of total deposits) were made to the Nations Lab BancFirst account out of total deposits of $4,931,617.45.

---

[2] There is no known relation between James "Jimbo" Taylor and TAYLOR.

32.     From December 3, 2019 through December 31, 2020, James Taylor transferred $1,124,500 from the Nations Lab BancFirst account to accounts controlled by Billy Taylor including transfers between December 3, 2019 and March 10, 2020 totaling $841,500 and transfers between October 26, 2020 and December 31, 2020 totaling $283,000.  Most of these transfers were in excess of $10,000.

### Corrlabs LLC

33.     Corrlabs was originally formed as Solas Health Technologies PLLC in North Carolina on April 26, 2013 on November 24, 2014 was converted to a limited liability company and renamed Corrlabs LLC.  In 2013, Corrlabs enrolled with Medicare and submitted an EFT Agreement authorizing payments to be made to a Corrlabs First Citizen Bank account with account number ending 2279.

34.     On January 11, 2018, Corrlabs filed an annual report in North Carolina listing Brice A. Taylor as CEO and Allan Polhill (Polhill) as CFO and a registered office address of 340 Commerce Avenue 10, Southern Pines, North Carolina.  On February 1, 2018, Polhill became the authorized person on a Corrlabs First Citizen Bank account with account number ending 2279. From May 24, 2019 through January 2, 2020, Medicare payments totaling $2,156,826.44 were made to the Corrlabs First Citizen Bank account with account number ending 2279.

35.     The first Medicare claims submitted for Corrlabs in 2019 began on May 10, 2019. Medicare call log records for inquiries about Corrlabs showed on May 8, 2019, Bill T.,[3] with call back number 918-927-9568, called asking if Corrlabs was affiliated with Medicare and was advised they were.  Records from Verizon for 918-927-9568 showed this phone was subscribed to Billy J. Taylor from January 7, 2017 to June 27, 2019.

---

[3] The call logs recorded only the first initial of the caller's last name.

**Beach Tox LLC**

36.     Beach Tox LLC was formed in California in 2016.  In June 2017, Beach Tox submitted Medicare enrollment paperwork listing 4025 Spencer St., Unit 303, Torrance, California as the practice location and authorizing electronic payments to be made to a J.P. Morgan Chase Bank account ending in 1089 (hereinafter Beach Tox Chase Bank account).

37.     On March 2, 2021, law enforcement agents interviewed I.K., the CEO of K&K Consultant Group (hereinafter K&K), a company that owns and manages clinical laboratories.  In 2018, I.K. bought a lab named Beach Tox located at 4025 Spencer St., Ste. 303 Torrance, California for a family member.  I.K. managed the operations of Beach Tox through K&K, owned all the Beach Tox lab equipment, and leased the location where Beach Tox was located.

38.     I.K. stated business at Beach Tox began slowing down in 2019 resulting in Beach Tox being listed for sale with a broker in May 2019 and ceasing testing in November 2019.  In approximately February 2020, I.K. began negotiating with Billy Taylor for the sale of Beach Tox. Billy Taylor told I.K. he operated several pain management clinics and had a large number of lab samples which he did not want to bill through the lab he owned in Arkansas.  I.K. and Billy Taylor reached an agreement whereby Billy Taylor would purchase the Beach Tox CLIA license for $60,000.  Billy Taylor and I.K. also orally agreed that I.K. would continue to manage and operate the Beach Tox lab in Torrance, California with Billy Taylor promising to send samples to Beach Tox for testing and pay I.K. per test.

39.     I.K. produced a copy of a purchase agreement dated February 29, 2020 which showed that all interest in Beach Tox LLC and its CLIA license was sold to Brant Jolly (hereinafter Jolly) for $60,000.  I.K. stated Jolly was a "front guy" for Billy Taylor and came with Billy Taylor

to sign the purchase agreement.  I.K. and Jolly went to the bank together to change the Beach Tox Chase Bank account into Jolly's name.

40.     Chase Bank records confirmed that on March 2, 2020, Brant Jolly became the sole authorized person on the Beach Tox Chase Bank account with Billy Taylor being added as an authorized person on March 30, 2020.  From March 2, 2020 (with the first Medicare payment occurring March 23) to October 19, 2020 (when the account was closed), Medicare payments totaling $13,605,666.70 were made to the Beach Tox Chase Bank account out of total deposits of $14,276,287.52.  From March 25, 2020 through September 28, 2020, approximately $8.2 million was transferred from the Beach Tox Chase Bank account to a Chase Bank account in Billy Taylor's name with account number ending 0668.

41.     I.K. stated Billy Taylor used a $27,500 personal check to pay for Beach Tox which was drawn on a Regions Bank account in the name of Billy and Jennifer Taylor (Billy Taylor's wife) dated February 24, 2020 and made payable to K&K Consultant Group.  I.K. also produced a deposit slip showing a cash deposit of $32,500 on March 2, 2020.  I.K. stated the check was given to him by Billy Taylor as partial payment for Beach Tox and that he believed that the $32,500 cash deposit into the K&K Chase Bank account on March 2, 2020 also came from Billy Taylor because I.K. received a text from Billy Taylor advising I.K. about the cash deposit.  Chase Bank records for an account with account number ending 5767, which was opened by Jolly on February 25, 2020, show a withdrawal of $32,500 from this account on March 2, 2020.

42.     I.K. stated, despite the sale, he still owned the lab equipment and leased the suite where the lab was located in Torrance, California.  After the sale, Billy Taylor kept putting I.K. off on their oral agreement for Billy Taylor to send lab samples to I.K. for testing at Beach Tox and never sent any samples.  I.K. eventually gave up on Billy Taylor sending samples for testing,

removed all lab equipment from the Beach Tox lab, and vacated the premises on July 1, 2020.  I.K. stated he/she knew Beach Tox never did any lab testing at 4025 Spencer St., Ste. 303, Torrance, California after the purchase by Taylor and Jolly because he/she (I.K.) owned the lab equipment, the lease was in his/her name and he/she had the keys to the lab.

43.    I.K. stated, when Beach Tox was sold, Billy Taylor was given access to the billing system that Beach Tox used prior to the sale which was through a company named Kareo.  These billing records had information including patient and medical provider information for previous lab testing done by Beach Tox.  Billy Taylor was asked to delete this information.

**Interview of K&K Business Manager - Transfer of Beach Tox Billing Records**

44.    On April 13, 2021, law enforcement agents interviewed the business manager for K&K who stated she was the administrator for the Kareo account used by Beach Tox for billing prior to the sale of Beach Tox.  After the sale of Beach Tox, the business manager worked with Billy Taylor on transitioning the Kareo Beach Tox account to Billy Taylor.  The business manager talked on the phone with Billy Taylor and emailed him at taylormadelabs@yahoo.com (the same email address given for Billy Taylor on a Vitas EFT submitted to Medicare in 2017)[4].  The business manager was concerned about turning over the Beach Tox Kareo account unless there was a guarantee that Billy Taylor was going to delete the previous patient records and Billy Taylor told her that he was going to remove all the patient and doctor information.

45.    In March 2020, Billy Taylor assured the business manager that his team had removed the old data and deleted all patient accounts from the previous Beach Tox data base.

---

[4] Affiant has reviewed subscriber information provided by Oath Holdings (owner of Yahoo) for email address: taylormadelabs@yahoo.com. Email subscriber information shows Billy Taylor with telephone number (615) 330-8206 and zip code 72923 (Barling, Arkansas) established the account on June 26, 2010.

46.     On July 20, 2020, the business manager emailed Billy Taylor about a patient who was complaining about fraudulent billing.  The patient with initials K.S. had called the business manager several times complaining about fraudulent billing by Beach Tox.  In the email the business manager stated, in part, "She is complaining about fraudulent charges.  All submitted by BEACHTOX – 3/1/20, 3/10/20, 3/20/20, 3/24/20, 4/14/20, 4/24/20, 5/14/20, 5/25/20, 5/30/20, 6/6/20, 6/16/20, 7/3/20… (I'm not sure I got all of the (sic) correctly documented).  She goes to the Pain Clinic, a group associated with Vitae [referring to Vitae Diagnostics, a lab managed by K&K].  We did run some of her tests through BeachTox in the past and still do testing for the Pain Clinic – her last test was in 2019.  Please check your billing records and let us know if you submitted claims on this patient in error and if they are to be corrected so I can contact the patient and advise.  I would like to call her as soon as possible."

47.     On July 20, 2020, Billy Taylor responded, "Yes she was billed in error.  These dates of service donappeae (sic) in our system we are tryi bj g (sic) to track down the appropriate patient now which will take some time.  But we can see that this patient is not in our lims amd (sic) only in the kareo system.  We will retract the claims and of (sic) they were paid issue refund obviously to the payers."

48.     Medicare records showed that, after Billy Taylor and Jolly purchased Beach Tox, Beach Tox submitted Medicare claims for patient K.S. from April 16, 2020 to January 29, 2021, showing dates of service[5] from March 1, 2020 to January 7, 2021.  Nations also submitted two distinct Medicare claims for K.S. on January 25, 2021 for dates of service in November 2020.

---

[5] The date of service reflects the date the service was performed, in this case lab testing, and not the date the claim was submitted.

**Kareo Records Related to Beach Tox Billing**

49.     Records obtained from Kareo showed that the Beach Tox account in the name of K&K Management Group was transferred to an account owned by Billy Taylor in the name of Taylor Made Labs.  On March 3, 2020, Billy Taylor was added as a user on the Kareo Beach Tox account with email address taylormadelabs@yahoo.com.  An email between Billy Taylor and the business manager on that same date indicated that this account may have been set up by K&K's business manager for Miranda Plum to use.[6] On March 6, 2020, Jeremy Taylor (Billy Taylor's brother) was added as a user.  H.A. and K.N. were added as users on March 11 and 13, 2020, respectively, and D.W. was added on May 12, 2020.  All of these individuals received checks from Beach Tox after it was acquired by Billy Taylor and Jolly.

**Brant Jolly Submits Change of Ownership Forms to Medicare For Beach Tox**

50.     On November 10, 2020[7], a Medicare enrollment application and EFT for Beach Tox were faxed from 479-551-2459 to Noridian Healthcare Solutions Inc., the Medicare contractor for Beach Tox located in North Dakota.  The forms were signed by Brant Jolly and listed his email address as bjolly828@gmail.com and his address as 3561 W. Providence Dr., Fayetteville, Arkansas.  The enrollment form was submitted to show a change of ownership for Beach Tox to Jolly with an effective date of September 30, 2020.  The form had a certification statement which, among other things, stated, "I will not knowingly present or cause to be presented a false or fraudulent claim for payment by Medicare, and I will not submit claims with deliberate ignorance or reckless disregard of their truth or falsity."  Although the form required all individuals with a

---

[6] On March 3, 2020, the business manager emailed Billy Taylor, "Do you have a email for Miranda Plum -- Or do you want me to use this email [referring to taylormadelabs@yahoo.com] for the User? Billy Taylor responded, "Use this one. Will be fine."

[7] Additional information was faxed to Noridian on 12/4/20, 12/8/20 and 1/15/21 to correct deficiencies in the original submission.

5% or greater ownership interest to be listed, neither Billy Taylor nor anyone else other than Jolly was listed.

51.     The EFT form changed the authorization for Beach Tox Medicare payments from the Beach Tox Chase Bank account to a Bank of Oklahoma account with account number ending 7502 (Beach Tox Bank of Oklahoma account).  This account was opened on November 4, 2020, with an initial deposit of $60 with Jolly and Billy Taylor as the authorized persons.  From February 9, 2021 to February 12, 2021 (with the first Medicare payment occurring February 9, 2021), Medicare payments totaling $4,238,910.74 were deposited into the Beach Tox Bank of Oklahoma account.  The balance on the account prior to the Medicare payment on February 9, 2021, was $9.

### C.  Fraudulent Medicare Claims by Vitas, Corrlabs, Nations and Beach Tox

52.     Medicare is a federal system of health insurance for people over 65 years of age and for certain younger people with disabilities and is a "health care benefit program" as defined in 18 U.S.C. § 24(b).  Medicare records were obtained for claims submitted by Beach Tox, Corrlabs and Nations with dates of service from January 1, 2017 through February 19, 2021 and for Vitas from January 1, 2017 to August 28, 2020.

53.     From November 1, 2017 to May 1, 2020, Vitas submitted more than $23 million in Medicare claims and was paid approximately $7.8 million on these claims.  From May 10, 2019 to December 16, 2020, Corrlabs submitted approximately $10 million[8] in Medicare claims and was paid approximately $2.1 million on these claims through January 22, 2020.  From October 3, 2019 to February 16, 2021, Nations submitted approximately $24 million[9] in Medicare claims was paid approximately $4.3 million on these claims through December 31, 2020.  From March 9,

---

[8] By contrast, from January 13, 2017 to December 31, 2018, Corrlabs submitted Medicare claims of approximately $304,000 and was paid approximately $123,000.
[9] By contrast, Nations submitted no Medicare claims prior to October 3, 2019.

2020 to February 17, 2021, Beach Tox submitted more than $56 million[10] in Medicare claims and was paid approximately $17.8 million on these claims through February 12, 2021.

**Fraudulent Medicare Claims Involving Deceased Beneficiaries**

54.     All the Subject Labs submitted Medicare claims with dates of service for lab tests occurring after Medicare records indicated beneficiaries had died.  These claims were not paid but totaled approximately $1.9 million.  The Subject Labs submitted Medicare claims for deceased beneficiaries as follows: Vitas claims for 32 deceased beneficiaries between February 9, 2018 and September 3, 2019, totaling approximately $140,000; Corrlabs claims for 71 deceased beneficiaries between May 29, 2019 and August 31, 2020, totaling approximately $173,000; Nations claims for 117 deceased beneficiaries between November 13, 2019 and February 10, 2021, totaling approximately $435,000; and Beach Tox claims for 181 deceased beneficiaries between March 12, 2020 and February 12, 2021, totaling approximately $1.2 million.

55.     The claims for deceased beneficiaries frequently involved one or more Subject Labs submitting claims when beneficiaries were alive and continuing to submit similar claims after the beneficiaries' deaths.  For example, Vitas submitted and was paid on claims for CPT code G0483[11] for a beneficiary with initials S.B with dates of service prior to S.B.'s death.  After S.B.'s death on April 23, 2019, all four labs submitted 43 total claims for code G0483 with dates of service after

---

[10] By contrast, for a period of more than two years prior to the purchase of Beach Tox by Billy Taylor and Jolly, from July 26, 2017 to October 28, 2019, Beach Tox submitted Medicare claims of approximately $5.3 million.

[11] When owned and/or controlled by Billy Taylor, the Subject Labs frequently submitted Medicare claims with CPT code G0483 which is a definitive drug test providing positive identification for 22 or more drug classes.

S.B.'s death as follows: Vitas 12 claims, Corrlabs 9 claims*[12], Nations 10 claims, and Beach Tox 12 claims.

56.     Vitas submitted and was paid on claims for code G0483 for a beneficiary with initials D.P. with dates of service prior to D.P.'s death.  After D.P.'s death on January 21, 2019, all four labs submitted 42 total claims for code G0483 with dates of service after D.P.'s death on January 21, 2019 as follows: Vitas 15 claims, Corrlabs 11 claims*, Nations 4 claims, and Beach Tox 12 claims.

57.     Vitas submitted and was paid on claims for code G0483 for a beneficiary with initials C.B with dates of service prior to C.B.'s death.  After C.B.'s death on April 28, 2019, all four labs submitted 40 total claims for code G0483 with dates of service after C.B.'s death as follows: Vitas 14 claims, Corrlabs 8 claims, Nations 5 claims, and Beach Tox 13 claims.

**Fraudulent Medicare Claims Involving Arizona Pain and Spine Institute**

58.     From March 9, 2020 to February 17, 2021, Corrlabs, Nations and Beach Tox submitted Medicare claims listing the names and NPIs of medical providers associated with Arizona Pain and Spine Institute (hereinafter Arizona Pain) as the referring providers, as follows: Corrlabs approximately $406,000 in claims (paid approximately $15,000); Nations approximately $1.5 million (paid approximately $227,000); and Beach Tox approximately $6.4 million (paid approximately $2 million).

---

[12] Corrlabs submitted three claims for the same test, code G0483, with the service date of 9/20/19. The billing of multiple claims for the same code with the same date of service occurred for all the Subject Labs and represents additional instances of fraudulent billing. Where multiple claims are billed for the same test on the same date of service, only one claim is counted for purpose of this Affidavit. Claims numbers which include multiple billing for the same date of service are designated with an *.

59.     In February 2021, Arizona Pain medical providers and billing manager were interviewed, and they confirmed they did not order the lab tests which made up these Medicare claims by the Subject Labs. The Subject Labs used beneficiary and NPI information from prior legitimate lab tests ordered by Arizona Pain and sent to Vitas or Beach Tox and created fraudulent Medicare claims for tests never ordered or performed.

### Fraudulent Medicare Claims Involving FNP S.J.

60.     From September 17, 2018 to February 17, 2021, Medicare claims listing Family Nurse Practitioner (FNP) S.J. and his/her NPI as the referring provider were submitted, as follows: Vitas approximately $672,000 in claims (paid approximately $207,000); Corrlabs approximately $497,000 (paid approximately $96,000); Nations approximately $2.9 million (paid approximately $536,000); and Beach Tox approximately $6.1 million (paid approximately $2 million).

61.     On April 6, 2021, law enforcement agents interviewed S.J. and learned s/he had used Vitas in the past for lab testing but had stopped using them in approximately March 2019 and began using another laboratory out of Washington exclusively since that time.  S.J. stated s/he never sent samples for lab testing to Corrlabs, Nations, or BeachTox. S.J. stated when Vitas was being used for lab testing, s/he often received lab results performed by other labs

### Fraudulent Medicare Claims Involving Dr. K.

62.     From May 4, 2018 to February 16, 2021, Medicare claims listing Dr. K and his/her NPI as the referring provider were submitted as follows: Vitas approximately $2.4 million in claims (paid approximately $893,000); Corrlabs approximately $596,000 (paid approximately $175,000); Nations approximately $1.3 million (paid approximately $402,000); and Beach Tox approximately $1.4 million (paid approximately $442,000).

63.     On March 9, 2021, law enforcement agents interviewed Dr. K. and the billing manager of the medical clinic where s/he worked regarding Medicare claims submitted using his/her name and NPI as the referring medical provider. Dr. K. stated s/he had never ordered or reviewed any lab tests for his/her patients from Corrlabs, Nations and Beach Tox. Dr. K treated patients at the medical clinic and routinely ordered monthly urine drug tests for patients receiving opioids.

64.     The billing manager for Dr. K stated that in 2018, the medical clinic began using Vitas for urine drug testing but began using another lab for urine drug testing in approximately May 2019 because Vitas was not providing lab results in a timely fashion. The billing manager was not familiar with Corrlabs, Nations or Beach Tox and stated that the medical clinic never submitted samples to these labs for testing.

**Fraudulent Medicare Claims Involving Dr. B**

65.     From March 20, 2019 to February 16, 2021, the Subject Labs submitted Medicare claims listing Dr. B and his/her NPI as the referring provider as follows: Vitas approximately $1.5 million in claims (paid approximately $563,000); Corrlabs approximately $1 million  (paid approximately $352,000); Nations approximately $702,000 (paid approximately $219,000); and Beach Tox approximately $1 million (paid approximately $363,000).

66.     On July 27, 2020, law enforcement agents interviewed Dr. B who stated s/he began working one day a week at Community Family Medical Clinic (hereinafter Community Family) before it was sold to Billy Taylor and others.  The previous owner of Community Family told law enforcement agents the clinic was opened in approximately 2018 and sold to Billy Taylor and others on March 15, 2019 and did not use Vitas for lab tests when he/she owned the clinic. After

the change in ownership, Dr. B agreed to continue seeing patients. Dr. B saw no patients at Community Family on or after September 19, 2019.

67.     Community Family used Vitas for lab testing during the time it was owned by Billy Taylor. Dr. B was asked if s/he had heard of these labs and stated these did not ring a bell. When told there were Medicare claims listing him/her as the referring provider for Beach Tox, Nations or Corrlabs in 2020, s/he stated that s/he did not refer or order the labs related to these claims. S/he explained that, in 2020, s/he practiced at a clinic in Tulsa and had no need to order toxicology tests in that practice. S/he stated s/he had not ordered a urine drug screen in a long time and, if s/he did order one, s/he would have sent it to a different laboratory.

**Fraudulent Medicare Claims Involving APRN L.B.**

68.     From November 13, 2017 to February 16, 2021, the Subject Labs submitted Medicare claims listing APRN L.B. and his/her NPI as the referring provider as follows: Vitas approximately $1.6 million in claims (paid approximately $563,000); Corrlabs approximately $626,000 (paid approximately $160,000); Nations approximately $397,000 (paid approximately $110,000); and Beach Tox approximately $862,000 (paid approximately $281,000).

69.     On July 10, 2020, law enforcement interviewed APRN L.B. who stated he/she has worked at the Pro-Care (formerly Healthmax) clinic June 2017.  At one time, Billy Taylor was an owner of the clinic.  Dr. K. became his/her supervising physician in August 2017 but later terminated that relationship saying that it was due to trouble he/she was having with Blue Cross.

70.     L.B. ordered urine drug tests for patients receiving narcotics normally done every 30 days and for a time these were sent to Vitas for testing.  L.B. complained to the office manager that they were not receiving Vitas lab results in a timely manner, but the problem continued.  Some samples sent to Vitas would show testing performed by other labs and L.B. was told by the office

manager that Vitas was sending samples to reference labs because of something to do with CLIA. L.B. stated that Pro-Care is not currently using Vitas and has not used them for a long time.

71.     On October 22, 2020, law enforcement emailed L.B. the names, addresses and genders of several patients for whom Corrlabs, Nations and Beach Tox submitted Medicare claims listing L.B. and his/her NPI as the referring provider.  L.B. responded by email that she/he had never heard of Nations and Corrlabs and had only heard of Beach Tox because a patient brought in a bill with charges from Beach Tox.  L.B. verified that Pro-Care did not send anything to Beach Tox, Nations or Corrlabs.

### Fraudulent Medicare Claims by Vitas During the Time
### Vitas Ceased Operation and After Surrendering Its CLIA License

72.     On January 31, 2018 and February 1, 2018, an initial certification survey for the Vitas lab was conducted by the Arkansas Department of Health and identified numerous deficiencies, several of which were an immediate jeopardy to patient care.  As part of the survey, Billy Taylor signed an Arkansas Disclosure of Ownership form listing Billy Taylor, C.D. and James Taylor as owners of Vitas.

73.     On February 5, 2018, Billy Taylor, using email address billy@vitaslabs.com, agreed to a CMS request that Vitas cease testing until the deficiencies could be corrected.  This cease testing agreement with Vitas remained in effect until October 22, 2018, when a revisit survey was conducted which found the deficiencies corrected.  From February 27, 2018 to September 4, 2019, Vitas submitted Medicare claims listing Vitas as the rendering provider for lab tests with dates of service from February 12, 2018 to October 15, 2018 totaling approximately $3.3 million and were paid approximately $1.2 million on these claims.

74.     Vitas subsequently surrendered its CLIA certification of registration allowing Vitas to conduct lab testing effective June 28, 2019.  From July 12, 2019 to September 12, 2019, Vitas

submitted Medicare claims listing Vitas as the rendering provider for lab tests with dates of service from June 30, 2019 to August 2, 2019 totaling approximately $1.7 million.  Medicare did not pay any of these claims.

### Commonality in Medicare Billing by the Subject Labs

75.     The facts set forth above show that the Subject Labs frequently submitted fraudulent bills for the same patients and medical providers, that Billy Taylor supervised the billing for Vitas and Beach Tox and that he and K.S., who was involved in billing for Vitas and Beach Tox, communicated with Medicare about Corrlabs in May 2019.

76.     The investigation also showed a connection between the billers and other employees of one or more of the Subject Labs and a connection between these same individuals and Billy Taylor.  Novitas provided records of persons enrolled to submit Medicare claims through the Novitasphere portal for Vitas and Nations.  Those enrolled for Vitas included T.K., B.G., and S.R.  All of whom received checks from Vitas and, subsequently, from Beach Tox.

77.     According to Arkansas Secretary of State records, on March 12, 2020 (the same month Beach Tox was acquired by Billy Taylor), Accubill LLC was incorporated by T.K. with an address of 1200 Fort Street, Barling, Arkansas.  Billy Taylor moved the billing for Vitas in early 2019 to a location in Barling, Arkansas known by Affiant to be 1200 Fort Street.

78.     During the investigation, investigators have conducted surveillance checks of 1200 Fort Street, Barling, Arkansas and observed vehicles that are registered to B.G., T.K. and S.R.  All three of these individuals submitted fraudulent claims to Blue Cross and received checks from Beach Tox after it was acquired by Billy Taylor and Jolly. On February 4, 2021, T.K.'s Facebook page was reviewed by law enforcement and showed the following: under "Work" listed "Accubill,

LLC from March 10, 2020 – present" and "Medical Billing Specialist at Vitas Laboratories from November 19, 2018 – present."

79.     Novitas records showed that A.E. and Miranda Plum were enrolled to submit Medicare claims on behalf of Nations.  C.D. stated that Billy Taylor brought A.E. from Florida to run lab tests for Vitas and that she was paid approximately $10,000 a month and ended up getting 1 percent of the company.  Bank records showed that Vitas made regular payments to A.E.

80.     As set forth above, on March 3, 2020, K&K's business manager emailed Billy Taylor about giving Miranda Plum access to the Kareo Beach Tox account using Billy Taylor's email (taylormadelabs@yahoo.com).

81.     On May 12, 2020, Billy Taylor purchased a Mercedes Benz in Miranda Plum's name.  The Mercedes Benz was later traded in on a GMC Yukon Denali which was also registered in Miranda Plum's name.  The salesman was interviewed and stated that on February 25, 2021, he met Miranda Plum and Billy Taylor (identified via photo) at a casino in Durant Oklahoma where he picked up the Mercedes Benz and delivered the GMC Yukon/Denali.  Billy Taylor handed $43,000 in cash, which was the balance due on the purchase, to Plum who subsequently handed the cash to the salesman.

82.     On May 10, 2021, Affiant conducted surveillance of Plum's residence. During the surveillance, Affiant observed the black GMC Yukon/Denali parked in the driveway of the residence. An Arkansas license plate was displayed on the vehicle which showed it is currently registered to Plum at that address.

**Imaginus Diagnostic Laboratory LLC**

83.     Medicare records show that Imaginus Diagnostic Laboratory LLC (Imaginus) with a practice location of 17673 U.S. Highway 271, Spiro, Oklahoma was enrolled as a Medicare

provider in 2020 listing Jeremy Taylor (Billy Taylor's brother), A.T., C.L., B.W., and T.S., as partners with a 5% or greater direct/indirect ownership.  C.L., B.W. and T.S. are all known to be employed by Billy Taylor and associated with one or more of the Subject Labs.  On March 27, 2020, a check for $5446 drawn on the Beach Tox Chase Bank account was issued to Imaginus.

84.     Beginning in January 2021, Imaginus began submitting Medicare claims.   A sampling of Medicare records showed that at least 25 of the beneficiaries for whom Imaginus submitted Medicare claims also had Medicare claims submitted by one or more of the Subject Labs.  At least one of the claims submitted by Imaginus involved a deceased beneficiary with initials G.A. for whom claims were also submitted by Beach Tox and Nations after G.A.'s death.

### D.  Fraudulent Claims Involving Blue Cross

85.     The investigation also showed that fraudulent claims submitted to Blue Cross for lab testing and office visits by medical clinics owned in part by Billy Taylor.  Blue Cross provides health insurance and is a "health care benefit program" is defined in 18 U.S.C. § 24(b).

### Fraudulent Blue Cross Claims Involving Dr. K.

86.     From March 6, 2018 to April 30, 2019, Blue Cross received thousands of suspicious claims for laboratory procedures from Healthmax Center LLC.  The claims listed Dr. K and his/her NPI as the rendering provider.  From March 2018 through December 2018, Blue Cross paid Healthmax more than $10 million for these claims.

87.     In February 2018, Billy Taylor and others acquired Healthmax Center LLC (hereinafter Healthmax).  Arvest Bank records for Healthmax accounts ending 2887 and 0381 showed the prior owner transferred his ownership interest in Healthmax to 3 Heritage Holdings LLC on February 11, 2018.  On February 19, 2018, C.D., Billy Taylor and Allan Polhill became the authorized persons on the Arvest accounts.

88.     On June 4, 2019, Blue Cross sent a letter to Dr. K. notifying him/her that they were terminating his/her Blue Cross participation agreements because of numerous fraudulent claims filed using Dr. K's name and NPI for lab tests allegedly performed by Dr. K or his/her clinic when, in fact, the tests were performed by Vitas.

89.     Dr. K submitted an affidavit to Blue Cross wherein he stated in approximately September 2017, he agreed to act as the collaborating physician for L.B. at the Healthmax clinic. In the spring of 2018, Bill Taylor contacted Dr. K and told him/her that he had purchased Healthmax and planned to continue to operate it under the name Pro Care.  Billy Taylor wanted Dr. K to continue as physician collaborator for L.B.  Dr. K agreed to continue as the collaborating physician for L.B.

90.     Dr. K stated he/she had not performed nor requested any medical care provider to perform medical services at Healthmax or Pro Care Family Health Clinics and did not order any laboratory testing services for patients seen at Healthmax or Pro Care.  Dr. K never authorized anyone associated with Healthmax or Pro Care to use his/her NPI or submit claims for payment under his/her NPI in connection with any laboratory testing services.

91.     On March 5, 2020, law enforcement agents interviewed Dr. K who confirmed the information in the Blue Cross affidavit.  Dr. K stated when he/she got the termination letter from Blue Cross, he/she was shocked and called Billy Taylor.  Billy Taylor told Dr. K that he would have his lawyer take care of it and Dr. K would be reinstated within a few days.  Billy Taylor said that he had sued Blue Cross, and in retaliation, Blue Cross was sending out letters to anyone who had a collaborative agreement or any connection with Pro Care (formerly Healthmax).

**Fraudulent Blue Cross Claims Involving Dr. S, APRN E.T., and APRN C.M.**

92.    Blue Cross records showed that in 2019, Blue Cross received suspicious claims for laboratory procedures and office visits listing Dr. S, APRN E.T., and APRN C.M. and their NPIs as the rendering providers.  Blue Cross was billed more than $2 million and paid over $400,000 on the Dr. S claims; was billed more than $500,000 and paid more than $10,000 on the E.T. claims; and was billed more than $800,000 and paid more than $90,000 on the C.M. claims.

93.    The Blue Cross claims were submitted by three medical clinics in Van Buren, Barling, and Fayetteville, Arkansas originally owned by F.F.  F.F. was interviewed by law enforcement agents and stated he opened the River Valley Family Clinic of Van Buren in the spring of 2017, the Barling clinic in July 2018 and the River Valley Family Clinic of Fayetteville in November 2018.  When F.F. owned the clinics, he estimated the Van Buren clinic billed Blue Cross about $1000 a week, the Barling clinic billed under $1,000 a week and the Fayetteville clinic had just opened and was not seeing many patients.

94.    F.F. stated in late December 2018, he was contacted by Billy Taylor who asked about buying F.F.'s clinics.  Billy Taylor asked about the clinics' credentialling, including if the clinics were credentialled by Blue Cross.  F.F. produced an agreement dated January 4, 2019 with an effective date of January 1, 2019, which transferred his interest in K.E. Management Services LLC and The Barling Clinic LLC, which owned the three clinics, to Cenetek, LLC.  Billy Taylor signed the agreement as CEO of Cenetek and signed a personal guarantee for money that was to be paid out under the agreement.

**Statements of Dr. S**

95.     After receiving the Blue Cross termination letter, Dr. S sent a verified statement to Blue Cross stating he received a monthly stipend from F.F. in 2018 to act as the collaborating physician for three nurse practitioner working for F.F. at his clinics in Van Buren and Barling but terminated these collaborative agreements soon after F.F. sold the clinics.  Dr. S gave no permission to Vitas or their employees to submit claims under his name and NPI and was stunned and shocked by the statement in the Blue Cross letter that 3,700 claims for laboratory services for 1,067 patients were billed in his/her name and NPI.

96.     On October 17, 2019, law enforcement interviewed Dr. S.  Dr. S stated he/she learned of the sale of the clinics on the Saturday after the sale had occurred on Friday (1/4/19). Since he/she was scheduled to see medical marijuana patients at the Van Buren clinic on January 7, 2019, he/she went to the Van Buren clinic and met with F.F. and the new owners, Billy Taylor and another individual.  Shortly thereafter, Dr. S met with Billy Taylor and the other owner about continuing to see medical marijuana patients at the clinic.  They told Dr. S that he/she could continue seeing medical marijuana patients but only if he/she ordered lab tests for these patients. Dr. S understood that the proposed lab test was a comprehensive urine test that he/she considered unnecessary.  Dr. S told them there was no need for lab testing for these patients and declined to continue to see medical marijuana patients at the clinics.  Dr. S saw no patients after F.F. sold the clinics other than cash only medical marijuana patients which he/she saw on January 7, 2019.

**Statements of E.T.**

97.     After receiving the Blue Cross termination letter, E.T. contacted the Barling Police Department to file a police report against Vitas for the fraudulent use of his/her NPI which E.T. filed on June 12, 2019.  After receiving E.T.'s complaint, Barling P.D. Officer Keith Lindley

contacted Vitas and was told that the owner, Billy Taylor, would contact him.  Minutes later, Billy

Taylor called and told Officer Lindley that Vitas was involved in a lawsuit with Blue Cross and,

in retaliation for the lawsuit, Blue Cross sent letters to providers to create a hardship for Vitas.

Billy Taylor acknowledged that E.T. had never used his labs or one of his subsidiaries.

98.     On August 20, 2020, law enforcement agents interviewed E.T. who stated he/she

never billed for any patients he/she saw at the River Valley of Fayetteville clinic as they were cash

only.  When asked about Blue Cross claims submitted with E.T. as rendering provider by Stateline

Medical LLC (hereinafter Stateline) in Pocola, Oklahoma, E.T. stated he/she never saw patients at

the Stateline clinic and was not even licensed to practice in Oklahoma where the clinic was located.

Affiant has reviewed an operating agreement for Stateline dated June 4, 2018 and provided to

Arvest Bank which shows Billy Taylor had 60% ownership interest in Stateline.

### Statement of C.M.

99.     On August 18, 2020, law enforcement interviewed C.M. who stated he/she worked

for F.F. at the Barling clinic until approximately December 4, 2018 when she began working for

Mercy Health.  After starting work for Mercy, C.M. saw only VA patients for physicals at the

Barling clinic for a couple of weeks in the early part of January 2019 and did not order lab

procedures for these patients.

### Interview of Blue Cross Beneficiaries and Collection Letters from Vitas

100.     Law enforcement agents interviewed several individuals for whom Blue Cross

claims were submitted listing Dr. K, Dr. S, E.T. or C.M., as the rendering providers.  They denied

that they were ever treated by these medical providers and denied ever going to any of the clinics

submitting the claims.  The individuals were receiving treatment during this time which included

lab testing but by other medical providers at facilities other than those submitting claims.  Some

of these individuals reported receiving letters from Vitas claiming they owed Vitas a large amount of money for lab testing.

101.    For example, in November 2019, Blue Cross insured with initials J.C. received a personal health statement listing charges for lab testing totaling $1,164 and showing Dr. K as the provider.  J.C. contacted Blue Cross to dispute the charges as he had never seen Dr. K or been to Fort Smith, Arkansas and stated the doctor he was seeing was in White Hall, Arkansas.  J.C. received a letter from Vitas Laboratory LLC, PO Box 857, Lavaca, Arkansas, a PO Box obtained by Billy Taylor.  The letter stated that it was an attempt to collect a debt for services that J.C.'s insurance company had either denied or not responded to and asked that payment be remitted to the above address.  The amount billed was $100,000 for services on 2/26/18.  The letter stated that J.C. could follow up with the insurance company or contact Vitas at customerservice@vitaslabs.com or billy@vitaslabs.com (an email addresses Billy Taylor used to communicate with CMS regarding Vitas's CLIA license).

### E.  Additional Facts Supporting Probable Cause Regarding Money Laundering And Conspiracy To Commit Money Laundering

102.    As set forth above, the investigation showed evidence that Billy Taylor conducted and conspired with others to conduct financial transactions involving proceeds from the healthcare fraud scheme, including conducting transactions in criminally derived property of a value greater than $10,000 and conducting transactions with the intent to promote and carry on the health care fraud scheme and transactions designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, or the control of the criminal proceeds.  Additional facts regarding money laundering by Billy Taylor and others are set forth below.

1.   **Transfers and Purchases Involving the Vitas Regions Bank Account**

103.     On February 26, 2019, Billy Taylor opened and was the sole authorized person on a Vitas account at Regions Bank with account number ending 3319 (hereinafter Vitas Regions Bank account).  Between February 26, 2019 to August 16, 2019, the account received Medicare payments totaling $3,552,568.35 (approximately 89% of the total funds deposited) out of total deposits of $3,971,195.42.

**Transfers to the Billy Taylor Regions Bank Account**

104.     On August 1, 2018, Billy Taylor opened and was the sole authorized person on a Regions Bank account with account number ending 2476 (hereinafter Billy Taylor Regions Bank account) listing an address of 201 Highway 255, Lavaca, Arkansas.  On February 26, 2019, the account had a balance of $7,557.87.  Between February 27, 2019 to August 13, 2019, transfers totaling $685,005.40 were made from the Vitas Regions Bank account including a $25,000 transfer on June 25, 2019.

105.     Billy Taylor also was the sole authorized person on another Regions Bank with account number ending 1688.  On July 9, 2019, $160,000 was transferred from the Vitas Regions Bank Account to the Billy Taylor Regions Bank account ending 1688 and then transferred from the Billy Taylor Regions Bank account ending 1688 to a Regions Bank account in the name of Billy Taylor's son, Dillon Taylor, which at the time had a balance of $399.74.[13] On July 9, 2019, Dillon Taylor wired $159,500 from his Regions Bank account to Jackie Cooper Auto to purchase a Mercedes Benz AMG GT registered to Dillon Taylor.

106.     Between June 25, 2019 to August 6, 2019, transfers totaling $1,265,000 were made from the Vitas Regions Bank account to a Regions Bank account held by Billy Taylor's wife,

---

[13] Dillon Taylor opened the account on June 6, 2019 and was the sole authorized person.

Jennifer Taylor, which was in addition to $187,000 transferred to this account from the Billy Taylor Regions Bank account between February 13 2019 and July 12, 2019.[14] From March 25, 2019 to September 18, 2019, transfers totaling $1,323,000 were made from the Jennifer Taylor Regions Bank account to the Billy Taylor Regions Bank Account.

**Vehicles Purchased from Billy Taylor Regions Bank Account**

107.    From July 8, 2019 to September 8, 2019, funds from the Billy Taylor Regions Bank account were used to purchase vehicles including the following on the dates listed:

a.    BMW X3 with VIN 5UXTS3C5XKLR73709 registered to Abrie Rainwater on July 8, 2019 for $60,298.00.

b.    Toyota Tundra Crewmax SR5 with VIN 5TFDW5F15KX853081 registered to Jeremy Taylor, Billy Taylor's brother, on July 12, 2019 for $41,163.00.

c.    Toyota Corolla SE/XSE with VIN JTNK4RBE6K3001418 registered to Ryan Taylor on July 16, 2019 for $18,989.00.

d.    Toyota Highlander with VIN 5TDZZRFH6KS327565 registered to Travis Taylor on July 16, 2019 for $29,616.00.

e.    Toyota Tundra Crewmax SR5 with VIN 5TFDW5F18JX735153 registered to Taylor House Music LLC on August 1, 2019 for $39,990.00

f.    Nissan Titan S with VIN 1N6AA1EK0HN576166 registered to Jonathan Dame on August 29, 2019 for $28,613.81.

g.    Jeep Gladiator Rubicon with VIN 1C6JJTBG9LL113680 registered to Morgan Taylor on September 25, 2019 for $60,439.00.

---

[14] All but $58.43 of the funds deposited in the Jennifer Taylor Regions bank from February 13, 2019 (when the account was opened) to October 11, 2019 came from the Vitas and Billy Taylor Regions Bank accounts.

## 2.   Transfers and Purchases Involving the Beach Tox Chase Bank Account

108.    From March 2, 2020 (with the first Medicare payment occurring March 23) to October 19, 2020 (when the account was closed), Medicare payments totaling $13,605,666.70 (approximately 95% of total deposits) were made to the Beach Tox Chase Bank account out of total deposits of $14,276,287.52 including Medicare payments totaling $11,137,502.44 between June 1, 2020 and October 19, 2020.  Billy Taylor was an authorized person on this account since March 30, 2020.

### Transfers to the Lablik Management Group LLC Valliance Bank Account

109.    On May 7, 2020, a bank account with account number ending 4208 was opened at Valliance Bank for Lablik Management Group LLC (hereinafter Lablik Valliance Bank account) with Allan Polhill as the sole authorized person.  From June 4, 2020 to October 9, 2020, $587,244.66 was transferred from the Beach Tox Chase Bank account to the Lablik Valliance Bank account including a transfer of $32,869.46 on June 4, 2020.

### Transfers and Purchase of Side By Side by Brant Jolly

110.    On February 25, 2020, Brant Jolly opened and was the sole authorized person on a J.P. Morgan Chase Bank account with account number ending 5767 (Jolly Chase Bank Account). The balance in Jolly Chase Bank account on March 23, 2020 was $85.  From March 24, 2020 through April 1, 2020, Jolly transferred a total of $57,000 from the Beach Tox Chase Bank account to the Jolly Chase Bank account including a $31,000 transfer on March 26, 2020.  On April 1, 2020, Jolly purchased a 2020 Can-AM model 0007TLC00w Maverick X3 VIN 3JBVXAV4XLK001577 at Mahindra of Oklahoma with $28,863 in funds from the Jolly Chase Bank account.

**Transfers to the Billy Taylor First Horizon Bank Account**

111.    On October 9, 2020, Billy Taylor opened and was the sole authorized person on a bank account at First Horizon Bank with account number ending 3194 (hereinafter Billy Taylor First Horizon Bank account).  The account was opened with a $10,000 cash deposit and the deposit of a Chase Bank cashier's check for $70,000 payable to Billy Taylor with Beach Tox as remitter.

**Transfers to the Billy Taylor IBC Bank Account**

112.    On October 21, 2020, Billy Taylor opened and was the sole authorized person on a bank account at IBC Bank with account number ending 0124 (hereinafter Billy Taylor IBC Bank account).  The account was opened with a $2,000 cash deposit and the deposit of a Chase Bank cashier's check for $60,500 payable to Billy Taylor with Beach Tox as remitter.

**Transfers to the Billy Taylor Chase Bank Account**

113.    On July 13, 2018, Billy Taylor opened a J.P. Morgan Chase Bank Account with account number ending 0668.  From March 25, 2020 through September 28, 2020 (when the account was closed), Billy Taylor transferred and deposited approximately $8.2 million from the Beach Tox Chase Bank account to the Billy Taylor Chase Bank account on total deposits of approximately $8.9.[15]  The transfers from the Beach Tox Chase Bank account consisted of approximately $1.7 million in direct transfers and approximately $6.5 million in transfers traceable[16] to the Billy Taylor Chase Bank account from the Beach Tox Chase Bank account and

---

[15] Prior to transfers from the Beach Tox Chase Bank account beginning on March 25, 2020, the account had a balance of $72.

[16] Each of these transfers involved a debit from the Beach Tox Chase Bank account and credit to the Billy Taylor Chase Bank account on the same day in the same amount. The debit was at least as much as the credit and sometimes more indicating that more funds were taken out of the Beach Tox Chase Bank account than were deposited into the Billy Taylor Beach Tox account.

included approximately $7 million transferred from this account between June 1, 2020 and September 28, 2020.

**Transfers from the Billy Taylor Chase Bank Account to/from Bank OZK Account**

114.     On June 12, 2020, a bank account at Bank OZK with account number ending 1863 (hereinafter the Jennifer Taylor Bank OZK) was opened with an initial deposit of $300 listing Jennifer Taylor and A.R. as authorized person.  From June 25, 2020 and September 9, 2020, transfers totaling $575,000 were made from the Billy Taylor Chase Bank account to the Jennifer Taylor Bank OZK including the deposit of a Chase Bank cashier's check for $75,000 payable to Billy Taylor with Beach Tox as remitter.  On October 6, 2020, a wire transfer of $150,000 was made from the Beach Tox Chase Bank account to the Jennifer Taylor Bank OZK account.  On March 29, 2021, $100,000 was transferred from the Jennifer Taylor Bank OZK account to the Billy Taylor First Horizon Bank account.

**Purchases from the Billy Taylor Chase Bank Account**

115.     Beginning in approximately May 2020, numerous purchases were made with funds from the Billy Taylor Chase Bank account.  On May 21, 2020, purchases were made from the Chase Bank Billy Taylor account at Honda Powersports in Fort Smith Arkansas, as follows:

-   2020 Honda TRX420FA2L Rancher AT with VIN 1HFTE4192L4600458 for $8,547.34

-   2020 Honda SXS10S4DL Talon with VIN 1HFVE06E1L4000554 for $25,887.84

-   2019 Bombardier 35KA Wake 155 with VIN YDV45515A919 for $12,090.22

-   2019 Bombardier 35KA Wake 155 with VIN YDV41862K819 or $11,557.72

-   2020 Trailer VWC DBL-HD  Trailer with VIN 19BEF1419LCA20289 for $2,451.71

-   2020 Trailer SEVERE - 14' UTILITY with VIN 4S9BU1414LS128035 for $1,888.00

116.    Vehicles were also purchased with funds from the Billy Taylor Chase Bank account including the following:

a.    Tesla Model X with VIN 5YJXCAE48HF075775 registered to Alissa Fisher on May 12, 2020 for $84,217.47.

b.    Rolls Royce Wraith with VIN SCA665C56FUX85372 registered to Jennifer Taylor, Billy Taylor's wife, on June 4, 2020 for $172,654.73.

c.    Porsche Panamera with VIN WP0AF2A76EL083482 registered to Dillon Taylor, Billy Taylor's son, on June 23, 2020 for $45,986.51.

d.    Chevrolet Silverado with VIN 1GCUYGED0LZ253284 registered to Brant Jolly on August 18, 2020 for $85,519.25.

117.    On February 25, 2021, a GMC Yukon Danali with VIN 1GKS1DKL1MR116205 registered to Miranda Plum was purchased for $43,000 in cash and the trade in of a Mercedes Benz purchased on May 12, 2020 for $44,037.93 with funds from the Billy Taylor Chase Bank account. The salesman stated that on February 25, 2021, he met Miranda Plum and Billy Taylor (identified via photo) at a casino in Durant Oklahoma where he picked up the Mercedes Benz and delivered the GMC Yukon/Denali.  Billy Taylor handed the $43,000 in cash to Plum who subsequently handed it to the salesman.

118.    In approximately April 2018, Dillon Taylor opened a recording studio, Dillon's Garage, in a large detached garage located on the same property as Billy Taylor's residence at 201 Arkansas Highway 255, Central City, Arkansas.  On August 10, 2020, Billy Taylor purchased an API Legacy AXS Recording Console with three wire transfers in excess of $10,000 totaling $233,710.  The recording console was installed in Dillon's Garage.

119.    From May 21, 2020 to August 2, 2020, purchases of guitars and other items were made with funds from the Billy Taylor Chase Bank account from Reverb.com (more than $600,000), Guitar house of Tulsa (more than $40,000) and Gruhn Guitar in Nashville, Tennessee (more than $86,000).  The guitars and other items purchased from Reverb.com, Guitar House of Tulsa and Gruhn Guitar are described in detail in Attachment A which description is incorporated herein by reference. In approximately November 2020, Dillon Taylor, opened Vintage Vibes, a guitar store which is located at 8819 Rogers Avenue, Suite C, Fort Smith, Arkansas which sells guitars and other musical equipment.

120.    On July 31, 2020, a debit transaction of $85,385.50 was made on the Billy Taylor Chase Bank account for purchases made by Billy Taylor at the Diamond Cellar in Nashville, Tennessee on July 29, 2020 consisting of an "18 kyg Rolex OP Sky-Dweller" for $46,650 and a 36 mm Rolex Meteorite for $33,000.  On August 28, 2020, a debit transaction of $67,000 was made on the Billy Taylor Chase Bank account for purchases made by Billy Taylor at Weston Jewelers in Florida on August 24, 2020 consisting of "18 kyw Grad Dia Riviera neck 12.87 twt" for $40,000 and an "18 kwy GTS Dia fash brac 4.95 twt" for $27,650 (cash was also provided to pay tax and the additional cost).  During the transaction with Weston Jewelers, Billy Taylor provided his address as 201 Highway 255, Lavaca, Arkansas (one of the Subject Premises) and again provided his email address as taylormadelabs@yahoo.com.

### 3.   Transfers and Purchases Involving the Beach Tox Bank of Oklahoma Account

121.    From February 9, 2021 to February 12, 2021 (with the first Medicare payment occurring February 9, 2021), Medicare payments totaling $4,238,910.74 were deposited into the Beach Tox Bank of Oklahoma account including a transfer of $3,990,490.32 on February 9, 2021. This account was controlled by Brant Jolly and Billy Taylor.

38

### Transfer to the Brant Jolly Bank of Oklahoma Account

122.    On February 9, 2021, Brant Jolly opened and was the sole authorized person on Bank of Oklahoma bank account with account number ending 6456.  On February 16, 2021, $14,000 was transferred from the Beach Tox Bank of Oklahoma account to the Brant Jolly Bank of Oklahoma bank account with account number ending 6456.

### Transfer to the Billy Taylor First Horizon Bank Account

123.    Transfers totaling $175,000 were made from the Beach Tox Bank of Oklahoma account to the Billy Taylor First Horizon Bank account with $100,000 transfer on February 9, 2021 and a $75,000 transfer on February 11, 2021.

### Transfer to the James Taylor Bank of Oklahoma Account

124.    On December 28, 2020, James Taylor opened and was the sole authorized person on Bank of Oklahoma bank account with account number ending 2749.  On February 10, 2021, $700,000 was transferred from the Beach Tox Bank of Oklahoma account to the James Taylor Bank of Oklahoma bank account with account number ending 2749.

### Transfer to the Billy Taylor IBC Account

125.    On December 28, 2020, James Taylor opened and was the sole authorized person on Bank of Oklahoma Bank account with account number ending 2749.  On February 9, 2021, $100,000 was transferred from the Beach Tox Bank of Oklahoma account to the Billy Taylor IBC Bank account.

### Transfer to/from the Billy Taylor Bank of Oklahoma Account

126.    On October 21, 2020, Billy Taylor opened and was the sole authorized person on Bank of Oklahoma bank account with account number ending 0157 (hereinafter Billy Taylor Bank

of Oklahoma account).  On February 9, 2021, $1.5 million was transferred from the Beach Tox Bank of Oklahoma account to the Billy Taylor Bank of Oklahoma account.

127.    On February 18, 2021, $500,000 was transferred from the Billy Taylor Bank of Oklahoma account to the Billy Taylor First Horizon Bank account and $150,000 was transferred from the Billy Taylor IBC Bank account.

### 4.   Transfers and Purchases Involving the Nations Lab BancFirst Account

128.    On October 11, 2019, James Taylor became the sole authorized person on the Nations Lab BancFirst bank account with account number ending 4027 (hereinafter Nations Lab BancFirst account).  From October 11, 2019 (with the first Medicare payment occurring November 13, 2019) to December 31, 2020, Medicare payments totaling $4,312,151.86 (approximately 87% of total deposits) were made to the Nations Lab BancFirst account out of total deposits of $4,931,617.45 including Medicare payments totaling $2,909,949.13 between June 1, 2020 and December 31, 2020.

### Purchases from the Nations Lab BancFirst Account

129.    On August 28, 2020, $95,192 was transferred from the Nations Lab BancFirst bank account to Watts Automotive to purchase a 2020 Ford F450 with VIN 1FT8W40T9LEC83745 which was subsequently registered to Celesta Taylor, James Taylor's wife.

130.    On September 1, 2020, a check drawn on the Nations Lab BancFirst bank account in the amount $63,500 was debited from the account.  The check was payable to Murphy Trailer Sales and used to purchase a 2021 Four Star Trailer with VIN 4FKHG372KM0039028 in the amount of $103,748 with a trade in of a 2020 Four Star Trailer purchased on April 21, 2020 with funds from the Nations Lab BancFirst account.

131.     On December 14, 2020, $29,350 was transferred from the Nations Lab BancFirst bank account to Gateway Car Connection to purchase a 1998 Dodge Ram 2500 with VIN 3B7KF2660WM245434 which was subsequently registered to Celesta Taylor.

### Transfers to the Billy Taylor First Horizon Bank Account

132.     On March 23, 2021, $75,000 was transferred from the Nations Lab BancFirst account to the Billy Taylor Horizon Bank account.

### Transfers to/From the James Taylor BancFirst Account

133.     On January 3, 2020, James Taylor opened and was the sole authorized person on BancFirst account with account number ending 9512 (hereinafter James Taylor BancFirst account).  On November 30, 2020, Celesta Taylor was added as an authorized person on the account.  From September 28, 2020 to January 15, 2021, $945,000 was transferred from the Nations Lab Bankfirst account to the James Taylor BancFirst account including a transfer of $600,000 on September 28, 2020.

### Transfers to the Maehunt Sport Horses LLC BancFirst Account

134.     On November 30, 2020, James and Celesta Taylor opened and were the sole authorized person on a Maehunt Sport Horses LLC BancFirst account with account number ending 7788 (Maehunt BancFirst account).  On December 24, 2020, $3,000 was transferred from the Nations Lab BancFirst account to the Maehunt BancFirst account.  From December 18, 2020 to December 28, 2020, funds totaling $238,000 were transferred from James Taylor BancFirst account to the Maehunt BancFirst account including a $161,000 transfer on December 24, 2020 and a $70,000 transfer on December 28, 2020.

**Transfers to/from the Lablik Valliance Bank Account**

135.    From September 10, 2020 to March 9, 2021, $1,268,709.56 was transferred from the Nations Lab BancFirst account to the Lablik Valliance Bank account including a transfer of $59,202.13 on September 10, 2020.

136.    On November 29, 2017, a bank account with account number ending 7046 was opened at Valliance Bank for Medtest Laboratories LLC with Allan Polhill as the sole authorized person.  From June 5, 2020, through March 29, 2021, $422,848.67 was transferred from the Lablik Valliance Bank account to the Medtest Laboratories LLC Valliance Bank account including a transfer of $20,738.83 on July 6, 2020.

137.    On March 12, 2018, a bank account with account number ending 7970 was opened at Valliance Bank for Makarios Group LLC with Allan Polhill, James Taylor and Robert Byers as authorized person.  From July 20, 2020 to March 10, 2021, $164,691.32 was transferred from the Lablik Valliance Bank account to the Makarios Group LLC Valliance Bank account including a transfer of $14,719.38 on July 20, 2020.

**CONCLUSION**

138.    Based on these facts and circumstances stated herein, Affiant and the FBI, Little Rock Field Office believe there is probable cause to forfeit the defendant property described with particularity in Exhibit A as as proceeds of the following offenses: Title 18 U.S.C. § 1347 (Health Care Fraud), 18 U.S.C. § 1349 (Conspiracy to Commit Health Care Fraud) and Title 18 § U.S.C. 1957 (Money Laundering).

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief, pursuant Title 28, United States Code, Section 1746.

In Fort Smith, Arkansas, this 23 day of November 2021.

Matthew K. Ferguson
Special Agent
Federal Bureau of Investigation