**EXHIBIT A**


**Seized from 8819 Rogers Avenue, Suite C, Fort Smith, Arkansas**

1.  Ernie Ball Music Man Steve Morse electric guitar, serial number: G52265, with burst brown/tobacco case
2.  Fender Stratocaster electric guitar with black original contour body, serial number: US14056374, with gator case
3.  Fender Telecaster KOA Burst electric guitar, serial number: US12178713, with case
4.  Fender Hellcaster Jazz-A-Caster electric guitar with gold leaf finish with Will Ray Hell Bender Hipshot #0123 with case
5.  Paul Reed Custom Brushstroke electric guitar hand signed, serial number: 14213630, with case
6.  Fender Stratocaster Limited Edition-Corona California electric guitar brown frame with fold pickups, original contour body, serial number: LE08703
7.  Fender Telecaster electric guitar with black lacquer finish with Seymour Duncan hot rails, serial number: MX15595724, with case
8.  Ernie Ball Music Man Axis electric guitar, serial number: G70603, with wood grain/black finish case
9.  Aristides 060 electric guitar with blue finish with case
10. Fender Stratocaster Custom shop electric guitar with teal finish and missing whammy bar, serial number: R86470, with case
11. Fender Telecaster 1978 electric guitar with red lacquer finish, serial number: S835579, with case
12. Walla Walla Skeleton Reunion Maverick Pro electric guitar with laser etched flame maple, serial number: 61010, with case
13. Fender 'Dealer Event' Select Strat electric guitar with tone red/black flame and missing back trim plate, serial number: US13113848, with case
14. Gibson Les Paul Standard electric guitar with tobacco/brown burst, serial number: 80782534, with case
15. EVH WolfGang Signature electric guitar with ivory case
16. Fender Stratocaster electric guitar, serial number: S778270, with sunburst case
17. Fender Stratocaster "SRV" electric guitar with back trim panel missing, serial number: N1058286, with sunburst case
18. Paul Reed Smith custom electric guitar, 15/50 Private stock #3250, serial number: 11174077, with case
19. Fender Stratocaster electric guitar with blue burst and missing bar, serial number: N3139567, with case
20. Zerberus Nemesis Boco Del Rio 10F005 electric guitar with marble granite finsih
21. Fender Stratocaster electric guitar cream body with black, serial number: S949569
22. Fender Ratities Series Quilt Maple Top American Stratocaster electric guitar with case
23. Gibson GGC-700 electric guitar black vintage, serial number: 82511628, with case

24. Fender Stratocaster electric guitar, serial number: US13114993, with flame wood grain case

25. Paul Reed Smith Swamp Ash Special Narrowfield 25th Anniversary 2010 electric guitar sunburst, serial number: 10168379, with case

26. Guild vintage electric guitar, serial number: 183433, with natural finish case

27. Fender Stratocaster limited edition electric guitar with brown finish, serial number: LE06851, with case

28. Fender Quilt Maple top Stratocaster electric guitar, serial number: LE07934, with case

29. Fender Stratocaster electric guitar with ivory/off white natural finish case with strap and power cord, serial number: US13074448, with case

30. Fender Stratocaster electric guitar with blue finish, serial number: MZ0203771, with case

31. Gibson Modern DC Standard Custom electric guitar, serial number: CS80011, with royal blue case

32. Fender Limited Edition Telecaster electric guitar, serial number: US16021742, with cream case

33. Fender Stratocaster electric guitar with cream/off-white body, serial number: N990569, with case

34. Knaggs Model KEYA-12 electric guitar black eyed Susan finish, October 2018, serial number: 201, with case

35. Fender Squire Telecaster electric guitar, serial number: CGS1708826, with sunburst case

36. Fender Telecaster Deluxe electric guitar with pearl finish, Chris Shiflett, serial number: MX12240499, with case

37. Fender Stratocaster electric guitar with black and tortoise shell finish, serial number: MZ2145493, with case

38. Fender Stratocaster Rarities Quilted Maple electric guitar, serial number: LE07751, with case

39. Headway Riverhead vintage electric guitar off-white with K&M pickups, missing back trim panel, serial number: 2424, with case

40. Fender Stratocaster CustomShop electric guitar, 23 out of 30, with orange/white case

41. Fender Stratocaster electric guitar micro neck, serial number: S959009, with black case

42. Fender Stratocaster Limited Edition Corona California, serial number: LE08180, with maple finish case

43. Fender Stratocaster Limited Edition Corona California natural finish, serial number: LE07885

44. Fender Deluxe Telecaster electric guitar, serial number: E810114, with black/white case

45. Fender Stratocaster Custom shop electric guitar, serial number: CN96719, with orange burst case

46. Fender 1978 Stratocaster electric guitar with black finish, serial number: S898737, with case

47. Fano RB6 Handmade guitar, serial number: 0710 DF02008, with case

48. Paul Reed Smith Custom 22-10 top electric guitar, serial number: 5102719, with red/cherry mahogany case

49.    Walla Walla Maverick Pro Outlaw X electric guitar, serial number: 700303, with case

50.    ESP MH-400 LTD electric guitar, serial number: IS18040994, with natural wood grain finish case

51.    Jackson PC-1, Phil Collins signature electric guitar with black/silver tiger stripe finish, serial number: 006502, with case

52.    Aristides 060 electric guitar with purple/maroon finish with case

53.    Bigsby Prestige electric guitar, serial number: 101490, with red case

54.    Fender Stratocaster USA RARE 2019 electric guitar sand blasted 3 tone sun burst, serial number: US19081071, with case

55.    James Trussart Strat style electric guitar with gray wash with paisley metal inlay, serial number: 17087, with case

56.    Suhr electric guitar with copperhead burst, serial number: 18568, with case

57.    Walla Walla electric guitar with Joe Barden Bridge, 610077

58.    EVH Wolfgang 2010's electric guitar with black body with case

59.    Friedman Vintage T electric guitar, serial number: 08191419, with blue case

60.    Paul Reed Smith Standard electric guitar, serial number: 19 S2038162, with black finish case

61.    Fender Telecaster electric guitar, serial number: US15082523, with baby blue/white case

62.    Fender Custom Shop Limited Edition electric guitar, serial number: CZ523526, with sea foam case, vintage

63.    Fender Stratocaster limited edition electric guitar, serial number: LE09734, with teal/white case

64.    Fender Stratocaster limited edition electric guitar with sunburst, serial number: US17010414, with case

65.    Serek Armitage electric guitar black w/guild BiSonic, serial number: ARM-018, with case

66.    Fender Stratocaster electric guitar with red/white body, serial number: N003683, with case

67.    Fender Telecaster electric guitar white/manilla, serial number: US18013486, with case

68.    Gibson Standard MidTown electric guitar, serial number: 150066072, with tobacco finish case

69.    Gibson Les Paul Tribute Circa 2017 electric guitar, serial number: 170068248, with gold finish, hard alligator finish case with cord

70.    Gibson Les Paul Deluxe electric guitar, serial number: 108558, with tobacco finish case, 1970s

71.    Gibson Les Paul Custom electric guitar, serial number: CS 800125, with sunburst case

72.    Gibson Les Paul Custom vintage electric guitar, serial number: ZW 155, with black and yellow case

73.    Fender Stratocaster electric guitar missing back plate, serial number: N4168184, with blue/pearl case

74.    Martin CEO-8 special edition acoustic guitar #144 with case

75.    Gibson Les Paul Custom electric guitar with mother of pearl type inlay along neck, serial number: CS700893, with silver case

76. Fender Telecaster custom shop electric guitar, serial number: CZ526152, with gold case
77. Heritage Custom electric guitar with natural wood grain and bronze veneer finish, serial number: N00907, with case
78. Martin D-28 1969, Acoustic guitar Brazilian, 253992, with case
79. Charvel Guthrie Govan HSH electric guitar with flame maple, serial number: GG1600975, with case
80. Fender Custom 2002 Telecaster electric guitar, serial number: MZ2199111, with graphics case
81. Signed Custom Telecaster style body electric guitar with flame wood finish, signed on back with two signatures and Kiss by Julie with case
82. Martin Acoustic D-18 Modern Deluxe guitar, 2330346, with case
83. Santa Cruz Guitar Company Acoustic guitar, VS 3001, sunburst finish, 2006, vintage southerner with case
84. Emerald Model X20.05 Opus acoustic guitar black alloy/graphite finish, 31331-121 with case
85. Gibson Les Paul, Circa 2016, Blue Star with F-Hole electric guitar white trim, serial number: 1276734, with case
86. Custom electric guitar with Bigsby bridge with natural/green tint finish with case
87. Donner Model DAG-1B acoustic guitar with ebony case
88. Breedlove acoustic guitar Jeff Bridges Signature Concert series European spruce and African mahogany, serial number: PL200709631
89. Taylor model 110C acoustic guitar, serial number: 2110313094, with case
90. Washburn acoustic guitar Model BTSC566SCE-D, serial number: T200130522, with case
91. Washburn acoustic guitar Model HG12S-0, serial number: CC191202807, with case
92. Martin Acoustic Guitar Model D-28, serial number: 384457, with case
93. Gretsch Model G6120W-1957 electric guitar, serial number: JT04085386, with case
94. Univex electric guitar with red/black lacquer finish with case
95. Gretsch Streamliner Model G2622/PHNTM electric guitar, serial number: IS181202748, with gray case
96. Univox electric guitar with sunburst case
97. Fender Squire Starcaster electric guitar, serial number: ISS2021755, with sunburst case
98. Michael Kelly acoustic guitar, Model MKFPSNASFX, serial number: F11200544, with case
99. Taylor Model 314-CE-LTD acoustic guitar, serial number: 20030707076, with case
100. Paul Reed Smith acoustic guitar, Model A60E, serial number: B08074, with case
101. Zerberus black tiger maple electric guitar, serial number: C1282012, with case
102. Fender 1st Reissue Telecaster electric guitar with case
103. Paul Reed Smith electric guitar, serial number: 8132830, with case
104. Mayomes Regius electric guitar, serial number: RF61309067, with case
105. Fender Stratocaster Custom Shop limited edition, serial number: N561705, American with cherry red case
106. Collings D2HSB Acoustic guitar, serial number: 13127, with case

107.  Gibson Les Paul Custom 1974, serial number: 127773, with tobacco case
108.  Franfret electric guitar with distressed whitewash case
109.  Fender Stratocaster Mahogany violin burst electric Guitar, serial number: US17047688, with case
110.  Fender Custom Shop Telecaster #210, #8 of 16, with engraved accent detail case
111.  Jackson White Bengal electric guitar, serial number: 9818455, with case
112.  Gibson Les Paul Custom 2018 electric guitar flame top, serial number: CS 80047, with case
113.  Gibson Les Paul Deluxe off-white trim, serial number:  80262595, with cherry case
114.  EVH Wolfgang electric guitar, serial number: WGS122371C, with case
115.  Gibson Melody Maker, serial number: 91939, with tobacco case
116.  Mosrite "The Ventures" electric guitar black metallic case signed "Curley" with case
117.  Fender Stratocaster, Eric Johnson USA Vintage, serial number: EJ18432, with sunburst case
118.  Music Man Ernie Ball, Steve Morse SM-Y2D electric guitar, serial number: G34408, with case
119.  Fender Custom Shop Telecaster, serial number: CZ517281, with gold metallic case
120.  Fender Stratocaster electric guitar, serial number: US14024210, with mint green case
121.  Fano RB6 electric guitar, Alte De Facto, serial number:  51184, with distressed finish aqua case
122.  Rickenbacker electric guitar with natural wood grain case
123.  Fender Telecaster Custom Shop Duotone electric guitar, serial number: CZ520087, with blonde finish case
124.  Ibanez RGDIM6FM electric guitar tiger finish blue/black, 1P-01, serial number: I 180421627, with case
125.  Fender Stratocaster Limited Edition electric guitar, serial number: LE06855, with case
126.  Danocaster Tele Electric Guitar with missing black trim plate with black case
127.  Fender Telecaster, 1972, vintage electric guitar, serial number: 34145, with manilla and off-white case
128.  Dr. Mojo strat electric guitar with blonde natural finish case, white
129.  Paul Reed Smith Private Stock electric guitar 5/16/12, #3584 with case
130.  Gibson Les Paul Exotic Smart Wood electric guitar, serial number: 91769366, with case
131.  Gibson Les Paul Standard 120th Anniversary guitar, serial number: 140103361, with case
132.  Gibson ESDT Guitar, serial number: 01211402
133.  Fender Telecaster electric guitar Jim Adkins, Natural wood finish/black, serial number: CF14000368, with case
134.  Gibson Les Paul, serial number: 019690369, with Frankenstein Quilt case
135.  Mandolin wood grain with case
136.  Gibson Les Paul Standard Desert Burst electric guitar, serial number: 02647041, with case
137.  Fender Squire Telecaster with missing back plate with natural finish case with red
138.  Paul Reed Smith Santana electric guitar, serial number: 11180565, with case
139.  Collings Mandolin #636 with case

140. Tonareli Model V200 violin, serial number: V200-1, with case bows and extra strings 01/2012
141. Occhineri Tele electric guitar signed and numbered, #11 with case
142. Taylor 616ce acoustic guitar, serial number:  1102134054, with case
143. Gibson L-4A acoustic guitar, serial number: 01923023
144. Michael Kelly Custom Collection electric guitar, serial number: M21191877, with black/brown case
145. Taylor Custom GS acoustic guitar, serial number: 1105112001, with case
146. Taylor Custom DN acoustic guitar, serial number: 1111026104, with case
147. Huss & Dalton Model D-RA Custom acoustic guitar, serial number: 888, with case
148. R. Taylor acoustic guitar, Style 1, serial number: 035, with case
149. Gibson Namm 2018 guitar; ES-275, Prototype with case gold hardware, #1 of #1
150. Fender Telecaster, Jim Adkins, serial number: 311756095, with red case
151. Fender Jaguar electric guitar, tobacco sunburst, serial number: L24196, with case
152. Fender Stratocaster electric guitar, serial number: R92786, with case
153. Gibson Les Paul Custom guitar with bronze case
154. Lowden GL10 2018 Walnut acoustic guitar, serial number: 00060, with case
155. Paul Reed Smith acoustic guitar private stock #1579, production date 11/14/07 with black/bronze stripe case
156. Gibson J-45 Mahogany acoustic guitar, serial number: 11558053, with case
157. Gibson Studio Songwriter DLX EC Studio acoustic guitar, serial number: 12566080, with case
158. Gibson acoustic guitar, serial number: 608015, with case
159. Gibson acoustic guitar with case
160. C.F. Martin & Co. HD-28 acoustic guitar, serial number: 1799065, with case
161. Gibson J-45 acoustic guitar tobacco finish with case
162. Taylor Custom GS acoustic guitar, serial number: 20081113140, with case
163. Cole Clark Acoustic Guitar, Model FL2ECBEM, serial number: 180234467, with case
164. Taylor K-20 acoustic guitar, serial number: 941108130, with case
165. McPherson Model MG-3.5 acoustic guitar East Indian Rosewood and Port Oxford Cedar, serial number: 1433E, with case
166. Fender Telecaster electric guitar brown/copper tiger type finish with case
167. Epiphone Les Paul Traditional Pro III Plus electric guitar, serial number: 18071506963, with light blue case
168. Electric guitar with case; Parts-Les Paul blue/red/gray tie dye finish
169. Michael Kelly 630P electric guitar, serial number: F19200167, with gray/black case
170. Washburn CT4 Electric guitar black body with off-white trim, serial number: 9707187, with case
171. Michael Kelly Patriot LTD Electric guitar with natural wood graphic finish, serial number: E08083530, with case
172. Jerry Reed Tradition Pro Model JRP-Q electric guitar, serial number: 06050895, with case
173. Tradition Strat electric guitar, serial number: 05032298, with blonde/white pearl case
174. Tradition Jerry Reid JRP-TV Electric guitar, serial number: W11050924, with case

175. Danelectro electric guitar light blue glitter/white with case
176. Michael Kelly Custom bass guitar tobacco finish, serial number: C21200081
177. Michael Kelly Electric guitar bronze/white pearl, serial number: WP18110090, with case
178. Warwick Streamer bass guitar, serial number: RB A 551853-18, with maroon case
179. Partcaster electric guitar with graphic wood grain style case
180. Michael Kelly 1953 electric guitar, serial number: WP19010145, with tobacco style case
181. Fender Partscaster electric guitar with natural wood grain case
182. Michael Kelly Custom Collection Burl 60 Ultra electric guitar, serial number: L21191335
183. Michael Kelly Electric guitar, serial number: WP19010030, with pearl type inlay and copper finish case
184. BC Rish Mockingbird electric guitar, serial number: L08130287, with black case
185. Gibson WM-10 Acoustic guitar, serial number: 92858004, with case
186. Gibson CL-30 Deluze acoustic guitar, serial number: 90229037, with case
187. Gibson Gospel acoustic guitar, serial number: 91165056
188. Gretsch acoustic guitar, serial number: 29412, with tobacco finish case
189. Framus acoustic guitar #28351, production 05/98
190. Guild D-25M acoustic guitar, serial number: OA109546, with case
191. Taylor 912 acoustic guitar, serial number: 94020112, with natural case with mother of pearl style edging
192. Mcpherson MG-5 .0XP acoustic guitar Rosewood and Redwood, serial number: 0999
193. Taylor SB1X electric guitar with off-white case with gray-pearl inlay
194. Gretsch electric guitar with natural wood finish/white case
195. Taylor SB electric guitar, serial number:  20071016940, with tobacco case
196. Donner Model DAG-1C acoustic guitar
197. Epiphone Hummingbird Pro/EB acoustic guitar, serial number: 20042300299, with ebony case
198. Washburn Model BTSC56SCE-D acoustic guitar, serial number: T200130497
199. Ibanez Model AW54-OPN acoustic guitar, serial number: 1X-05 CD200210037
200. Washburn Model BTS9CH-D acoustic guitar, serial number: T200201569, with black ash style case
201. Washburn Model BTSC562CE-D acoustic guitar, serial number: T200200919
202. Seagull Mini Jumbo Rustic acoustic guitar, serial number: 032914008565
203. Washburn Model BTS9CH-D acoustic guitar, serial number: T200201692, with black ash style case
204. Epiphone Limited Edition Dove Pro A/W acoustic guitar, serial number: 20032302534, with white case
205. Martin & Co. D-28 Acoustic guitar, serial number: 283056, with guitar case
206. Washburn Mandolin Model MSWFKELITE1, serial number: DC13100043, with tobacco case
207. The Loom Mandolin Model LM-310F-BFB, serial number: 19120755
208. Taylor Lethbridge Fecit Anno Violen, Made in Canada
209. Nicolaus Amatus fecit Violin #1624 with case
210. John Juzek Violen made in Prague, signed
211. Edwin Hunt Violin No. 21, Grand Rapids, Michigan, Dated Sept1899, No. 21
212. Taylor Lethbridge Fecit Anno Violen Made in Canada

213. Makai Ukulele Made in San Francisco, serial number: TKU-27CE
214. Stainer Violin with case
215. Washburn mandolin Model MISDLTR, serial number: 311629891, with red case
216. Martin & Co. Eric Clapton Signature model acoustic guitar, serial number: 13787, with case

217.   Gibson Les Paul standard electric guitar, serial number: 110890181, with bourbon case
218.   Spector bass guitar warm golden finish, production 11/2000, serial number: 047, with case
219.   Daion bass guitar, serial number: 10486, with yellow case
220.   Pedulla Rapture guitar, serial number: RB 9411, with case
221.   Fender Stratocaster electric guitar, serial number: E967964, with blue/green/white case
222.   Ibanez LACS LA Custom electric guitar, serial number: LA090600, with deep red case
223.   Birdsong Hard Built bass guitar, serial number: 11S-052, with natural wood case
224.   Danocaster vintage bass guitar with golden/white case
225.   Fender Jazz Bass, serial number: 638606, with faded/worn off-white case and red
226.   Fender Precision bass guitar, serial number: N6193584, with tobacco case
227.   Martin & Co. acoustic guitar, serial number: 317946, with case
228.   Sigma Guitars Model GCS-1 acoustic guitar, serial number: 891100081, with case
229.   Gibson Hummingbird acoustic guitar with case
230.   Hass & Dalton TD-M custom acoustic guitar, serial number: 1525, with case
231.   Martin & Co. acoustic guitar, serial number: 179463, with case
232.   Taylor Model GS5 acoustic guitar, serial number: 20071207119, with case
233.   Martin & Co. Model 000-18 acoustic guitar, serial number: 188292, with case
234.   Martin & Co. Model 0-18 acoustic guitar, serial number: 130000, with case
235.   Zager Easy Play Model ZAD80CE acoustic guitar, serial number: 19, with case
236.   Takamine Steve Wariner Limited Edition acoustic guitar, serial number: 38, with case
237.   Martin model D-28 acoustic guitar, serial number: 200014, with case
238.   C.F. Martin & Co. Model D-28 acoustic guitar, serial number: 166863, with case
239.   Alvarez Artist Model 5051 acoustic guitar, serial number: 000052, with case
240.   C.F. Martin & Co. Model EB-18 bass guitar, serial number: 3329, with natural wood grain case
241.   Rickenbacker bass guitar black/white with case
242.   Magnatone Electric guitar, serial number: 38443, with pearl blue case
243.   Dan Armstrong Ampeg vintage bass guitar with lucite case
244.   Gibson Memphis electric guitar tobacco finish, serial number: 13042714, with case
245.   Gibson 335 electric guitar, serial number: 560224, with case
246.   Framus Model 57776-52 electric guitar tobacco finish body, serial number: 55521, with case
247.   Suhr Classic J Custom bass guitar, serial number: 26516, with blue case
248.   Tagima Jetblue Custom Z electric guitar with green/pearl white finish body, serial number: 532651, with case
249.   Collings I35 Deluxe custom electric guitar, serial number: 171003, with case
250.   Ovation Thunderhead electric guitar, serial number: B432, with case
251.   Gibson Johnny A electric guitar, serial number: JA448. with case
252.   Gibson ES 150 DW Electric guitar, serial number: 906480, with case
253.   Fender Jaguar electric guitar, serial number: L65834, with sunburst case
254.   Aristides 070 electric guitar with blue/black body with case
255.   Partscaster electric guitar with black/white body, serial number: 61071, with case
256.   Fender JazzMaster KOA C.S. Artisan electric guitar, serial number: CZ537646, with case
257.   Serek Sacramento Bass yellow/black body, serial number:  SM-062, with case
258.   C.F. Martin & Co. LX Black acoustic guitar "Little Martin", serial number: MG 103382, with case
259.   Fender Precision bass guitar black/deep red body, serial number: 425361, with case
260.   Aristides 060 electric guitar with silver metallic body with case
261.   C.F. Martin & Co. Model D-16 acoustic guitar, serial number: 2297385, with case

262.    Epiphone electric guitar, serial number: 14052304140, with red/white case with picks glued on case
263.    Epiphone Sheraton II Pro EB guitar black body, serial number: 19081532676, with case
264.    Fender Precision bass guitar olive green/off-white body, serial number: US16091887, with case
265.    Guild Starfire electric guitar, serial number: 33458, with case
266.    Gibson Country Western model acoustic guitar, serial number: 972367, with case
267.    Gibson acoustic guitar, serial number: 12198, with case
268.    C.F. Martin & Co. Model 000-18 acoustic guitar, serial number: 147022, with case
269.    Gibson J-46 Acoustic guitar, serial number: 92005030, with case
270.    Gibson J50 acoustic guitar with case
271.    Gretsch Roots Collection Model G9531E-GCFSR-Fishman SB Acoustic Guitar, serial number: 311754309, with case
272.    Gibson J-45 acoustic guitar, serial number: 819975, with case
273.    R Taylor Style 1 acoustic guitar, Circa 2006, serial number: 324, with case
274.    C.F. Martin & Co. Grand Ole Opry Model HD-28 acoustic guitar, serial number: 2284076, with case
275.    Michael Kelly Model MKTPSGNSFZ acoustic guitar, serial number: P11190182
276.    Lowden Model 025 acoustic guitar, serial number: 13454, with case
277.    C.F. Martin & Co. Custom Shop guitar, serial number: 1796402, with case
278.    Gibson Hummingbird Mahogany Acoustic Guitar, serial number: 12478046, with case
279.    Penco Model A-16 acoustic guitar, serial number: 9501, with case
280.    Partscaster electric guitar mint green/black body with case
281.    C.F. Martin & Co. Custom Shop acoustic guitar, serial number: 1449003, with case
282.    C.F. Martin & Co. D-18 acoustic guitar, serial number: 250556, with case
283.    Epiphone PR550 acoustic guitar, serial number: 8509096, with case
284.    Fender Telecaster electric guitar, serial number: E317260, with tobacco case
285.    Fender Collector's Edition Telecaster electric guitar, serial number: 0078 of 1998, with case
286.    Lowden Model 025c acoustic guitar, serial number: 11191, with case
287.    C.F. Martin & Co. D-35 Woodstock acoustic guitar, serial number: 2267961, with case
288.    Taylor Cocobolo GS acoustic guitar, serial number: 20081024129, with case
289.    C.F. Martin & Co. J-40 Acoustic guitar, serial number: 2263172, with case
290.    Lowden F-35c acoustic guitar, serial number: 19872, with rosewood/Adirondack case
291.    Fender Mod Shop Telecaster, Model B-1 electric guitar, serial number: US19001049, with case
292.    Yamaha FS800 Acoustic guitar, serial number: IQP011739, with case
293.    Winzz Model AF-H00LC-BK acoustic guitar 40"
294.    Fender Precision bass guitar mint/white body, serial number: MX15143915, with case
295.    Tacoma DR-20 acoustic guitar, serial number: 0046, with case
296.    Ernie Ball Earthwood Acoustic guitar with case
297.    Washburn Model BTS9CH-D acoustic guitar, serial number: T200201595, with case
298.    Gibson Custom J-45 Acoustic guitar, serial number: 10555098, with case
299.    Epiphone Swingster/WR guitar red body, serial number: 14092307971, with case
300.    Fender Stratocaster USA Electric Guitar, serial number: US12310634, with natural finish wood case
301.    IVY RoHS electric guitar key lime green body/white, serial number: 119091301, with case
302.    Fender Redondo Player BLD WN acoustic guitar blue body, serial number: JWA1933362
303.    C.F. Martin & Co. Model JC-16ME Aura acoustic guitar, serial number: 1344931

304. Guild Model F-250CD Deluxe acoustic guitar, serial number: G3190787
305. Gibson Heritage Custom Acoustic guitar, serial number: 3007613
306. Taylor K-15C Custom acoustic guitar burl type finish with mother of pearl type trim, serial number: 960301133
307. McPheerson Model MG-3.5 Z1/SE acoustic guitar, serial number: 2448, with case
308. C.F. Martin & Co. Shenandoah acoustic guitar
309. S101 Model D33440ME2N
310. Huss & Dalton OM Custom acoustic guitar, serial number: 5285, with case
311. James Goodal Model PSC332 acoustic guitar spruce/rosewood/mahogany, 2/25/88
312. Gibson acoustic guitar tobacco finish, serial number: 5227G
313. Jean Larrivee Model D-03R acoustic guitar, serial number: 76311
314. Gibson Hummingbird Walnut M acoustic guitar, serial number: 13459087
315. C.F. Martin & Co. Custom acoustic guitar, serial number: 908097
316. Taylor 517e Builders Edition Grand Pacific acoustic guitar, serial number: 1103119082
317. Bourgeois AT Mahogany D – AT Adirondack/AT Topecoast acoustic guitar, serial number: 006889
318. C.F. Martin & Co. D-35 acoustic guitar, serial number: 404230
319. Guild Model D-240E acoustic guitar 21812607, 81105221
320. Zager Easy Play Model ZAD800MCE Aura/N acoustic guitar, serial number: 190502136
321. Gibson acoustic guitar tobacco body, serial number: 1220 12
322. Zager Easy Play Model ZAD50CEOM acoustic guitar, serial number: 11
323. Huss & Dalton MJC Custom Acoustic Guitar, serial number: 621
324. Bourgeois D Custom acoustic guitar AT Mahogany D-AT Finish, serial number: 007520
325. Lowden Model S5 acoustic guitar, serial number: 3758
326. C.F. Martin & Co. OMC Aura Orchestra acoustic guitar with case, serial number: 1090299
327. Washburn Model BTSC56SCE-D acoustic guitar, serial number: T200130523
328. Zager Model ZAD-20 acoustic guitar, serial number: SI 120713419
329. Taylor Model 214ce-K DLX acoustic guitar, serial number: 2203060120
330. Taylor Model 414-CE acoustic guitar, serial number: 20060605045
331. Gibson J-200 acoustic guitar, serial number: 06142729
332. Gibson Songwriter EC acoustic guitar, serial number: 11509047
333. Gibson Harley Davidson LTD acoustic guitar #382 of 1500, serial number: 92664021 with black case
334. C.F. Martin & Co. Model D-35 acoustic guitar, serial number: 376254
335. Zager Easy Play Model ZAD80CEOM acoustic guitar, serial number: 15-2015, with case
336. Handmade acoustic guitar by Jim Pense 01-01-19
337. Gibson J-45 Acoustic guitar, serial number: 051103, with case
338. Sauve acoustic guitar 7/32001, bult 1992
339. Taylor 815-C acoustic guitar, serial number: 950710121
340. Guild Model S4CE acoustic guitar ebony body, serial number: AE041288
341. Taylor Model 454-CE acoustic guitar, serial number: 20040224066, with case
342. Zager Easy Play Model ZAD-20E Mahogany acoustic guitar, serial number: SI 110601430
343. Gibson J-45 custom acoustic guitar, serial number: 366102, with case
344. Dobro acoustic guitar metal, black/yellow
345. C.F. Martin & Co. Model 000-28 Acoustic Guitar, serial number: 2051362, with case
346. Leo Jaymz Model B6-SB-9S acoustic guitar
347. Taylor Model 114e acoustic guitar, serial number: 2203050330, with case
348. Gibson Custom J160E acoustic guitar, serial number: 892634

349. Lowden Model S-27F acoustic guitar, serial number: 3689
350. Kentucky Guitars acoustic guitar natural wood finish body, hand inscribed tag, #90
351. Gibson J-45, 1969 Acoustic guitar tobacco body, serial number: 541783
352. McPherson MG-4.5 acoustic guitar 24th guitar manufactured, serial number: 0124, with case
353. Gibson Southern Jumbo acoustic guitar, serial number: 03484011
354. C.F. Martin & Co. Model D-37 acoustic guitar, serial number: 519952
355. James Goodall Model KGC299 acoustic guitar production-5/13/87 with hand signed makers tag
356. Ovation Thunderbolt Model TB01 acoustic guitar with case
357. Zerbereus Nemesis Electric guitar marble finish body, serial number: 1BR002, with display case
358. Rickenbacker electric guitar with red-fade/white display case
359. Fender Telecaster electric guitar-Custom shop with case
360. Paul Reed Smith Private Stock electric guitar 5/11/12/ #3712, 12188957 with case
361. Knaggs Sheyenne electric guitar tiger stripe finish, serial number: 73, with case
362. Tony Vines Bella Grande Acoustic guitar, serial number: 119
363. Lowden Model 0-23C acoustic guitar, serial number: 16875, with case
364. Montclair acoustic guitar tobacco finish with white trim
365. MicroBass Model M-Bass/FL acoustic bass guitar, serial number: 01-15-373
366. Dobro small acoustic guitar brass/metallic center
367. Taylor Electric guitar mahogany type finish body, serial number: 20080620907, with case
368. Rickenbacker small electric guitar black/white, vintage
369. Music Man StingRay II electric guitar brown wood grain finish body, serial number: G005089
370. Peavey Predator Plus electric guitar, serial number: SI03060218, with blue case
371. Fender Telecaster Limited Edition electric guitar red/white body, serial number: US19095824
372. Music Man StingRay II electric guitar tobacco finish body, serial number: G005529
373. Silvertone 1441 vintage electric guitar tobacco finish body
374. Fender Telecaster custom electric guitar, serial number: MN2120624, with leather wrap and rattlesnake case
375. Ibanez Musician electric guitar wood grain case/blonde stripe, serial number: 1798092, with case
376. Fender Stratocaster limited edition electric guitar wood grain/pearl white finish, serial number: LE06919
377. Fender Stratocaster electric guitar, serial number: MX16789759, with black case
378. Jackson Dinky Flame black electric guitar, serial number: 9708294
379. Michael Kelly BUL50 Electric guitar marble finish body, serial number: CC180569
380. Gretsch four string synchromatic bass guitar with case black
381. Fender Off-Set Telecaster Limited Edition electric guitar, serial number: US16020132, with blue/white case
382. Fender Telecaster MX electric guitar, serial number: MX13371287, with blue/gray/black case
383. Fender Electric XII electric guitar green/white body J-custom USA
384. Fender Stratocaster 2004 model electric guitar brown, serial number: Z4009385
385. Fender bass guitar reddish/pink body, serial number: 430418, with case
386. Fender Jazz Bass guitar off-white/black body, serial number: US15018349, with case
387. Fender bass guitar off-white and gold-tone body, serial number: 080818, with case

388. 48 assorted empty acoustic and electric guitar cases
389. Marshall Model 1965A Amplified, Lead 4 x 10, 140 watts, serial number: 2665
390. Peavey Windsor Amplifier, 30" x 29.5"
391. Danelectro Amplifier, 18" high x 20" wide x 11" deep
392. Fender Twin Reverb 200W, #1851, 26" wide x 22.5" high x 10" deep, serial number: F114056
393. Fender Twin Reverb 300W Amplifier, #A59313, 26" wide x 23" high x 10" deep
394. Morgan Model DAG15 Amplifier; 18" wide x 20" high x 10" deep
395. Ibanez Model TSA15-H amplifier, 43W, serial number: BN01H19080 002
396. Fender Princeton Reverb Amplifier, serial number: CR-394412, with denim case
397. Orange Crush Model 20RT amplifier, 20W RMS, serial number: 53336-0420
398. Valco National 110-120V amplifier, 15" x 14" x 7.5", with vintage green case
399. Hayden Model 8PK50 head amplifier, serial number: 20061109, with black case
400. Marshall Artist Model 3203, 120W amplifier, serial number: U33361, with white case
401. Friedman Dirty Shirley Mini amplifier, serial number: 3101118005, with black case
402. Magna Electronics Company Model 8318A amplifier, 110V, with red leather case
403. Fender Hot Rod Deluxe amplifier, serial number: B-308234, with white case with roll around exterior protective road case
404. Fender DeVille "212" Amplifier, serial number: B-218853, with black case with protective foam lined road case
405. Tone King Falcon Grande Ironman II amplifier, serial number: 8051512009, with teal/white case, includes protective lined road case on casters
406. Fender 59 Bassman PR-143 270W Amplifier, with gold case
407. Fender Vibro King Type CSR-4 Amplifier, serial number: 0395, with tan case
408. Imperial MKII Tone King head amplifier, serial number: 8251905004, with teal case
409. Orange Rocker Head Verb 50 2009 Limited Edition Amplifier, serial number: RK50H-36980909, white
410. Goodsell Super 17 MK.2 Amplifier Head, serial number: 0266, with black case
411. Nolatone Road Hoog Pre Amplifier black/light olive green fuse, 24SLOBLO
412. Fender Bassman 50 Watt, 1.5 Amp 117V, serial number: A-11303, with black case
413. Wampler Bravado 120 Volt Amplifier, serial number: 1270919003, with black case
414. Fender Champ Amplifier, serial number: A828550, with black case
415. Morgan SW22 Amplifier, serial number: H-03151020, with gray case
416. Hiwatt Custom 20 HD Amplifier, serial number: MU 159623, with black case
417. Fender Bassman 70 Amplifier, serial number: F074364, with black case
418. Challenger Model CH8 Amplifier, Series R-94; 117V, 70-W, with wood grain case, Vintage
419. Gibson Ranger Model GA-55RVT amplifier, serial number: A050505, with Black case
420. Marshall 1977 JMP Amplifier, serial number: 030875, with black case
421. Fender Super Reverb 200W Amplifier, serial number: 16833, with black case
422. Peavey Delta Blues II Amplifier, 120V/75W, serial number: 0JBFD170061
423. Airline bass guitar amplifier, Model 6290208; 117V
424. Fender Band Master Amplifier, serial number: A20979, with black case

425. Fender Princeton Model 5F2 FL amplifier, serial number: P00990, with Vintage yellow case
426. Rivera Sedona Lite Amplifier, serial number: R873 4100447SL
427. Bugera V22 Infinium 72W Amplifier, with black case, UPC S170300341B03
428. L.R. Bagg Synapsa personal PA system, serial number: 000662, Modern wood grain veneer finish; Includes travel case
429. Fender Hot Rod Deluxe IV Amplifier, serial number: B-769627, Limited Edition; Brown leather case
430. Marshall Mercury Amplifier, serial number: 54135, Stock No. 2060, with Red Case
431. Imperial MKII Tone King, serial number: 8042001006, Brown cabinet
432. Imperial MKII Tone King Falcon Grande, serial number: 811910009, Black cabinet
433. Ampeg Model VT-120 Tri Ax Series Amplifier, serial number: V20D8A0042, black cabinet
434. Epiphone Pacemaker Model EA-50 amplifier, serial number: 845387
435. Ampeg SuperJet Model SJ-12R Amplifier, serial number: AIZDN40008, with black case
436. Ampro Deluxe Speaker, Vintage style in cabinet with snap closures
437. Danelectro Amplifier Special Series D Model 68, 110V, with Off-white case
438. Morgan Model G12H, 75W with Natural finish case
439. Fender Blues Deluxe Reissue Limited Edition Amplifier, serial number: B-716829, with black case
440. Fender Vibrolux Reverb Amplifier, 200W, serial number: A 10355, with black case
441. Fender Deluxe Mid-60's Amplifier, serial number: A 01743, with black case
442. Tone King Falcon Grande Ironman II amplifier, serial number: 8051909010, Teal/White Case
443. Tone King Gremlin Amplifier, serial number: 8100717026, with teal case
444. Fender Limited Edition Model 65 Deluxe Reverb Amplifier, serial number: CR-390036, with gray case
445. Kalamazoo Reverb 12 Amplifier, 117V-60 cycles, with black case
446. Marshall Capri Small Amplifier with red cabinet
447. Marshall Class V Valve Amplifier, Model C5-01, serial number: M-2011-27-0929-2ROHS, with white case
448. Marshall Mercury Vintage 1970s Amplifier, serial number: 50041, with red Case, Stock No. 2060
449. Silverton Model 1333 Amplifier Vintage Case, Made By Sears
450. Fender Deluxe Model 5C3 DE; Mid 50's Amplifer, serial number: 2172
451. Fender Deluxe, Model 5B3 amplifier with brown cabinet
452. Silverton Model 1392 Amplifier with brown cabinet, Made by Sears
453. Gibson Les Paul Junior, Model GA-5 amplifier, serial number: G5U1999003 06, with light brown cabinet
454. Fender Blues Junior Amplifier, serial number: B-585151, with Silver/Black Cabinet
455. Fender Bass Breaker 30 R Amplifier, serial number: M1726439, Brown Crocodile type case covering
456. Fender Vibrasonic Amplifier, serial number: 01304, Brown Case with age

457.   Fender Blues Junior III Amplifier, serial number: B-539835, with Blue/White Cabinet
458.   Fender Bassbreaker 15 Limited Edition amplifier, serial number: M1709191, with Black Cabinet
459.   Fender Hot Rod Deluxe III amplifier, serial number: B-63609, with Black Cabinet
460.   Fender Deluxe, Model 5E3 amplifier with Vintage Cabinet, Production 23 1A
461.   Fender Princeton Model 5F2-A Amplifier Production #34, Vintage style case
462.   Fender Acoustasonic 150 amplifier, serial number: UF 6596272, with Tan Case, Production 09-28-2020
463.   Tone King Imperial MKII amplifier, serial number: 8261905005, with Brown Cabinet
464.   BC Audio #10 amplifier, serial number: 1505080, with Blue and White Cabinet
465.   Marshall JTM30 Amplifier, serial number: 953465130
466.   Goldea EngineRex 3200 amplifier
467.   Omega 20 Amplifier with White and Gray Cabinet
468.   Danelectro DM25 amplifier with Small with black cabinet
469.   Supro Blues King 8 Amplifier, serial number: CR19071005 3, with black cabinet
470.   Rickenbacker Model M-8 Amplifier with Small Gray Cabinet
471.   Lone Wolf Outlaw amplifier with Black Leather Type Cabinet
472.   Fender Band Master Amplifier, serial number:  A22125, with black case
473.   Ashen Amplifier with Red/Black Wooden Case
474.   Peavey Windsor EL34 Amplifier, 300 watts, black
475.   Matchless C-30 Reverb, Model DC 30R amplifier, serial number: A20885
476.   Splawn Nitro amplifier, serial number: NT1101026, with black case
477.   Sano Stereophonic High Fidelity Amplifier with black case
478.   Jeff Berlin Mark Base Combo Head II amplifier with Black with light orange case
479.   Airline Bass Guitar and Accordion Model 62-901A Amplifier with black case
480.   Quilter MicroPro Mach2 Controller, serial number: 40021017151, with black case
481.   Grommes Model LJ5 Amplifier with green protective enclosure
482.   4 Amazon basics folding guitar stands
483.   7 Various guitar straps
484.   5 Assorted guitar pedals to include: (5) guitar pedals (Ibanez 850 fuzz mini, UN LTD Barker Electronics, Jackson bell star, C Moore Duncan 805 overdrive)
485.   20 Various guitar cables to include: (6) Hosa technology microphone cables, 10ft, (1) Single GLS audio cable, (11) advance mes electronics professional grade mic cord; (1) Kopul XLR Premium performance cable, 3000 Series; (1) Mogami Gold Analog 3ft instrument cable
486.   42 Various brands and quantities of guitar string to include: (11) Elixir Super light nickel plated steel electric guitar strings 09/42 superlight, (13) DAddario XL EXL110BT guitar strings; (2) DAddario EXL125 XL Super LT top guitar strings; (1) DAddario EXL120+ guitar strings; (2) DAddario EXL120 Super light gauge guitar strings; (6) Elixir 11/49 medium-bright smooth; (5) Ernie Ball three packs signature strings; (2) DAddario Pro Steels XL EPS170-5
487.   1 Vintage vibe Formula B guitar pedal
488.   1 AKG Microphone, Professional Dynamic Bass Drum Mic

489.  24 Various guitar picks to include: (2) packs of assorted guitar picks; (3) Fender
      Celluloid Picks-12 pack; (2) Dunlop Variety pack guitar picks; (14) packs of Alice guitar
      picks; (1) Package Alice guitar picks 0.71mm; (2) Flow guitar picks

490.  35 Various guitar accessories to include: (2) Amazon basics folding guitar stands, (1)
      ToneWoodAmp; (5) quick change guitar string trigger caps; (4) Daddario tuner clamp;
      (10) Moongel Damper pads [6 packs]; (1) Nord Stage accessory cable; (3) Art Tribute
      embroidered guitar straps; (1) Black guitar strap; (4) Packs of finger picks, picks and
      slides; (1) Group miscellaneous cables; (1) Guitar strap; (1) Amp component; (1) Fathom
      Bypass

491.  3 Bottles of Lither Music company Old English lemon oil

492.  1 Square reader for credit cards

493.  38 Assorted guitar pedals and strings to include: (1) Boss Super OverDrive SD-1,
      (1)Maxon BC-9 Bi-mode Chorus; (1) Photo hammer; (1) Fender Tre-Verb PR5603; (1)
      La Grange Bogner; (1) Orange Burst Overdrive , (1) Ibanez Mini AnalogDelay, (1)
      Kangra Walrus audio, (1) Orange Guitar Pre-Eq Custom Shop, (1) Fender Smolder
      Acoustic OD; (1) Dig Strymon, (1) Lex Rotary Strymon, (1) Sunset dual overdrive
      strymon, (1) Compadre dual voice compressor and boost strymon, (1) El Capistan dTape
      Echo strymon; (1) Duo Vibe, (1) Atreides Analong weirding module Way Huge, (1)
      Erniel Ball MPV PO6182; (1) Defector Fuzz FoxPedal 00179, (10) Ernie Ball Regular
      Slinky custom gauge strings, (4) GHS Bass Boomers, roundwound bass strings, (5) CF
      Martin & Co Eric Clapton strings.

494.  5 Shure SM85 microphones-new in box, 2 SM7B Cardoid dynamic microphones

495.  1 group miscellaneous adapter cords

496.  27 Various guitar strings to include: (10) Fender 10 0.10-0.46 original 150's guitarstrings,
      (3) Ukulele CF Martin & co concert strings M600; (1) Fender 45 Electric bass strings, (3)
      CF Martin Retro Acoustic Light 12 guitar strings, (1) Elixir 13/56 80-20 bronze guitar
      strings, (2) Elixir 11/52 80-20 bronze guitar strings, (7) Elixir 10/47 80-20 Bronze guitar
      strings

497.  1 Instrument rest

498.  4 Amazon basic folding guitar stands

499.  14 Assorted pedals and guitar accessories to include: (2) DG305B Tablet holders, (3)
      Kliq Aircell guitarstraps; (1) Ernie Ball MVP pedal, (1) Project 8 Tremolo, (1) Boss
      Waza Craft Delay DM-2w phase shifter, (1) Boss Waza Craft Dimension C DC-2w foot
      pedal (1) Dookie Drive MXR green day, (1) Boss TR-2 Tremolo, (1) Brixton OD+D
      custom pedal, (1) PAL 959V2, Plexi Emulator Pedal, (1) Boss Compression Sustainer
      CS-3 pedal

500.  38 Assorted pedals and guitar strings and pedals to include: (18) Erniel ball earth wood extra light
      guitar strings 80/20 bronze, (1) Tone Garage Double Deca Delay, (1) Sunset Dual
      Overdrive Strymon, (1) El Capistan dTape Echo Strymon; (1) Inspire Tri-chorus plus
      Neunaber, (1) Ibaneze TS 9 TubeScreamer, (1) Mooer The Wahter Wah Pedal, (1) I was
      a wolf in the Forest Distortion, (1) Triple Wreck Wampler, (1)Descent Walrus Audio, (1)
      MXR Clone Looper, (1) Fathom bypass, (1) Vanguard walrus audio, (1) Boss Turbo
      Distortion DS-2, (1) Boss Super OverDriveSD-1, (1) Boss Digital Delay DD-3T, (1)

Walrus SLO foot pedal, (1) Walrus Julia Analog Chorus, (1) Walrus Lillian foot pedal (2) Walrus audio descent

501. 10 Various microphones to include: (4) Shure SM57 microphones, (1) Shure 55SH Iconic Unidyne Microphone, (4) Electro-VoiceND76 microphones, (1) Super 55 Shure microphone

502. 1 Group assorted loose cables

503. 3 Various brands of foot pedals to include: (1) Tone King foot pedal, (1) Falcon Grande Tone King Amplifier foot pedal, (1) "69" MKII Fulltone

504. 43 Various guitar strings (5) Ernie Ball Regular Slinky bass strings, (4) Ernie Ball Flatwound electric bass strings, (5) DAddario Phosphor bronze EJ17 strings, (5) DAddario Nickel Bronze Acoustic 12/53 strings, (5) DAddario 12/56 XT Extended life guitar strings, (11) DAddario NYXL guitar strings, (8) Daddario XT 13/56 acoustic guitar strings

505. 29 Assorted guitar pedals to include: (1) Boss PW-3 WAH effects pedal, (1) Ibanez Tube Screamer Overdrive Pro, (1) Wah Cry Babyfoot pedal, (1) Worlds of Fear pedal, (1) Soul Five Overdrive EX-Gear pedal, (1)EX-Gear Echo Fish Analog Delay, (1) The Wave Foxpedal, (1) Sabbra Godabra CatalinBread, (1) Kingdom 00603 guitar pedal, (1) Fatbee Overdrive pedal, (1) Caroline Corp American Pizza pedal, (1) Fulltone OCD Pedal, (1) Belle Epoch Tape Catalinbread, (1) Tumnus Wampler foot pedal, (1) Wampler Ethereal Delay and Reverb, (2) MXR Carbon Copy Analog Delay, (1) Custom Gentle Hand Dist + OD pedal, (1) Fender Channel Select, (3) Caverns Keeley electronics, (1) Death Ship, (1) Comic strip art foot pedal, (1) Pegasus overdrive pedal, (1) Icarus Caroline Corp pedal, (1) Distortion Vextron Series pedal, (1) Custom Lime green pedal, (1) Barber tone press

506. 32 Assorted guitar pedals to include: (1) custom purple pedal, (1) custom "Type 95" pedal, (1) Boss Fuzz FZ-5 pedal, (1) Distortion DS-1 Boss pedal, (1) Ibanez FL9 Flanger, (1) Ibanez TS9 Tube Screamer, (2) Neunaber Immerse Reverberator pedal, (1) Flamma FS02 Reverb effects guitar pedal, (1) Catalinbread Katzenkonig pedal, (1) Weehbo Plexface Vintage Dual Overdrive pedal, (1) Flamma FS22Ekoverb, (1) MonoDivsion Triangle Intergrator, (1) EX-Gear Chromatic Tuner+Power, (1) KokcoMini Vibrato pedal, (1) Caline Orange Burst Overdrive, (1) NeoClone Nano pedal, (1) Car Crush Animals pedal, (1) Boss Tremolo TR-2 pedal, (1) Ammoon Pockverb pedal, (1) D-Seed Joyo Dual channel digital delay, (1) Animal Pedal Bath Time reverb, (1) Animal Pedal 1927 Home Run King, (1) Animal Pedal Bath Time Reverb, (1) Animal Pedal Fishing is fun as Fuzz, (1) Malekko Sneak Attach pedal, (1) Plexi-DriveDeluxe Wampler, (1) Fathom Walrus pedal, (1) Exotic Effects SPZ Compressor pedal, (1) Nux Recto Distortion Reissue Series pedal, (2) Boss FV-500H foot volume pedal

507. 4 Custom Upholstered guitar pedal platforms

508. 7 Hand crafted wooden guitar pedalboards (1806)

509. 7 Harman/Kardon Onyx Studio 6 Bluetooth portable speakers, in original box, like new condition

510. 2 Chauvet DJ EZ Wedge Tri light system with remote

511. 1 Pair of JBL Professional Floor Speakers, SRX Series, 38.5" x 18" x 20"

512. 2 Gator Frameworks Guitar seats

513.    1 Original Z stand, wooden
514.    4 On-Stage XCG-4 Classic guitar stands, new in plastic
515.    10 String Swing CC151-W-FW Horizontal Acoustic guitar holders, new in plastic
516.    2 Guitar stands - C3 Model C3-MC1-B & Gravity stand, one new in box
517.    2 Guitar stands - Mapex Armory Black plated Hi-Hat & DW 9300 Snare stand, new in box
518.    3 Chauvet DJ EZ Wedge Tri light system, new in box
519.    1 Fender guitar gold tone case (CASE ONLY)
520.    2 Tama Road Pro HS80W Snare stands, new in boxes
521.    1 Piano/Digital Keyboard Bench, 19" high with black finish, new in box, unassembled
522.    2 Hercules Model MS533B Microphone stands
523.    3 Hercules Model MS201B Microphone stands
524.    5 Assorted Tambourines to include: (2) Romance Pro, (2) Meinie TMT1M-WH & (1) operation song
525.    2 Mapex Armoury Hi-hat stands with pedals
526.    1 Eastrock drum stool
527.    1 Mapex stand
528.    2 Percussion boxes to include: (1) Pyle pro PCJD18 & (1) Meinie
529.    2 Guitar pedals to include: (1) Fender & (1) black case dual switch
530.    10 Pedestal style wooden guitar stands
531.    6 Assorted style and finish guitar stands to include: (4) fold out, (1) chrome finish & (1) Multi-Guitar stand
532.    9 Hercules guitar stands with tripod style bases
533.    4 Boxes of black sound proofing tiles
534.    Truth Drums Freshman Series, three-piece set, foot pedal and assorted cymbals to include (1) Freshman Truth Series Three piece drum set (Base Drum, Floor Tom and mounted Tom); Includes Mapex foot pedal and (2) High Hat symbols (1 Saluda decadence), (1) Carean Bliss series 16" paper thin symbol, (2) D20 Crash symbol 18"-Janara
535.    Des True hand crafted snare drum, Made in Russia
536.    Pearl four-piece drum set including bass drum, snare drum, and cymbals to include (1) Pearl four piece drum set including bass drum, (2) toms and snare drum; Also includes cymbals and stands
537.    Q-Drums three-piece drum set including bass drum, (2) toms and cymbals
538.    Noble and Cooley three-piece drum set including bass drum and two toms
539.    Q Drums Tulsa drum shop, four-piece set with matching toms with two tone metallic finish
540.    JumbleJam Authentic Steel Drum, ready to play kit, new in box
541.    2 Snare drums to include: (1) Donoho Drums snare, (1) handmade red trim with broken top
542.    DW Drums with blue/green transparent case
543.    Yamaha Genos electronic keyboard/piano, serial number: UEZN0114, with stand and cord

544. Yamaha MX88 Music Synthesizer electronic keyboard, serial number: UVZY01204, with stand
545. Painting of Jimmy Hendrix
546. Painting of Steve Clark
547. Painting of Tom Petty
548. Painting of Beatles
549. Painting of Alien Drummer
550. Print of Elvis
551. Print of Willie Nelson
552. Print of Guitar
553. Pair of Nike Brown and Pink Shoes
554. Pair of Ferragamo Salvatore Olive and Black Shoes
555. Pair Gucci, gray, blue and orange shoes
556. Pair Nike Air Jordan's Cactus Jack Blue and Black Shoes
557. Pair Gucci, green, blue, orange shoes


**Seized from 201 Highway 255, Lavaca, Arkansas**

558. Black cabinet sound console with assorted analog boards, power supplies & equalizers
559. Wood cabinet sound console with assorted analog boards, sound processing & equalizers
560. API Legacy Sound Console with Computer Screen and Power Supply, black
561. Gibson Les Paul Customer guitar off-white trim, faded gold hardware, serial number: 70938598, with dry fir case
562. Fender Bullet electric Guitar, serial number: 100059, with red/white case
563. Fender Telecaster Diamond Anniversary Edition electric guitar No. 433 of 1000 with natural finish wood grain case
564. Guild Starfire bass guitar, serial number: BA-1291, with red finish case with off-white trim
565. Fender Telecaster Electric guitar, serial number: S844750, with yellowish finish/black case
566. Gibson acoustic guitar, serial number: 03667 10, with tobacco case
567. Fender Jazz Bass guitar, serial number: US16127912, with black case
568. Gibson Thunderbird electric guitar natural wood grain with case
569. Sambora Limited Edition SA-2 electric guitar, serial number: SJ0800911, with black/pearl finish case
570. Duesenberg Double Cat electric guitar red sunburst, serial number: 042779, with case
571. McPherson model MG-4.0 acoustic guitar striped Macassar Ebony, serial number: 1126, with case
572. Gibson electric guitar autographed, serial number: 132401398, with cherry wood/black case
573. Gold Tone Model GT-750 Banjo, serial number: 2708076, with exhibition style case
574. C. F. Martin & Co. Model 00-18 acoustic guitar, serial number: 82311

575. Fender 1959 Esquire electric guitar, serial number: R80686, with Charcoal frost metallic case with chrome finishes; Custom shop

576. Paul Reed Smith electric guitar Brazilian; Texture copper body, serial number: 381481, with case

577. Fender Stratocaster electric guitar, serial number: 34221, with tobacco case

578. Rickenbacker Model 4003 bass guitar with red/white case

579. Gibson Thunderbird 2013 Model, bass guitar, serial number: 115030603, with case

580. Fender Stratocaster Custom Shop guitar, serial number: JB071, with golden sunburst case, Gold tone hardware

581. Fender Jaguar Bass, serial number: S073579, with red/white case

582. Gibson Les Paul Customer guitar, serial number: 5 8151, with black case and off-white trim, faded gold tone hardware

583. Taylor T3/B electric Guitar, serial number: 1012079093, with Copper burst finish case

584. Gibson electric guitar, serial number:  09804, with wood finish case/off white

585. Teambuilt Corvette standard bass guitar, serial number: GFS J 001629, with natural wood finish case

586. Rickenbacker electric guitar with red faded/white case with chromes hardware

587. Gibson electric guitar, serial number: 91645623, with black/golden case

588. Paul Reed Smith Custom 24 electric guitar, serial number: 12 190096, with Tigerblue case

589. Gibson ES-335 electric guitar, serial number: 98811, with red case/off-white trim

590. Gibson Les Paul Jr. electric guitar, serial number: 7 1307, with black/golden case

591. Fender Telecaster MX guitar, serial number: MX15140177, with red lacquer case

592. Melbourne Serenus acoustic guitar, serial number: 120657, with case

593. Fender Stratocaster electric guitar, serial number: N9422653, with red golden burst with pearl case

594. Gibson 2014 Model electric guitar black/wood finish, serial number: 140008372, with case

595. Gibson ES330TDC electric guitar, serial number: 842150, with red case and golden yellow trim

596. Gibson Custom Les Paul guitar, serial number: 0 9566, with sunburst type case

597. Gibson ES335 electric guitar, serial number: 11224739, with red case and off-white/black trim

598. Fender JazzMaster electric guitar, serial number: US17013779, with metallic light blue case

599. Gibson Les Paul Deluxe electric guitar, serial number: 870823, with golden case

600. Fender Stratocaster Stevie Ray Vaughan edition guitar, serial number: SZ5187126, with black tobacco burst case with leather work

601. Gibson Dove acoustic guitar, serial number: 06143128, with golden burst type case

602. Gibson Les Paul Custom electric guitar, serial number: 92378375, with sunburst case

603. Fender Mustang electric guitar blue/white body, serial number: 124824, with case

604. Fender Dimension Bass guitar, serial number: US15046227, with case

605. Rockbridge acoustic guitar, serial number: 296/12, with case

606. Fender Telecaster Electric guitar tobacco body/white andchrome hardware, serial number: 371963, with case
607. Fender Stratocaster electric guitar brown body, serial number: 669570, with case
608. C.F. Martin & Co. Model D-28 acoustic guitar, serial number: 406047, with case
609. Ernie Ball Music Man Sting Ray 5 bass guitar off-white/white body and gold tone hardware, serial number: C30184, with case
610. Hofner 125th Anniversary electric bass guitar teal/white body with case
611. Gibson Les Paul Custom electric guitar, serial number: 72367511, with case
612. Dan Armstrong Ampeg electric guitar, serial number: DA06040053, with case
613. Ernie Ball Music Man Electric Bass guitar, serial number: G73836, with case, black
614. Feverous Chronos Electric Guitar marble finish, serial number: 10F003, with case
615. Gibson electric guitar tobacco sunburst, serial number: 131911346, with case
616. Pinol Acoustic guitar brown finish
617. Martin D-28 Acoustic guitar brown finish, serial number: 18025A
618. Gibson Acoustic 1963 guitar sunburst finish, serial number: 129951
619. Gibson Acoustic guitar tobacco brown sunburst, serial number: W8771 34
620. Taylor 914ce acoustic Guitar, serial number: 1105065098, with case
621. Gibson acoustic guitar tobacco finish, serial number: 5635 33, with case
622. Gibson Hummingbird Custom acoustic guitar, serial number: A600029, with case
623. Taylor 12 string Modle 562ce 12-Fre guitar, serial number: 1103316053, with case
624. Gibson Hummingbird acoustic guitar, serial number: 323517, with case
625. Melbourne Serenus acoustic guitar, serial number: 120659, with case
626. Electric guitar, cream/off-white body, with case
627. Gibson B-25 acoustic guitar, serial number: 872465, with case
628. Melbourne Gunsmoke Series "Miss Kitty" acoustic guitar, serial number: 111786
629. Gretsch Chet Atkins Tennessean electric guitar with brown wood grain finish case
630. Ernie Ball Music Man Sterling 5 bass guitar, serial number: F41752
631. C.F. Martin & Co. Model D-18 acoustic guitar, serial number: 97836, with case
632. ESP LTD B-206SM electric bass guitar natural wood grain finish, serial number: 1W13074084, with case
633. Ovation electric bass guitar wood grain and black body, serial number: B 7072
634. Gibson Les Paul Electric Bass Guitar, serial number: 050481, with case
635. Fender Telecaster Electric guitar red/white granite finish body and gold tone Hardware, serial number: US16051144, with case
636. Ernie Ball Music Man Sting Ray Bass guitar copper/white body, serial number: F78637, with case
637. Fender JazzMaster electric guitar tobacco burst finish, serial number: L98220, with case
638. Fender Stratocaster electric guitar, serial number: R52964, with tobacco burst case
639. Gibson electric guitar tobacco finish body, serial number: 521849, with case
640. Gretsch Chet Atkins electric guitar, serial number: 42334, with case
641. Fender Jaguar electric Guitar, serial number: L55758, with sunburst case
642. Fender Stratocaster special edition electric guitar, serial number: MZ3115650, with graphic art case

643.   Gold Tone Banjo Model BG-250F, serial number: 21609139, with case
644.   Gibson 1964 SG electric Guitar, serial number: 242789, with case
645.   Fulleron Electric stringed small guitar with case, gray
646.   Fender Christ Shiflett Telecaster Deluxe electric guitar gold- tone and off-white body, serial number: MX17831473
647.   Hohner International K1 Electric Piano, serial number: 12075,117v
648.   Hammond XK-2 Electric Piano, serial number: 02053628
649.   Nord Stage 3 Compact 73 Keyboard, serial number: 15507, with case and power cord, Suzuki Musical Manufacturing
650.   Wurlitzer Electric Piano, Model 200 with foot pedal, serial number: 85207
651.   Steinway baby grand piano Model TG-1500, CG 0000972
652.   Steinway upright piano, serial number: 86543
653.   Meini Hedliner Series Bongos with black body
654.   Aquarian Three-piece set with bass drum, mounted tom and floor tom
655.   Noble and Cooley four-piece set with bass drum, mounted tom and floor tom
656.   Mapex four piece-drum set with bass drum, mounted tom and two floor toms
657.   Sonar Pro-Lite maple four-piece set bass drum and three toms
658.   Orange County drum and percussion snare drum
659.   DW Collector Series snare drum
660.   Mapex snare drum, chrome finish
661.   Craviotto handcrafted snare drum, natural wood grain finish, with case
662.   Ludwig snare drum with chrome finish body
663.   Ludwig Epic snare drum with tan finish body
664.   Slingerland snare with chrome body/metal finish
665.   Yamaha Power V snare drum with chrome/metal body finish
666.   Yamaha Subkick drum with small stand, brown and chrome finish
667.   Remo skin deep bongo drum with green finish base
668.   Meini Sonic Energy Handheld shake drum
669.   3 Assorted High Hat and Byzance cymbals to include: (2) High Hat cymbals-worn, 15", (1) Byzance 18" vintage pure crash
670.   3 Assorted Carean Cymbals to include: (3) Carean 18" bliss/rid cymbal, Carean 19" crash ride, 22" crash ride
671.   6 Assorted Paiste cymbals to include: (6) Paiste cymbals - 20" ride, 19" crash, 2002 series Chinetype 20", Alpha series hi-hat sound edge 14", Alpha Series Rock China 18"
672.   4 Assorted cymbals to include: Sadian Custom shop VRide/Crash and Wuhan 18" and 16"; 8" crash
673.   5 Assorted K Zildjan, Mega Bell, and Aveds Zildjan cymbals to include: (2) K Zildjan crash cymbals (one broken), 19" and 18", (1) Zildjan 20", (1) Mega Bell Z ride 20", (1) Avedis Zildjan Medium thin crash 16"
674.   4 Assorted Paiste and Orian cymbals to include: (1) Paiste 20" Bright ride cymbal, (1) Paiste 16" full crash, (1) 18" medium china; (1) X10 18" Crash-personalizedseries Orion
675.   4 Assorted Crash and Zildjan Ride cymbals to include: (1)14" crash, (1) 18" Crash, (1) Zildjan Ride 20", (1) 20" crash

676. 4 Assorted Zildjan cymbals to include: (1) Zildjan 22" ride, (1) Zildjan 18" medium thin crash, (1) Zildjan 17" crash
677. Remo snare drum with copper body
678. One ring, Gent's ring weighing 3.95 DWT, 14 karat yellow gold wedding band
679. One ring, Ladies ring weighing 2.7 DWT, 10 karat yellow
680. One pendent and necklace, Ladies diamond and 14 karat gold pendant and chain weighing 2.85 DWT
681. One ring, Ladies engagement ring, crosswire style setting, 14 karat white gold and diamond ring
682. One ring, Ladies diamond wedding band, 14 karat white gold weighing approx 2.10 DWI
683. One ring, Ladies cathedral style cluster 10 karat rose gold ring
684. One pendent and necklace, Ladies diamond and rose and white karat gold pendant
685. One pair of earrings, Ladies matching motion set diamond and 14 karat gold earrings
686. One choker necklace, Ladies diamond and 14 karat white gold choker style necklace
687. One ring, Ladies 14 karat yellow gold and diamond cluster ring, weighing 3.85 DWT
688. One Louis Vuitton Handbag
689. One pair of Louis Vuitton Scandals (Shoes)
690. One pair of Yeezy Boost 350 Shoes
691. Five pairs of Nike Shoes
692. Two pairs of Yeezy Shoes
693. Remington .22 rifle model, 742 with scope, serial number: 7199850
694. Winchester .22 rifle, model 9422MXTR, serial number F579043
695. Ashen Model 210AS Amplifier, serial number: 3525, 350W
696. Ashen Model 210COL Amplifier, serial number: 3524, 350W
697. Pair of Barefoot MicroMain Speakers, serial numbers: 01606/01589
698. Kalamzoo Bass 30 amplifier-upright with black cabinet
699. Vox Model T-25 amplifier, serial number: 2100041, with cabinet
700. Pair of Focal Shape 65 speakers, serial numbers: A1BFGF005160/A1BFGF005164, with cabinet
701. Ashen marbled green amplifier, serial number: 3502
702. Gretsch amplifier with case
703. Yamaha DBR 15 Upright speaker, serial number: UFVJ01290
704. Yamaha DBR 12 Upright speaker, serial number: UFVJ010421
705. Master MK2 Lead with case, serial number: 06860K
706. Ampeg Model R-50H amplifier, serial number: AFMDK60036, with case
707. Gibson amplifier with cabinet
708. Fender Superchamp, serial number: F411607, with cabinet
709. Michael Dolsey Designs Shark Model TNTB with small cabinet
710. Fender Princeton, serial number: A 09039, with cabinet
711. Tyler Amps-Amplifier with case
712. Texotica amplifier, serial number: 1129, in cabinet
713. Bose Model 426564 speaker, serial number: 079111290050071 AE
714. Yamaha Model DB12 speaker, serial number: UFVJ01008

715.   Fender Model 5E3 Deluxe amplifier, serial number: D00874, with case
716.   Ampeg Rocket Model R12 amplifier, serial number: 006076, with case
717.   Baxter Regal 30 with cabinet
718.   Precision Electronics Model S35 Amplifier with cabinet
719.   Magnatone small amplifier with case
720.   Fender Bassman amplifier, serial number: BP00893, with case
721.   Ampeg SVT7 Pro Livewire amplifier, serial number: 212SP1L6932000253, with case
722.   Dr. Z 8 omh speaker with case
723.   Marshall Model JTM45 OS amplifier, serial number: 129300, with case
724.   Marshall Amplifier, serial number: 101512, with case
725.   Fender Model 5B5 Amplifier, serial number: 3943, with case
726.   Fender Champ Amplifier with case
727.   Fender Princeton SE2EE amplifier with case
728.   Fender Twin Reverb Amplifier, serial number: AC029063, with case
729.   Ampeg Model R50H amplifier, serial number: AFMOK60038
730.   Supro Dual Tone Model 1624T Amplifier, serial number: 22014, with cabinet
731.   Marshall MK II amplifier, serial number: 5802H, with cabinet
732.   Bogner black speaker
733.   Rickenbacker Transonic Model TS100 amplifier, serial number: 119
734.   Vox Model AC30 amplifier, serial number: 14221
735.   Marshall Park amplifier, serial number: 5068, with cabinet
736.   Epiphone valve junion combo amplifier, serial number: 01202072600211. with cabinet
737.   Ox amp top box universal audio, serial number: 18222015003119
738.   Marshall Tremolo 50W amplifier, serial number: 10269
739.   Bruno Underground 30 amplifier with cabinet
740.   Marshall amplifier, serial number: 3672F, with cabinet
741.   Hip Kitty Boutique amplifier with case
742.   Magnetic components Classic Tone Model 40-18102 amplifier, serial number: 166-1927, with cabinet
743.   Gibson JSON Model SETCAB speaker, serial number: G-0765300
744.   Ampeg Model SCT-410HLF Speaker, serial number: 211ST0W6912000 49, with cabinet
745.   Ampeg black cabinet speaker, 30"x30"x14"
746.   Yamaha Model DBR15 speaker, serial number: UFVJ01291
747.   Pair of ATC Studio Control Monitor Model SCM50PSL speakers, serial numbers: 3265/3266
748.   Marshall Model 1965V speaker, serial number: 7885
749.   Avatone tube microphone power supply (100-240V) with cable and protective metal case
750.   Cascade FatHead II Microphone, serial number: 2236, in protective metal case
751.   Mojave MA-200 microphone with power source, cable and protective metal case
752.   RCA Velocity microphone, Model PB90A1, serial number: 1042, with protective metal case
753.   21 Assorted overdrive/distortion/fuzz guitar pedals to include: (1) FuzzFace Band of Gypsys edition pedal, (1) ChaseBliss Audio Tonal Recall pedal, (1) Wampler The Paisley

Drive pedal, (1) Tortuga Effects Fire Ant pedal, (1) Way Huge Snucy overdrive pedal, (1) Indutrialectric RM-1N pedal, (2) Ibanez TS 9 Tube screamer green foot pedals, (1) Keely electronices Red Dirt Overdrive, #02766, (1) Plasma Pedal High Voltage Distortion Unit, (1) Danelectro MilkShake pedal, (1) Eventide Space Stombox, (1) 1962 Pedal, (1) TC Electronic 3rd Dimension Chorus Bypass, (1) Ibanez Compressor, (1) Electro-Harmonix Big Muff Deluxe Bass pedal, (1) Electro-Harmonik Big Muff Pie, (1) Boss Phase Shifter PH-3, (1) Super Chorus CH-1 pedal, (1) Boss Flanger BF-3, (1) Boss OverDrive/Distortion OS-2

754. 6 Assorted volume pedals to include: (1) Morley Little Alligator, (1) Ernie BallPedal TowSon2, (1) Ernie Ball Ambient Delay Pedal, (1) Ernie Ball Expression Tremolo, (1) Bloomery pedal, (1) VCX foot pedal

755. 11 Assorted microphones to include: (1) Velocity Type PB-90 AI, S/N 1209; (1) Avantone 0-10db with case, (1) Shure SM7B, (1) Sonarworks XREF 20 in box, (1) Dynaco B&O, (1) Shure SM58, (1) AKG D 310, (1) TeleFunken, (1) Dynamic LO Z Shure, (1) AEA R84 Studio mic, (1) Neumann Type U60 in case

756. 28 Assorted microphones and microphone accessories to included: (1) Nady Audio HE-1 Hum Eliminator, (1) XS-D1Direct box; (3) Shure SM58, (2) Shure Beta 87A, (1) Shure Beta 57A, (1) Shure Beta 58A, (1) Shure Beta 52, (1) Shure Beta 52A, (1) AKG Preception 200, (1) AKG Preception 420; (4) Shure SM57, (3) Sennheiser e904, (2) Shure SM81; (2) Crown CM-70, (1) Shure SM27, (1) Audio Technica Snare/Tom, (1) AKG D310; (1) Stage Travel case with microphone storage

757. 9 Assorted microphones andmicrophone accessories to include: (1) Case with Soyuze mic set, (2) StagerSR2N, (1) Sennheiser Mdl 421 II, (1) ElectroVoice RE20, (1) Ehrlund Studio Condenser EHRM, (1) Vintage Trix, (1) Neumann TLM 103 In case, (1) Electro Voice EV Blue 4505-2557

758. 3 Assorted microphones and (1) cable to include: (3) Shure SM57 Microphones in leather zip pouches, (1) Neuman power source,silver casing with cable

759. 5 Assorted microphones and microphone accessories to include: (1) Okembe No 378, 1972r MR-16; (1) Royer R-101 in protective; (1) TT 87, #001 with wood body, (1) Neumann Microphone TLM 103 with case, (1) Ribbon Mic R92, SN0971, includes case

760. 18 Assorted gain-staging pedals to include: (1) Wah probe with acrylic and copper, (1) Dunlop Round FuzzFace-Red, (1) Ibanez Phase Tone peda, (1) DigiTech Luxe True Bypass pedal, (1) Wampler EGO Compressor pedal, (1) Saturnwor Pedal, (1) JHS The VCR Ultracolor Ryan ADams, (1) Ibanez True Screamer, (1) Ibanez Chorus CS-505, (1) Ibanez Tube Screamer, (1) Ibanez TS9B Bass Tube Screamer, (1) Danelectro Cool Cat pedal, (1) AKG , (1) Spark TC Electronic true bypass, (1) Shim Verb Pro Mooer, (1) Uni-Vibe pedal, (1) Danny Boy Overdrive-Shamrock Amps, (1) Walrus Audio Vanguard amplifier

761. 6 Assorted microphones andmicrophone accessories to include: (1) Sony C37P microphone, (1) NeumanTLM 103, (4) Sennheiser MD 421 II includes protective form fitting case

762. 2 CAD Live 3000 Series microphoneswith cases and miscellaneous cables

763.   Peluso Tube microphone, Model 22-251and accessories to include: (1) Peluso Tube microphone, Model 22 251 with power supply, cables, carryingcase and accessories, #02052
764.   SE Electronics Gemini II microphone with power supply, case andaccessories
765.   Peluso Model 22-47 microphone with power supply, cables, carrying case andaccessories
766.   13 Miscellaneous cables and guitar pedal
767.   10 standard microphones with cords
768.   6 Sound mixers - (5) Livemix by Digital Audo Labs CS-Duo, (1) Maschine MK3, S/N 94858-18003-58005-55518-83305
769.   Vintage King Telefunken Audio V72A, serial number: NR6759
770.   2 Assorted reamper boxes to include: (1) Radial Pro RMP Studio Reamper with cable, (1) BAE Audio Model 24VPSU, S/N 7898
771.   2 Assorted pedals to include: (1) Seymour Duncan Silver Lake pedal, (1) ProCo Rat pedal
772.   BSSAR133 Audio R-133 Active DI Box, serial number: 12001107140
773.   Pair AKG K240 Studio headphones
774.   Samsung portable SSD T7 hard drive
775.   Kensington Expert Mouse, Model M01398, serial number: H1847B001083
776.   2 Assorted hard drives to include: (1) Apple Portable Hard drive and (1) Hard drive said to contain stored drum samples
777.   14 Assorted music audio and guitar accessories to include: (1) Heil Sound Talk Box, AB79B999, (1) Annidale Sound Model BSSAR133 box, S/N 12001107759, (1) Universal Audio UAD-2 Satellite S/N 15461203003998, (1) Strymon Volante Magnetic Echo Machine, (1) Vintage Audio Box, (1) Live Wire Power Conditioner, (1) Foxy Tone Box Model WA-FTB, (1) Whammy Pitch Shifting Pedal by Digitech, (2) BAE Model SM24PSU-7895 and 3998, (1) Amp RX Power Solutions, (1) BAE SM+ PSU, S/N 2765, (1) Live Audio Mix by digital audio labs Live Mix CS-DUO; (1) Apollo X16
778.   15 assorted microphones and accessories to include: (1) R88 Mk2 ribbon mic, (1) MA-16 tubemic, (1) blackbird tube mic, (1) Royer R- 121 Mic, (1) Cole Electracoustics made in England Mic, (2) AKG D12 MKII Mic, (2) Shure SM57 Mics, (3) mics and (3) power supply boxes
779.   Novation Bass Station, Analogue synthesizer, Bass Station II, serial number: DB95243016011, NOVSYNTH03
780.   Yamaha TFS 32 channel digital mixer, serial number: UCVO01260, Visible signs of wear and use
781.   Cascade Fathead II Microphone, 2237
782.   3 Assorted Shure microphones to include: (1) Shure SM7B, (2) Shure SM57
783.   Livemix digital audio with DT 770 Studio Headphones


**Seized from 608 Ridge Point, Fort Smith, Arkansas**

784.   Ladies 2021 Rolex Watch

785.    Pair of Nike Jordan/Levis Men's Shoes
786.    Pair of Nike Air Jordan Shoes
787.    Pair of Louis Vuitton Shoes


**Seized from 5111 Rogers Avenue, Fort Smith, Arkansas**

788.    Framed Troy Aikman Jersey signed
789.    Framed Wade Boggs Jersey signed
790.    Framed O'Neal Jersey signed
791.    Scarface movie poster signed


**Seized from 200 East Central Avenue, Central City, Arkansas**

792.    Akai Professional MPK258 Electronic Keyboard/piano
793.    Pair of JBL SRX828SP Floor Standing professional Speakers, 47" x 27" x 23", serial number: P1645-79295
794.    Avid 9100-65452-13 F Mixing Board, serial number: EAEEW85200007F, with power cord
795.    Yamaha CP300 Stage piano, serial number: UAUN01030, includes FC4A foot pedal and gator roll around storage case
796.    Ampeg Super Rocket guitar amplifier, SR-212RT with black case
797.    Philco antique radio/record player, serial number: V82542, with wooden cabinet, Visual signs of age and wear
798.    Ventura Vintage 60R guitar amplifier with green case, Visual signs of age and wear
799.    Crosley Model CR8005D-8K record player, serial number: 321050917, Black case with clasp
800.    Roli Seaboard Rise 49 Keyboard, serial number: R49111120905, with padded case
801.    Akai X-1800SD Vintage Reel to Reel tape player, serial number: C-6688, Super Deluxe
802.    Sentinel Model 345 series A tube radio with red case
803.    Gibson GSS100 guitar amplifier with black case
804.    Marshall JCM2000 guitar amplifier with black case
805.    Tyler guitar amplifier with vintage style yellow/orange case
806.    Fender FXR 100 guitar amplifier, serial number: CR-054579, with black case with some visual wear
807.    Yamaha StagePass 1K portable PA system, in original box


**Seized from 3561 West Providence Drive, Fayetteville, Arkansas**

808.    One pair of John Varvatoes Shoes
809.    Two pairs of John Varvatoes Dress Shoes
810.    One pair of Canali Gray Shoes

811.   Two pairs of Canali Shoes
812.   One pair of Zegna Sneakers
813.   One pair of Berloti-Paris Shoes
814.   Two pairs of Brunillo Shoes
815.   One pair of Givenchy Shoes
816.   One pair of Yeezy Boost Shoes
817.   One Aria Casino $5,000 Poker Chip

**Miscellaneous Personal Property**

818.   2019 Black Mercedes-Benz 3500XD Crew, VIN: WD4PF4CDXKP155500
819.   2017 White Tesla Model X, VIN: 5YJXCAE48HF075775
820.   1962 Red/Cream Chevrolet Impala, VIN: 21769K160645
821.   2015 White Toyota 4-Runner, VIN: JTEBU5JR9F5238248
822.   2019 White BMW X3, VIN: 5UXTS3C5XKLR73709
823.   2020 Can-Am Maverick X3, VIN: 3JBVXAV4XLK001577
824.   2020 Yellow Honda TRX420FA2L Rancher ATV, VIN: 1HFTE4192L4600458
825.   2019 Blue/Orange Bombardier 35KA Wake 155, Hull Number: YDV45515A919
826.   2019 Blue/Orange Bombardier 35KA Wake 155, Hull Number: YDV41862K819
827.   2020 Black Haul Rite Trailer VW DBL-HD, VIN: 19BEF1419LCA20289
828.   2020 Black Trailer Severe 14' Utility, VIN: 4S9BU1414LS128035
829.   2015 White Rolls Royce Wraith, VIN: SCA665C56FUX85372
830.   2014 Black Porsche Panamera, VIN: WP0AF2A76EL083482
831.   2020 White Chevrolet Silverado 1500 Crew Cab, VIN: 1GCUYGED0LZ253284
832.   2021 Black GMC Yukon Denali, VIN: 1GKS1DKL1MR116205
833.   2020 Black Ford F-450, VIN: 1FT8W4DT9LEC83745
834.   2021 White Four Star Trailer, VIN: 4FKHG372XM0039028
835.   1998 Red Dodge Ram 2500, VIN: 3B7KF2660WM245434
836.   2017 Black Cadillac Escalade, VIN: 1GYS4DKJ8HR389417
837.   2011 Black Mercedes-Benz GLK Class Utility, VIN: WDCGG8HB3BF642818
838.   Toro Riding Lawnmower, Model Number: 75755
839.   2012 White Ford Commercial Transit Connect Cargo Van, VIN:
       NM0LS7AN7CT091388
840.   2021 Black Karavan Trailer, VIN: 5KTUS1413KF519784
841.   2011 Red Polaris Ranger, VIN: 4XAWH50A1BB413732
842.   2021 Gray Enclosed trailer, VIN: 59N1E1211GB004077
843.   2021 Black Highline Trailer, homemade
844.   2021 White Cadillac Escalade Platinum, VIN: 1GYS4GKL4MR297394
845.   2015 Gray Nissan Juke, VIN: JN8AF5MR3FT513022


**Bank Accounts**

846.  $44.29 in funds from Bank Account ending in 3194 in the name of Billy Joe Taylor at First Horizon Bank

847.  $94,971.58 in funds from Bank Account ending in 1863 in the name of Jennifer M. Taylor and Abrie M. Rainwater at Bank OZK, Fort Smith, AR

848.  $225.95 in funds from Bank Account ending in 0124 in the name of Billy Joe Taylor at IBC Bank, Fort Smith, AR

849.  $9,046.29 in funds from Bank Account ending in 4027 in the name of Nations Laboratory Services, LLC at BancFirst, Oklahoma City, OK

850.  $44,840.37 in funds from Bank Account ending in 9512 in the name of James J. Taylor and Celesta Brooke Taylor at BancFirst, Oklahoma City, OK

851.  $22,843.23 in funds from Bank Account ending in 7788 in the name of Maehunt Sport Horses, LLC, at BancFirst, Oklahoma City, OK

852.  $52,493.00 U.S. Currency from the residence at 3561 West Providence Dr., Fayetteville, AR

853.  $72,008.59 in funds from Bank Account ending in 4208 in the name of Lablik Management Group, LLC, at Valliance Bank, Fort Smith, AR

854.  $20,858.19 in funds from Bank Account ending in 7046 in the name of MedTest Laboratories, LLC at Valliance Bank

855.  $101,754.95 in funds from Bank Account ending in 7970 in the name of Makarios Group, LLC, at Valliance Bank

856.  $833.96 in funds from Bank Account ending in 7502 in the name of Beach Tox, LLC, at Bank of Oklahoma

857.  $14,062.61 in funds from Bank Account ending in 0157 in the name of Billy Taylor at Bank of Oklahoma

858.  $2,094.00 in funds from Bank Account ending in 2749 in the name of James Taylor at Bank of Oklahoma

859.  $25.06 in funds from Bank Account ending in 6456 in the name of Brant Jolly at Bank of Oklahoma