IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,                 )<br>       PLAINTIFF )<br>             )<br>v.                )<br>             )<br>2019 Black Mercedes-Benz 3500XD Crew, )<br>VIN: WD4PF4CDXKP155500   )<br>             )<br>2017 White Tesla Model X, VIN:   )<br>5YJXCAE48HF075775    )<br>             )<br>1962 Red/Cream Chevrolet Impala, VIN: )<br>21769K160645      )<br>             )<br>2015 White Toyota 4-Runner, VIN:  )<br>JTEBU5JR9F5238248    )<br>             )<br>2019 White BMW X3, VIN:   )<br>5UXTS3C5XKLR73709    )<br>             )<br>2020 Can-Am Maverick X3, VIN:  )<br>3JBVXAV4XLK001577    )<br>             )<br>2020 Yellow Honda TRX420FA2L Rancher ATV, )<br>VIN: 1HFTE4192L4600458   )<br>             )<br>2019 Blue/Orange Bombardier 35KA Wake 155, )<br>Hull Number: YDV45515A919  )<br>             )<br>2019 Blue/Orange Bombardier 35KA Wake 155, )<br>Hull Number: YDV41862K819  )<br>             )<br>2015 White Rolls Royce Wraith, VIN: )<br>SCA665C56FUX85372    )<br>             )<br>2014 Black Porsche Panamera, VIN: )<br>WP0AF2A76EL083482    )<br>             )<br>2020 White Chevrolet Silverado 1500 Crew Cab, )<br>VIN: 1GCUYGED0LZ253284  ) | Civil No. 2:21-CV-02189 |

| | |
|---|---|
| 2021 Black GMC Yukon Denali, VIN: 1GKS1DKL1MR116205 | ) ) ) |
| 2020 Black Ford F-450, VIN: 1FT8W4DT9LEC83745 | ) ) ) |
| 2021 White Four Star Trailer, VIN: 4FKHG372XM0039028 | ) ) ) |
| 1998 Red Dodge Ram 2500, VIN: 3B7KF2660WM245434 | ) ) ) |
| 2017 Black Cadillac Escalade, VIN: 1GYS4DKJ8HR389417 | ) ) ) |
| 2011 Black Mercedes-Benz GLK Class Utility, VIN: WDCGG8HB3BF642818 | ) ) ) |
| Toro Riding Lawnmower, Model Number: 75755 | ) ) |
| 2012 White Ford Commercial Transit Connect Cargo Van, VIN: NM0LS7AN7CT091388 | ) ) ) |
| 2021 Black Karavan Trailer, VIN: 5KTUS1413KF519784 | ) ) ) |
| 2011 Red Polaris Ranger, VIN: 4XAWH50A1BB413732 | ) ) ) |
| 2021 White Cadillac Escalade Platinum, VIN: 1GYS4GKL4MR297394 | ) ) ) |
| 2015 Gray Nissan Juke, VIN: JN8AF5MR3FT513022 | ) ) ) |
| 4 Trailers | ) ) |
| $44.29 in funds from First Horizon Bank account ending in 3194 | ) ) ) |
| $94,971.58 in funds from Bank OZK, Fort Smith, AR account ending in1863 | ) ) ) |
| $225.95 in funds from IBC Bank, Fort Smith, AR account ending in 0124 | ) ) |

$9,046.29 in funds from BancFirst, Oklahoma City, OK account ending in 4027   )
)
$44,840.37 in funds from BancFirst, Oklahoma City, OK account ending in 9512   )
)
$22,843.23 in funds from BancFirst, Oklahoma City, OK account ending in 7788   )
)
$72,008.59 in funds from Valliance Bank, Fort Smith, AR account ending in 4208   )
)
$20,858.19 in funds from Valliance Bank account ending in 7046   )
)
$101,754.95 in funds from Valliance Bank account ending in 7970   )
)
$833.96 in funds from Bank of Oklahoma account ending in 7502   )
)
$14,062.61 in funds from Bank of Oklahoma account ending in 0157   )
)
$2,094.00 in funds from Bank of Oklahoma account ending in 2749   )
)
$25.06 in funds from Bank of Oklahoma account 6456   )
)
$52,493.00 U.S. Currency   )
)
One Aria Casino $5,000 Poker Chip   )
)
29 pairs of shoes   )
)
5 paintings, 3 prints and 1 poster   )
)
1 Louis Vuitton handbag   )
)
Miscellaneous jewelry items to include rings, necklaces and pendants, earrings, ladies Rolex watch   )
)
3 framed sports collectible jerseys   )
)

| | |
|---|---|
| Black cabinet sound console with assorted analog boards, power supplies, and equalizers | ) ) |
| | ) |
| Wood cabinet sound console with assorted analog boards, sound processing and equalizers | ) ) |
| | ) |
| API Legacy Sound Console with Computer Screen and Power Supply, black | ) ) |
| | ) |
| Miscellaneous music equipment to include, guitars and cases, cymbals, drums and stools, piano/ keyboards, amplifiers and cases, speakers, headphones, microphones and stands, tambourines, violins, toms, guitar straps/strings/picks/stands/ pedals, power and adapter cords and cables, square reader for credit cards, light systems, guitar seats, soundproof tiles, hard drives | ) ) ) ) ) ) ) ) ) |
| DEFENDANT | ) |

## **WARRANT OF ARREST IN REM**

TO: THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF ARKANSAS and/or any other United States officer of employee, someone under contract with the United States, or someone specially appointed by the court

WHEREAS, on November 23, 2021, the United States of America filed a verified Complaint for civil forfeiture in the United States District Court for the Western District of Arkansas against the defendant property, alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

WHEREAS, the defendant property is currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the defendant property; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the defendant property as soon as practicable [**see Rule G(3)(c)(ii) for exception for serving as soon as practicable**] by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Western District of Arkansas, have caused the foregoing Warrant of Arrest in Rem to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of said Court at Fort Smith, Arkansas, this __24th__ day of __November__, 2021.



Jamie Giani
Clerk of the Court
United States District Court

By  *Laura L. Wolfe*
Deputy Clerk

**RETURN OF SERVICE**

I hereby certify that I executed this warrant by serving _____
_____ by _____
_____
on the _____ day of _____, 2021.

_____
U.S. Deputy Marshal
or other person serving warrant