# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civil No. <u>2:21-CV-02189</u> |
| | ) | |
| 2019 Black Mercedes-Benz 3500XD Crew, | ) | |
| VIN: WD4PF4CDXKP155500 | ) | |
| | ) | |
| 2017 White Tesla Model X, VIN: | ) | |
| 5YJXCAE48HF075775 | ) | |
| | ) | |
| 1962 Red/Cream Chevrolet Impala, VIN: | ) | |
| 21769K160645 | ) | |
| | ) | |
| 2015 White Toyota 4-Runner, VIN: | ) | |
| JTEBU5JR9F5238248 | ) | |
| | ) | |
| 2019 White BMW X3, VIN: | ) | |
| 5UXTS3C5XKLR73709 | ) | |
| | ) | |
| 2020 Can-Am Maverick X3, VIN: | ) | |
| 3JBVXAV4XLK001577 | ) | |
| | ) | |
| 2020 Yellow Honda TRX420FA2L Rancher ATV, | ) | |
| VIN: 1HFTE4192L4600458 | ) | |
| | ) | |
| 2019 Blue/Orange Bombardier 35KA Wake 155, | ) | |
| Hull Number: YDV45515A919 | ) | |
| | ) | |
| 2019 Blue/Orange Bombardier 35KA Wake 155, | ) | |
| Hull Number: YDV41862K819 | ) | |
| | ) | |
| 2015 White Rolls Royce Wraith, VIN: | ) | |
| SCA665C56FUX85372 | ) | |
| | ) | |
| 2014 Black Porsche Panamera, VIN: | ) | |
| WP0AF2A76EL083482 | ) | |
| | ) | |

2020 White Chevrolet Silverado 1500 Crew Cab,   )
VIN: 1GCUYGED0LZ253284                           )

2021 Black GMC Yukon Denali, VIN:                )
1GKS1DKL1MR116205                                )
                                                 )
2020 Black Ford F-450, VIN:                      )
1FT8W4DT9LEC83745                                )
                                                 )
2021 White Four Star Trailer, VIN:               )
4FKHG372XM0039028                                )
                                                 )
1998 Red Dodge Ram 2500, VIN:                    )
3B7KF2660WM245434                                )
                                                 )
2017 Black Cadillac Escalade, VIN:               )
1GYS4DKJ8HR389417                                )
                                                 )
2011 Black Mercedes-Benz GLK Class Utility,      )
VIN: WDCGG8HB3BF642818                           )
                                                 )
Toro Riding Lawnmower, Model Number: 75755       )
                                                 )
2012 White Ford Commercial Transit Connect       )
Cargo Van, VIN: NM0LS7AN7CT091388                )
                                                 )
2021 Black Karavan Trailer, VIN:                 )
5KTUS1413KF519784                                )
                                                 )
2011 Red Polaris Ranger, VIN:                    )
4XAWH50A1BB413732                                )
                                                 )
2021 White Cadillac Escalade Platinum, VIN:      )
1GYS4GKL4MR297394                                )
                                                 )
2015 Gray Nissan Juke, VIN:                      )
JN8AF5MR3FT513022                                )
                                                 )
4 Trailers                                       )
                                                 )
$44.29 in funds from First Horizon Bank account  )
ending in 3194                                    )
                                                 )

$94,971.58 in funds from Bank OZK, Fort Smith, AR account ending in1863 )

$225.95 in funds from IBC Bank, Fort Smith, AR account ending in 0124 )

$9,046.29 in funds from BancFirst, Oklahoma City, OK account ending in 4027 )

$44,840.37 in funds from BancFirst, Oklahoma City, OK account ending in 9512 )

$22,843.23 in funds from BancFirst, Oklahoma City, OK account ending in 7788 )

$72,008.59 in funds from Valliance Bank, Fort Smith, AR account ending in 4208 )

$20,858.19 in funds from Valliance Bank account ending in 7046 )

$101,754.95 in funds from Valliance Bank account ending in 7970 )

$833.96 in funds from Bank of Oklahoma account ending in 7502 )

$14,062.61 in funds from Bank of Oklahoma account ending in 0157 )

$2,094.00 in funds from Bank of Oklahoma account ending in 2749 )

$25.06 in funds from Bank of Oklahoma account 6456 )

$52,493.00 U.S. Currency )

One Aria Casino $5,000 Poker Chip )

29 pairs of shoes )

|  |  |
|---|---|
| | ) |
| 5 paintings, 3 prints and 1 poster | ) |
| | ) |
| 1 Louis Vuitton handbag | ) |
| | ) |
| Miscellaneous jewelry items to include rings, necklaces and pendants, earrings, ladies Rolex watch | ) ) ) |
| | ) |
| 3 framed sports collectible jerseys | ) |
| | ) |
| Black cabinet sound console with assorted analog boards, power supplies, and equalizers | ) ) |
| | ) |
| Wood cabinet sound console with assorted analog boards, sound processing and equalizers | ) ) |
| | ) |
| API Legacy Sound Console with Computer Screen and Power Supply, black | ) ) |
| | ) |
| Miscellaneous music equipment to include, guitars and cases, cymbals, drums and stools, piano/ keyboards, amplifiers and cases, speakers, headphones, microphones and stands, tambourines, violins, toms, guitar straps/strings/picks/stands/ pedals, power and adapter cords and cables, square reader for credit cards, light systems, guitar seats, soundproof tiles, hard drives, | ) ) ) ) ) ) ) ) ) |
| DEFENDANTS | ) |

## <u>MOTION FOR JUDGMENT OF FORFEITURE</u>

Plaintiff, United States of America, by and through David Clay Fowlkes, United States Attorney for the Western District of Arkansas, and the undersigned Assistant United States Attorney, respectfully moves this Court for entry of a judgment of forfeiture pursuant to Federal Rule of Civil Procedure 58 and Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and in support of this Motion, asserts as follows:

1.      On November 23, 2021, the Plaintiff filed a verified complaint *in rem* for forfeiture, alleging that the Defendant property should be forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) as proceeds of health care fraud or conspiracy to commit health care fraud, and 18 U.S.C. §§ 981(a)(1)(A) & (a)(1)(C) as proceeds of money laundering or property involved in money laundering. (Doc. 2).

2.      On January 10, 2022, Dillon Taylor ("Claimant") filed a claim to some but not all of the Defendant Property (Doc. 44).

3.      On January 10, 2023, the United States and Claimant entered into a Stipulation for Compromise Settlement as to certain items of the Defendant Property. (Doc. 100, Paragraph 6).

4.      Under the terms of Paragraph 6 of the January 10, 2023, Stipulation for Compromise Settlement, Claimant consented and agreed to the entry of a judgment of forfeiture on the conditions set forth below:

a.      On January 11, 2023, Claimant paid to the United States the sum of $27,000 in the form of a cashier's check made payable to the United States Marshals Service; and,

b.      Claimant agreed that the $27,000 paid to the United States Marshals Service will be forfeited to the United States in lieu of some of the Defendant property, and that all right, title, and interest in the $27,000 shall vest in the United States of America for disposition according to law.

5.      On March 15, 2023, the United States and Claimant entered into a Stipulation for Compromise Settlement as to certain items of the Defendant Property. (Doc. 112). [1]

6.      Under the terms of the March 15, 2023, Stipulation for Compromise Settlement, Claimant consented and agreed to the entry of a judgment of forfeiture on the conditions set forth below:

 a.      On March 16, 2023, Claimant paid to the United States the sum of $5,800 in the form of a cashier's check made payable to the United States Marshals Service; and,

 b.      Claimant agreed that the $5,800 paid to the United States Marshals Service will be forfeited to the United States in lieu of some of the Defendant property, and that all right, title, and interest in the $5,800 shall vest in the United States of America for disposition according to law.

7.      On July 13, 2023, the United States and Claimant entered into a Stipulation for Compromise Settlement as to certain items of the Defendant Property. (Doc. 117).

8.      Under the terms of the July 13, 2023, Stipulation for Compromise Settlement, Claimant consented and agreed to the entry of a judgment of forfeiture on the conditions set forth below:

 a.      On July 18, 2023, Claimant paid to the United States the sum of $135,000 in the form of a cashier's check made payable to the United States Marshals Service; and,

 b.      Claimant agreed that the $135,000 paid to the United States Marshals Service will be forfeited to the United States in lieu of some of the Defendant property,

---

[1] This settlement agreement superseded Paragraph 7 of the January 10, 2023, Stipulation for Compromise Settlement (Doc. 100), pursuant to a subsequent settlement agreement executed between the parties on March 6, 2023.

and that all right, title, and interest in the $135,000 shall vest in the United States of America for disposition according to law.

9.      The United States requests that the Court enter a certificate of reasonable cause under 28 U.S.C. § 2465(a)(2) as to the $27,000, $5,800, and $135,000 cashier's checks tendered by Claimant in lieu of the forfeiture of certain Defendant Property.

10.      Based on the foregoing, the United States moves, under Rule 58 of the Federal Rules of Civil Procedure and Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims, for entry of a judgment of forfeiture as to the $27,000, $5,800 and $135,000 cashier's checks tendered by Claimant Dillon Taylor.

Respectfully submitted this 19th day of July 2023.

Respectfully submitted,
DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By:      /s/ Aaron Jennen

Aaron Jennen
Assistant United States Attorney
Arkansas Bar Number: 2004156
414 Parker Avenue
Fort Smith, Arkansas 72901
479-783-5125
Aaron.Jennen@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing and have also mailed a copy by electronic mail to:

> Dillon Taylor
> 200 E Central Avenue
> Central City, Arkansas 72941
> dillonmylestaylor@gmail.com

*/s/ Aaron Jennen*

Aaron Jennen