

**U.S. Department of Justice**

*David Clay Fowlkes*
*United States Attorney*
*Western District of Arkansas*

*414 Parker Avenue*  (479) 783-5125
*Fort Smith, AR   72901*  FAX: (479) 785-2442

June 1, 2023

Daniel Cook
616 N 34th
Fort Smith, Arkansas 72903

Re:   *United States v. 2019 Black Mercedes-Benz 3500XD Crew et al*, Case No. 2:21-CV-02189

Daniel Cook,

You filed a claim to a 1962 Red/Cream Chevrolet Impala, VIN: 21769K160645, on December 8, 2021. (Doc. 35). Per Supplemental Rule G(5)(b) and the Notice you were sent and received, your answer to the Government's Complaint had to be filed by December 29, 2021.

I am writing you to advise that your failure to file an answer and comply with Supplemental Rule G(5) is a basis for the dismissal of your claim. Supp. R. Fed. R. Civ. P. G(8)(c)(i)(A).

This matter was stayed by the Court on January 5, 2022, "pending resolution of related criminal case 2:21-cr-20030." (Doc. 43). The related criminal case is set for sentencing June 8, 2023, and at that time will be considered resolved. That said, if you do not file an answer to the Complaint by June 15, 2023, the Government will move to strike your claim for failing to comply with Rule G(5).

Sincerely,

*Aaron Jennen*

Aaron Jennen (he/him)
Assistant U.S. Attorney
Western District of Arkansas

PLAINTIFF'S
EXHIBIT
1