## Jennen, Aaron (USAARW)

| | |
|---|---|
| **From:** | Jennen, Aaron (USAARW) |
| **Sent:** | Wednesday, June 14, 2023 10:00 AM |
| **To:** | danielcook141@gmail.com |
| **Subject:** | U.S. v. 2019 Black Mercedes-Benz et al, 2:21-CV-02189 |

Daniel Cook,

Thank you for calling me in response to my June 1, 2023 letter advising that you had missed the deadline to file an answer to the complaint and giving you until June 15, 2023 to file an answer. I am sending you this email, as I said I would, summarizing our conversation.

As I stated on the phone, **the Government will give you until June 29, 2023 to file your answer**. You answer must comply with the Federal Rules of Civil Procedure and address each allegation in the complaint. While you can represent yourself, you may want to consult with an attorney familiar with federal civil asset forfeiture. If you do consult with an attorney, please give them my name and contact information.

As I also stated on our call, this case is currently stayed and the Government has asked the District Court that the case be reopened. If and when the case is reopened, if you have not filed an answer by June 29, 2023, the Government intends to move to strike your claim.

Next, as I told you, the Government has alleged that the 1962 Red/Cream Chevrolet Impala, VIN: 21769K160645, to which you have made a claim, was purchased with proceeds of healthcare fraud prior to you taking possession. Assuming that is true, you will have the burden of proving by a preponderance of the evidence that you were an innocent owner pursuant to 18 U.S.C. § 983(d)(3)(A). This requires you to show two things: 1) you were a bona fide purchaser for value, and 2) you did not know and were reasonably without cause to believe that the property was subject to forfeiture.

Lastly, although we did not discuss it, I will remind you that by order of the District Court the vehicle was sold at auction, the proceeds of which are being held in an interest bearing account by the US Marshals. Thus, we are now litigating the forfeiture of the proceeds from that sale, not the actual vehicle.

If you have any other questions or would like to discuss this matter further, please call me at the number below.

Aaron Jennen (he/him)
Assistant US Attorney
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR  72901
Direct: 479-249-9044

PLAINTIFF'S EXHIBIT 2