## Jennen, Aaron (USAARW)

| | |
|---|---|
| **From:** | Jennen, Aaron (USAARW) |
| **Sent:** | Tuesday, December 13, 2022 9:59 AM |
| **To:** | Miranda Plum |
| **Cc:** | Butler, Jodi (USAARW) [Contractor] |
| **Subject:** | RE: [EXTERNAL] Yukon Denali |

Miranda Plum,

Unfortunately, that vehicle sold at the court-ordered auction. That said, Billy Taylor has entered a guilty plea and admitted to the criminal conduct underlying the Government's theory of forfeiture and funded the purchase of the vehicle. There is still a stay in place, so there is no rush, but I was curious as to whether you intend to continue to pursue your claim.

On a side note, were you able to secure the financing for the 2017 Escalade?

Aaron Jennen (he/him)
Assistant US Attorney
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR  72901
Direct: 479-249-9044

-----Original Message-----
From: Miranda Plum <mirandaplum@icloud.com>
Sent: Monday, December 12, 2022 12:47 PM
To: Jennen, Aaron (USAARW) <AJennen@usa.doj.gov>
Subject: [EXTERNAL] Yukon Denali

I just received the letter you sent me in regarding my car. I'm definitely interested in it.  Anyways I have moved since everything happened here my new address
417 A crestview dr
Van buren ar 72956

Sent from my iPhone