**Jennen, Aaron (USAARW)**

| | |
|---|---|
| **From:** | Jennen, Aaron (USAARW) |
| **Sent:** | Friday, July 14, 2023 11:21 AM |
| **To:** | Miranda Plum |
| **Cc:** | Shearburn, Elizabeth (USAARW) |
| **Subject:** | U.S. v. 2021 Black GMC Yukon Denali |
| **Attachments:** | VOLUNTARY DISMISSAL_PLUM, Miranda.pdf |

Miranda Plum,

We have not communicated in quite some time, but I wanted to reach out and see what your position is regarding your claim to the above-referenced property.

You filed a claim January 14, 2022, after this matter was stayed by the Court on January 5, 2022. In order to pursue your claim, you were required to file an Answer to the Complaint 21 days after filing your claim as instructed in the Notice sent to you November 30, 2021. Rule G(2)(5)(b). Normally, that would have been by February 4, 2022. However, because of the stay, the 21 days did not begin to run until the stay was lifted on June 16, 2023. Meaning, your Answer to the Complaint was due on July 7, 2023. According to the Court's docket, you have not filed an Answer and the deadline to file has passed.

Failure to file an Answer is grounds for the United States to move to strike your claim. Rule G(8)(c)(i)(A). If your claim is struck, you will not be able to continue to pursue your claim and the United States may obtain a default judgment of forfeiture.

That said, if you do not file an Answer as required by July 21, 2023, the United States will move to strike your claim for the reasons stated herein.

In the alternative, if you no longer wish to pursue your claim and assent to the forfeiture of the claimed property to the United States, you can sign the attached dismissal and return it to me to be filed with the Court.

Please let me know if you have any questions.

Aaron Jennen (he/him)
Assistant US Attorney
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR  72901
Direct: 479-249-9044