# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　PLAINTIFF )<br>)<br>v. )<br>)<br>2019 Black Mercedes-Benz 3500XD Crew, )<br>VIN: WD4PF4CDXKP155500 )<br>)<br>2017 White Tesla Model X, VIN: )<br>5YJXCAE48HF075775 )<br>)<br>1962 Red/Cream Chevrolet Impala, VIN: )<br>21769K160645 )<br>)<br>2015 White Toyota 4-Runner, VIN: )<br>JTEBU5JR9F5238248 )<br>)<br>2019 White BMW X3, VIN: )<br>5UXTS3C5XKLR73709 )<br>)<br>2020 Can-Am Maverick X3, VIN: )<br>3JBVXAV4XLK001577 )<br>)<br>2020 Yellow Honda TRX420FA2L Rancher ATV, )<br>VIN: 1HFTE4192L4600458 )<br>)<br>2019 Blue/Orange Bombardier 35KA Wake 155, )<br>Hull Number: YDV45515A919 )<br>)<br>2019 Blue/Orange Bombardier 35KA Wake 155, )<br>Hull Number: YDV41862K819 )<br>)<br>2015 White Rolls Royce Wraith, VIN: )<br>SCA665C56FUX85372 )<br>)<br>2014 Black Porsche Panamera, VIN: )<br>WP0AF2A76EL083482 )<br>)<br>2020 White Chevrolet Silverado 1500 Crew Cab, )<br>VIN: 1GCUYGED0LZ253284 )<br>2021 Black GMC Yukon Denali, VIN: )<br>1GKS1DKL1MR116205 ) | Civil No. <u>2:21-CV-02189</u> |

| | |
|---|---|
| 2020 Black Ford F-450, VIN: 1FT8W4DT9LEC83745 | ) ) ) |
| 2021 White Four Star Trailer, VIN: 4FKHG372XM0039028 | ) ) ) |
| 1998 Red Dodge Ram 2500, VIN: 3B7KF2660WM245434 | ) ) ) |
| 2017 Black Cadillac Escalade, VIN: 1GYS4DKJ8HR389417 | ) ) ) |
| 2011 Black Mercedes-Benz GLK Class Utility, VIN: WDCGG8HB3BF642818 | ) ) ) |
| Toro Riding Lawnmower, Model Number: 75755 | ) ) |
| 2012 White Ford Commercial Transit Connect Cargo Van, VIN: NM0LS7AN7CT091388 | ) ) ) |
| 2021 Black Karavan Trailer, VIN: 5KTUS1413KF519784 | ) ) ) |
| 2011 Red Polaris Ranger, VIN: 4XAWH50A1BB413732 | ) ) ) |
| 2021 White Cadillac Escalade Platinum, VIN: 1GYS4GKL4MR297394 | ) ) ) |
| 2015 Gray Nissan Juke, VIN: JN8AF5MR3FT513022 | ) ) ) |
| 4 Trailers | ) ) |
| $44.29 in funds from First Horizon Bank account ending in 3194 | ) ) ) |
| $94,971.58 in funds from Bank OZK, Fort Smith, AR account ending in1863 | ) ) ) |
| $225.95 in funds from IBC Bank, Fort Smith, AR account ending in 0124 | ) ) ) |
| $9,046.29 in funds from BancFirst, Oklahoma City, OK account ending in 4027 | ) ) ) |

$44,840.37 in funds from BancFirst, Oklahoma City, OK account ending in 9512 )

$22,843.23 in funds from BancFirst, Oklahoma City, OK account ending in 7788 )

$72,008.59 in funds from Valliance Bank, Fort Smith, AR account ending in 4208 )

$20,858.19 in funds from Valliance Bank account ending in 7046 )

$101,754.95 in funds from Valliance Bank account ending in 7970 )

$833.96 in funds from Bank of Oklahoma account ending in 7502 )

$14,062.61 in funds from Bank of Oklahoma account ending in 0157 )

$2,094.00 in funds from Bank of Oklahoma account ending in 2749 )

$25.06 in funds from Bank of Oklahoma account 6456 )

$52,493.00 U.S. Currency )

One Aria Casino $5,000 Poker Chip )

29 pairs of shoes )

5 paintings, 3 prints and 1 poster )

1 Louis Vuitton handbag )

Miscellaneous jewelry items to include rings, necklaces and pendants, earrings, ladies Rolex watch )

3 framed sports collectible jerseys )

Black cabinet sound console with assorted analog boards, power supplies, and equalizers )

| | )|
|---|---|
| Wood cabinet sound console with assorted analog boards, sound processing and equalizers | ) ) ) |
| | ) |
| API Legacy Sound Console with Computer Screen and Power Supply, black | ) ) ) |
| | ) |
| Miscellaneous music equipment to include, guitars and cases, cymbals, drums and stools, piano/ keyboards, amplifiers and cases, speakers, headphones, microphones and stands, tambourines, violins, toms, guitar straps/strings/picks/stands/ pedals, power and adapter cords and cables, square reader for credit cards, light systems, guitar seats, soundproof tiles, hard drives, | ) ) ) ) ) ) ) ) ) ) |
| DEFENDANTS | ) |

## JUDGMENT OF FORFEITURE AS TO
## THE 2021 WHITE CADILLAC ESCALADE PLATINUM

Upon consideration of the United States' Motion for Judgment of Forfeiture as to the 2021 White Cadillac Escalade Platinum (Doc. 124), and the pleadings and papers on file in this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. All right, title, and interest in the 2021 White Cadillac Escalade Platinum, VIN: 1GYS4GKL4MR297394 and the proceeds thereof from the December 6, 2022, interlocutory sale is forfeited to the United States of America.

2. The United States Marshal shall deposit the balance of the proceeds from the December 6, 2022, interlocutory sale of the 2021 White Cadillac Escalade Platinum, VIN: 1GYS4GKL4MR297394 into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

3. The Court hereby enters, and this judgment shall constitute, a certificate of reasonable cause under 28 U.S.C. § 2465(a)(2) as to the 2021 White Cadillac Escalade Platinum, VIN: 1GYS4GKL4MR297394.

4. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated this 7th day of August, 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE