| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:21-CV-02189 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| 2019 Black Mercedes-Benz 3500XD Crew, VIN: WD4PF4CDXKP155500, et. al. | DISPOSITION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Little Rock, AR 72201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Aaron Jennen, Assistant United States Attorney
Office of the United States Attorney
414 Park Avenue
Fort Smith, AR 72901

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

*RECEIVED USMS/AR JUL 20 2023*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FBI Case No. 209B-LR-3088109; see attached list

All items to be released to Dillon Taylor or Dillon Taylor's designee per Settlement Agreement (Doc. 117). Items 545 thru 551 are in FBI custody and will be returned by the FBI.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AARON JENNEN *Digitally signed by AARON JENNEN Date: 2023.07.20 14:00:29 -05'00'* | | 479-249-9044 | 7/20/2023 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 10 | No. 09 | [signature] | 7/20/2023 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☒ pm |
|---|---|---|---|
| | 8/21/23 | 12:00 | |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |||
| | S. Woods |||

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Return all items to Dillon Taylor on 8/21/2023

Form USM-285
Rev. 03/21

| Exhibit # | CATS ID | Item Number | Description | Claimant | Amount Forfeited |
|---|---|---|---|---|---|
| 3 | 21-FBI-005752 | 3 | Fender Telecaster KOA Burst electric guitar, serial number: US12178713, with case | Dillon Taylor | $ 1,309.00 |
| 6 | 21-FBI-005752 | 6 | Fender Stratocaster Limited Edition-Corona California electric guitar brown frame with fold pickups, original contour body, serial number: LE08703 | Dillon Taylor | $ 655.00 |
| 13 | 21-FBI-005752 | 13 | Fender 'Dealer Event' Select Strat electric guitar with tone red/black flame and missing back trim plate, serial number: US13113848, with case | Dillon Taylor | $ 873.00 |
| 16 | 21-FBI-005752 | 16 | Fender Stratocaster electric guitar, serial number: S778270, with sunburst case | Dillon Taylor | $ 960.00 |
| 18 | 21-FBI-005752 | 18 | Paul Reed Smith custom electric guitar, 15/50 Private stock #3250, serial number: 11174077, with case | Dillon Taylor | $ 1,746.00 |
| 21 | 21-FBI-005752 | 21 | Fender Stratocaster electric guitar cream body with black, serial number: S949569 | Dillon Taylor | $ 873.00 |
| 34 | 21-FBI-005752 | 34 | Knaggs Model KEYA-12, electric guitar black eyed Susan finish, October 2018, serial number: 201, with case | Dillon Taylor | $ 873.00 |
| 47 | 21-FBI-005752 | 47 | Fano RB6 Handmade guitar, serial number: 0710 DF02008, with case | Dillon Taylor | $ 873.00 |
| 55 | 21-FBI-005752 | 55 | James Trussart Strat style electric guitar with gray wash with paisley metal inlay, serial number: 17087, with case | Dillon Taylor | $ 1,048.00 |
| 59 | 21-FBI-005752 | 59 | Friedman Vintage T electric guitar, serial number: 08191419, with blue case | Dillon Taylor | $ 873.00 |
| 82 | 21-FBI-005752 | 82 | Martin Acoustic D-18 Modern Deluxe guitar, 2330346, with case | Dillon Taylor | $ 1,310.00 |
| 101 | 21-FBI-005754 | 1 | Zerberus black tiger maple electric guitar, serial number: C1282012, with case | Dillon Taylor | $ 437.00 |
| 110 | 21-FBI-005754 | 10 | Fender Custom Shop Telecaster #210, #8 of 16, with engraved accent detail case | Dillon Taylor | $ 873.00 |
| 121 | 21-FBI-005754 | 21 | Fano RB6 electric guitar, Alte De Facto, serial number: 51184, with distressed finish aqua case | Dillon Taylor | $ 873.00 |
| 122 | 21-FBI-005754 | 22 | Rickenbacker electric guitar with natural wood grain case | Dillon Taylor | $ 873.00 |
| 129 | 21-FBI-005754 | 29 | Paul Reed Smith Private Stock electric guitar 5/16/12, #3584 with case | Dillon Taylor | $ 1,746.00 |
| 135 | 21-FBI-005754 | 35 | Mandolin wood grain with case | Dillon Taylor | $ 306.00 |
| 147 | 21-FBI-005754 | 47 | Huss & Dalton Model D-RA Custom acoustic guitar, serial number: 888, with case | Dillon Taylor | $ 1,746.00 |
| 155 | 21-FBI-005754 | 55 | Paul Reed Smith acoustic guitar private stock #1579, productiondate 11/14/07 with black/bronze stripe case | Dillon Taylor | $ 1,746.00 |
| 158 | 21-FBI-005754 | 58 | Gibson acoustic guitar, serial number: 608015, with case | Dillon Taylor | $ 1,746.00 |
| 159 | 21-FBI-005754 | 59 | Gibson acoustic guitar with case | Dillon Taylor | $ 1,746.00 |
| 165 | 21-FBI-005754 | 65 | McPhereson Model MG-3.5 acoustic guitar East Indian Rosewood and Port Oxford Cedar, serial number: 1433E, with case | Dillon Taylor | $ 1,746.00 |
| 166 | 21-FBI-005754 | 66 | Fender Telecaster electric guitar brown/copper tiger type finish with case | Dillon Taylor | $ 698.00 |
| 192 | 21-FBI-005754 | 92 | Mcpherson MG-5 .0XP acoustic guitar Rosewood and Redwood, serial number: 0999 | Dillon Taylor | $ 2,180.00 |
| 209 | 21-FBI-005755 | 9 | Nicolaus Amatus fecit Violin #1624 with case | Dillon Taylor | $ 151.00 |
| 210 | 21-FBI-005755 | 10 | John Juzek Violen made in Prague, signed | Dillon Taylor | $ 217.00 |
| 211 | 21-FBI-005755 | 11 | Edwin Hunt Violin No. 21, Grand Rapids, Michigan, Dated Sept1899, No. 21 | Dillon Taylor | $ 196.00 |
| 216 | 21-FBI-005755 | 16 | Martin & Co. Eric Clapton Signature model acoustic guitar, serial number: 13787, with case | Dillon Taylor | $ 1,767.00 |
| 218 | 21-FBI-005755 | 18 | Spector bass guitar warm golden finish, production 11/2000, serial number: 047, with case | Dillon Taylor | $ 894.00 |
| 234 | 21-FBI-005755 | 34 | Martin & Co. Model 0-18 acoustic guitar, serial number: 130000, with case | Dillon Taylor | $ 2,204.00 |
| 240 | 21-FBI-005755 | 40 | C.F. Martin & Co. Model EB-18 bass guitar, serial number: 3329, with natural wood grain case | Dillon Taylor | $ 895.00 |
| 267 | 21-FBI-005755 | 67 | Gibson acoustic guitar, serial number: 12198, with case | Dillon Taylor | $ 1,767.00 |
| 270 | 21-FBI-005755 | 70 | Gibson J50 acoustic guitar with case | Dillon Taylor | $ 894.00 |
| 272 | 21-FBI-005755 | 72 | Gibson J-45 acoustic guitar, serial number: 819975, with case | Dillon Taylor | $ 1,312.00 |
| 285 | 21-FBI-005755 | 85 | Fender Collector's Edition Telecaster electric guitar, serial number: 0078 of 1998, with case | Dillon Taylor | $ 676.00 |
| 290 | 21-FBI-005755 | 90 | Lowden F-35c acoustic guitar, serial number: 19872, with rosewood/Adirondack case | Dillon Taylor | $ 1,764.00 |
| 306 | 21-FBI-005756 | 6 | Taylor K-15C Custom acoustic guitar burl type finish with mother of pearl type trim, serial number: 960301133 | Dillon Taylor | $ 719.00 |
| 307 | 21-FBI-005756 | 7 | McPheerson Model MG-3.5 Z1/SE acoustic guitar, serial number: 2448, with case | Dillon Taylor | $ 894.00 |
| 310 | 21-FBI-005756 | 10 | Huss & Dalton OM Custom acoustic guitar, serial number: 5285, with case | Dillon Taylor | $ 1,156.00 |
| 311 | 21-FBI-005756 | 11 | James Goodal Model PSC332 acoustic guitar spruce/rosewood/mahogany, 2/25/88 | Dillon Taylor | $ 1,241.00 |
| 313 | 21-FBI-005756 | 13 | Jean Larrivee Model D-03R acoustic guitar, serial number: 76311 | Dillon Taylor | $ 501.00 |
| 314 | 21-FBI-005756 | 14 | Gibson Hummingbird Walnut M acoustic guitar, serial number: 13459087 | Dillon Taylor | $ 741.00 |
| 316 | 21-FBI-005756 | 16 | Taylor 517e Builders Edition Grand Pacific acoustic guitar, serial number: 1103119082 | Dillon Taylor | $ 719.00 |
| 317 | 21-FBI-005756 | 17 | Bourgeois AT Mahogany D – AT Adirondack/AT Topecoast acoustic guitar, serial number: 006889 | Dillon Taylor | $ 981.00 |
| 324 | 21-FBI-005756 | 24 | Bourgeois D Custom acoustic guitar AT Mahogany D-AT Finish, serial number: 007520 | Dillon Taylor | $ 981.00 |
| 331 | 21-FBI-005756 | 31 | Gibson J-200 acoustic guitar, serial number: 06142729 | Dillon Taylor | $ 741.00 |
| 332 | 21-FBI-005756 | 32 | Gibson Songwriter EC acoustic guitar, serial number: 11509047 | Dillon Taylor | $ 481.00 |
| 333 | 21-FBI-005756 | 33 | Gibson Harley Davidson LTD acoustic guitar #382 of 1500, serial number: 92664021 with black case | Dillon Taylor | $ 741.00 |
| 337 | 21-FBI-005756 | 37 | Gibson J-45 Acoustic guitar, serial number: 051103, with case | Dillon Taylor | $ 1,069.00 |
| 343 | 21-FBI-005756 | 43 | Gibson J-45 custom acoustic guitar, serial number: 366102, with case | Dillon Taylor | $ 894.00 |
| 344 | 21-FBI-005756 | 44 | Dobro acoustic guitar metal, black/yellow | Dillon Taylor | $ 501.00 |
| 348 | 21-FBI-005756 | 48 | Gibson Custom J160E acoustic guitar, serial number: 892634 | Dillon Taylor | $ 741.00 |
| 351 | 21-FBI-005756 | 51 | Gibson J-45, 1969 Acoustic guitar tobacco body, serial number: 541783 | Dillon Taylor | $ 981.00 |
| 352 | 21-FBI-005756 | 52 | McPherson MG-4.5 acoustic guitar 24th guitar manufactured, serial number: 0124, with case | Dillon Taylor | $ 981.00 |
| 353 | 21-FBI-005756 | 53 | Gibson Southern Jumbo acoustic guitar, serial number: 03484011 | Dillon Taylor | $ 741.00 |
| 355 | 21-FBI-005756 | 55 | James Goodall Model KGC299 acoustic guitar production-5/13/87 with hand signed makers tag | Dillon Taylor | $ 981.00 |
| 357 | 21-FBI-005756 | 57 | Zerbereus Nemesis Electric guitar marble finish body, serial number: 1BR002, with display case | Dillon Taylor | $ 501.00 |
| 358 | 21-FBI-005756 | 58 | Rickenbacker electric guitar with red-fade/white display case | Dillon Taylor | $ 545.00 |
| 360 | 21-FBI-005756 | 60 | Paul Reed Smith Private Stock electric guitar 5/11/12/ #3712, 12188957 with case | Dillon Taylor | $ 1,505.00 |
| 362 | 21-FBI-005756 | 62 | Tony Vines Bella Grande Acoustic guitar, serial number: 119 | Dillon Taylor | $ 719.00 |
| 366 | 21-FBI-005756 | 66 | Dobro small acoustic guitar brass/metallic center | Dillon Taylor | $ 501.00 |
| 371 | 21-FBI-005756 | 71 | Fender Telecaster Limited Edition electric guitar red/white body, serial number: US19095824 | Dillon Taylor | $ 719.00 |
| 384 | 21-FBI-005756 | 84 | Fender Stratocaster 2004 model electric guitar brown, serial number: Z4009385 | Dillon Taylor | $ 391.00 |
| 386 | 21-FBI-005756 | 86 | Fender Jazz Bass guitar off-white/black body, serial number: US15018349, with case | Dillon Taylor | $ 501.00 |
| 387 | 21-FBI-005756 | 87 | Fender bass guitar off-white and gold-tone body, serial number: 080818, with case | Dillon Taylor | $ 719.00 |
| 388 | 21-FBI-005756 | 88 | 48 assorted empty acoustic and electric guitar cases | Dillon Taylor | $ 1,701.00 |

| # | Case | Item | Description | Owner | Value |
|---|------|------|-------------|-------|-------|
| 534 | 21-FBI-006032 | 1 | Truth Drums Freshman Series, three-piece set, foot pedal andassorted cymbals to include (1) Freshman Truth Series Three piece drum set(Base Drum, Floor Tom and mounted Tom); Includes Mapex foot pedal and (2) High Hat symbols (1 Saluda decadence), (1) Carean Bliss series 16" paper thin symbol, (2) D20 Crash symbol 18"-Janara | Dillon Taylor | $ 501.00 |
| 538 | 21-FBI-006032 | 5 | Noble and Cooley three-piece drum set including bass drum and two toms | Dillon Taylor | $ 458.00 |
| 542 | 21-FBI-006032 | 9 | DW Drums with blue/green transparent case | Dillon Taylor | $ 44.00 |
| 545 | 21-FBI-005784 | 1 | Painting of Jimmy Hendrix | Dillon Taylor | FBI to return |
| 546 | 21-FBI-005784 | 2 | Painting of Steve Clark | Dillon Taylor | FBI to return |
| 547 | 21-FBI-005784 | 3 | Painting of Tom Petty | Dillon Taylor | FBI to return |
| 548 | 21-FBI-005784 | 4 | Painting of Beatles | Dillon Taylor | FBI to return |
| 549 | 21-FBI-005784 | 5 | Painting of Alien Drummer | Dillon Taylor | FBI to return |
| 550 | 21-FBI-005784 | 6 | Print of Elvis | Dillon Taylor | FBI to return |
| 551 | 21-FBI-005784 | 7 | Print of Willie Nelson | Dillon Taylor | FBI to return |
| 565 | 21-FBI-005759 | 5 | Fender Telecaster Electric guitar, serial number: S844750, with yellowish finish/black case | Dillon Taylor | $ 1,767.00 |
| 569 | 21-FBI-005759 | 9 | Sambora Limited Edition SA-2 electric guitar, serial number: SJ0800911, with black/pearl finish case | Dillon Taylor | $ 458.00 |
| 570 | 21-FBI-005759 | 10 | Duesenberg Double Cat electric guitar red sunburst, serial number: 042779, with case | Dillon Taylor | $ 1,331.00 |
| 571 | 21-FBI-005759 | 11 | McPherson model MG-4.0 acoustic guitar striped Macassar Ebony, serial number: 1126, with case | Dillon Taylor | $ 1,331.00 |
| 574 | 21-FBI-005759 | 14 | C. F. Martin & Co. Model 00-18 acoustic guitar, serial number: 82311 | Dillon Taylor | $ 1,331.00 |
| 576 | 21-FBI-005759 | 16 | Paul Reed Smith electric guitar Brazilian; Texture copper body, serial number: 381481, with case | Dillon Taylor | $ 2,204.00 |
| 580 | 21-FBI-005759 | 20 | Fender Stratocaster Custom Shop guitar, serial number: JB071, with golden sunburst case, Gold tone hardware | Dillon Taylor | $ 1,767.00 |
| 587 | 21-FBI-005759 | 27 | Gibson electric guitar, serial number: 91645623, with black/golden case | Dillon Taylor | $ 894.00 |
| 595 | 21-FBI-005759 | 35 | Gibson ES330TDC electricguitar, serial number: 842150, with red case and golden yellow trim | Dillon Taylor | $ 1,767.00 |
| 596 | 21-FBI-005759 | 36 | Gibson Custom Les Paul guitar, serial number: 0 9566, with sunburst type case | Dillon Taylor | $ 3,511.00 |
| 601 | 21-FBI-005759 | 41 | Gibson Dove acoustic guitar, serial number: 06143128, with golden burst type case | Dillon Taylor | $ 1,331.00 |
| 605 | 21-FBI-005759 | 45 | Rockbridge acoustic guitar, serial number: 296/12, with case | Dillon Taylor | $ 2,204.00 |
| 608 | 21-FBI-005759 | 48 | C.F. Martin & Co. Model D-28 acoustic guitar, serial number: 406047, with case | Dillon Taylor | $ 1,767.00 |
| 618 | 21-FBI-005759 | 58 | Gibson Acoustic 1963 guitar sunburst finish, serial number: 129951 | Dillon Taylor | $ 2,204.00 |
| 619 | 21-FBI-005759 | 59 | Gibson Acoustic guitar tobacco brown sunburst, serial number: W8771 34 | Dillon Taylor | $ 2,640.00 |
| 623 | 21-FBI-005759 | 63 | Taylor 12 string Model 562ce 12-Fre guitar, serial number: 1103316053, with case | Dillon Taylor | $ 1,767.00 |
| 629 | 21-FBI-005759 | 69 | Gretsch Chet Atkins Tennessean electric guitar with brown wood grain finish case | Dillon Taylor | $ 1,331.00 |
| 631 | 21-FBI-005759 | 71 | C.F. Martin & Co. Model D-18 acoustic guitar, serial number: 97836, with case | Dillon Taylor | $ 2,204.00 |
| 637 | 21-FBI-005759 | 77 | Fender JazzMaster electric guitar tobacco burst finish, serial number: L98220, with case | Dillon Taylor | $ 4,821.00 |
| 649 | 21-FBI-005760 | 3 | Nord Stage 3 Compact 73 Keyboard, serial number: 15507, with case and power cord, Suzuki Musical Manufacturing | Dillon Taylor | $ 2,331.00 |
| 652 | 21-FBI-005760 | 6 | Steinway upright piano, serial number: 86543 | Dillon Taylor | $ 1,854.00 |
| 653 | 21-FBI-005761 | 1 | Meinl Hedliner Series Bongos with black body | Dillon Taylor | $ 26.00 |
| 654 | 21-FBI-005761 | 2 | Aquarian Three-piece set with bass drum, mounted tom and floor tom | Dillon Taylor | $ 370.00 |
| 655 | 21-FBI-005761 | 3 | Noble and Cooley four-piece set with bass drum, mounted tom and floor tom | Dillon Taylor | $ 894.00 |
| 657 | 21-FBI-005761 | 5 | Sonar Pro-Lite maple four-piece set bass drum and three toms | Dillon Taylor | $ 761.00 |
| 658 | 21-FBI-005761 | 6 | Orange County drum and percussion snare drum | Dillon Taylor | $ 50.00 |
| 659 | 21-FBI-005761 | 7 | DW Collector Series snare drum | Dillon Taylor | $ 105.00 |
| 660 | 21-FBI-005761 | 8 | Mapex snare drum, chrome finish | Dillon Taylor | $ 13.00 |
| 661 | 21-FBI-005761 | 9 | Craviotto handcrafted snare drum, natural wood grain finish, with case | Dillon Taylor | $ 327.00 |
| 662 | 21-FBI-005761 | 10 | Ludwig snare drum with chrome finish body | Dillon Taylor | $ 140.00 |
| 663 | 21-FBI-005761 | 11 | Ludwig Epic snare drum with tan finish body | Dillon Taylor | $ 39.00 |
| 664 | 21-FBI-005761 | 12 | Slingerland snare with chrome body/metal finish | Dillon Taylor | $ 44.00 |
| 665 | 21-FBI-005761 | 13 | Yamaha Power V snare drum with chrome/metal body finish | Dillon Taylor | $ 26.00 |
| 667 | 21-FBI-005761 | 15 | Remo skin deep bongo drum with green finish base | Dillon Taylor | $ 65.00 |
| 668 | 21-FBI-005761 | 16 | Meinl Sonic Energy Handheld shake drum | Dillon Taylor | $ 20.00 |
| 669 | 21-FBI-005761 | 17 | 3 Assorted High Hat and Byzance cymbals to include: (2) High Hat cymbals-worn, 15", (1) Byzance 18" vintage pure crash | Dillon Taylor | $ 109.00 |
| 670 | 21-FBI-005761 | 18 | 3 Assorted Carean Cymbals to include: (3) Carean 18" bliss/rid cymbal, Carean 19" crash ride, 22" crash ride | Dillon Taylor | $ 120.00 |
| 671 | 21-FBI-005761 | 19 | 6 Assorted Paiste cymbals to include: (6) Paiste cymbals - 20" ride, 19" crash, 2002 series Chinetype 20", Alpha series hi-hat sound edge 14", Alpha Series Rock China 18" | Dillon Taylor | $ 217.00 |
| 672 | 21-FBI-005761 | 20 | 4 Assorted cymbals to include: Sadian Custom shop VRide/Crash and Wuhan 18" and 16"; 8" crash | Dillon Taylor | $ 87.00 |
| 673 | 21-FBI-005761 | 21 | 5 Assorted K Zildjan, Mega Bell, and Aveds Zildjan cymbals to include: (2) K Zildjan crash cymbals (one broken), 19" and 18", (1) Zildjan 20", (1) Mega Bell Z ride 20", (1) Avedis Zildjan Medium thin crash 16" | Dillon Taylor | $ 239.00 |
| 674 | 21-FBI-005761 | 22 | 4 Assorted Paiste and Orian cymbals to include: (1) Paiste 20" Bright ride cymbal, (1) Paiste 16" full crash, (1) 18" medium china; (1) X10 18" Crash-personalized series Orion | Dillon Taylor | $ 153.00 |
| 675 | 21-FBI-005761 | 23 | 4 Assorted Crash and Zildjan Ride cymbals to include: (1)14" crash, (1) 18" Crash, (1) Zildjan Ride 20", (1) 20" crash | Dillon Taylor | $ 79.00 |
| 676 | 21-FBI-005761 | 24 | 4 Assorted Zildjan cymbals to include: (1) Zildjan 22" ride, (1) Zildjan 18" medium thin crash, (1) Zildjan 17" crash | Dillon Taylor | $ 65.00 |
| 677 | 21-FBI-005761 | 25 | Remo snare drum with copper body | Dillon Taylor | $ 39.00 |
| 706 | 21-FBI-005813 | 12 | Ampeg Model R-50H amplifier, serial number: AFMDK60036, with case | Dillon Taylor | $ 175.00 |
| 716 | 21-FBI-005813 | 22 | Ampeg Rocket Model R12 amplifier, serial number: 006076, with case | Dillon Taylor | $ 567.00 |
| 723 | 21-FBI-005813 | 29 | Marshall Model JTM45 OS amplifier, serial number: 129300, with case | Dillon Taylor | $ 1,241.00 |
| 737 | 21-FBI-005813 | 43 | Ox amp top box universal audio, serial number: 18222015003119 | Dillon Taylor | $ 676.00 |
| 738 | 21-FBI-005813 | 44 | Marshall Tremolo 50W amplifier, serial number: 10269 | Dillon Taylor | $ 2,465.00 |
| 747 | 21-FBI-005813 | 53 | Pair of ATC Studio Control Monitor Model SCM50PSL speakers, serial numbers: 3265/3266 | Dillon Taylor | $ 11,089.00 |

| | | | | | |
|---|---|---|---|---|---|
| 753 | 21-FBI-005814 | 5 | 21 Assorted overdrive/distortion/fuzz guitar pedals to include: (1) FuzzFace Band of Gypsys edition pedal, (1) ChaseBliss Audio Tonal Recall pedal, (1) Wampler The Paisley Drive pedal, (1) Tortuga Effects Fire Ant pedal, (1) Way Huge Snucy overdrive pedal, (1) Indutrialectric RM-1N pedal, (2) Ibanez TS 9 Tube screamer green foot pedals, (1) Keely electronices Red Dirt Overdrive, #02766, (1) Plasma Pedal High Voltage Distortion Unit, (1) Danelectro MilkShake pedal, (1) Eventide Space Stombox, (1) 1962 Pedal, (1) TC Electronic 3rd Dimension Chorus Bypass, (1) Ibanez Compressor, (1) Electro-Harmonix Big Muff Deluxe Bass pedal, (1) Electro-Harmonik Big Muff Pie, (1) Boss Phase Shifter PH-3, (1) Super Chorus CH-1 pedal, (1) Boss Flanger BF-3, (1) Boss OverDrive/Distortion OS-2 | Dillon Taylor | $ 1,658.00 |
| 757 | 21-FBI-005814 | 9 | 9 Assorted microphones andmicrophone accessories to include: (1) Case with Soyuze mic set, (2) StagerSR2N, (1) Sennheiser Mdl 421 II, (1) ElectroVoice RE20, (1) Ehrlund Studio Condenser EHRM, (1) Vintage Trix, (1) Neumann TLM 103 In case, (1) Electro Voice EV Blue 4505-2557 | Dillon Taylor | $ 3,338.00 |
| 760 | 21-FBI-005814 | 12 | 18 Assorted gain-staging pedals to include: (1) Wah probe with acrylic and copper, (1) Dunlop Round FuzzFace-Red, (1) Ibanez Phase Tone peda, (1) DigiTech Luxe True Bypass pedal, (1) Wampler EGO Compressor pedal, (1) Saturnwor Pedal, (1) JHS The VCR Ultracolor Ryan ADams, (1) Ibanez True Screamer, (1) Ibanez Chorus CS-505, (1) Ibanez Tube Screamer, (1) Ibanez TS9B Bass Tube Screamer, (1) Danelectro Cool Cat pedal, (1) AKG , (1) Spark TC Electronic true bypass, (1) Shim Verb Pro Mooer, (1) Uni- Vibe pedal, (1) Danny Boy Overdrive-Shamrock Amps, (1) Walrus Audio Vanguard amplifier | Dillon Taylor | $ 1,331.00 |
| 769 | 21-FBI-005814 | 21 | Vintage King Telefunken Audio V72A, serial number: NR6759 | Dillon Taylor | $ 1,221.00 |
| | | | | | $ 135,000.00 |