**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:21-CV-02189 |
| DEFENDANT | TYPE OF PROCESS |
| 2019 Black Mercedes-Benz 3500XD Crew, VIN: WD4PF4CDXKP15500, et. al. | DISPOSITION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshall Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Little Rock, AR 72201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Candace L. Taylor, Assistance U.S. Attorney
Office of the United States Attorney, Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

*RECEIVED USMS E/AR OCT 2 2023*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
CATS ID: 21-FBI-005753; see attached list

All items to be released to Dillon Taylor or Dillon Taylor's designee per Settlement Agreement.
Deposit $63,000.00 into the new AIN# 23-FBI-007777, as this is an in lieu of asset.

Signature of Attorney other Originator requesting service on behalf of:
CANDACE TAYLOR  Digitally signed by CANDACE TAYLOR Date: 2023.09.22 14:19:43 -05'00'
[X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 479-785-5125
DATE: 9/22/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 10
District to Serve No.: 09
Signature of Authorized USMS Deputy or Clerk
Date: 10/2/2022

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 10/23/23    Time: 10:w  [X] am [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
S. Woods

Costs shown on *attached USMS Cost Sheet* >>

REMARKS
All items returned to Dillon Taylor on 10/23/2023.

Form USM-285
Rev. 03/21