IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**V.**                             **CASE NO. 2:21-CV-2189**

**2019 BLACK MERCEDEZ-BENZ 3500XD CREW,**
**VIN: WD4PF4CDXKP155500, et al.**                                                **DEFENDANTS**

**JUDGMENT OF FORFEITURE**
**AS TO CERTAIN DEFENDANT PROPERTY**

Before the Court is the United States' Motion for Judgment of Forfeiture (Doc. 125). The Motion explains that on January 10, 2022, claimant Dillon Taylor entered into a Stipulation with the United States (Doc. 100) with respect to certain items of Defendant Property. Then, on March 15, 2023, Mr. Taylor entered into a second Stipulation (Doc. 112) with respect to other items of Defendant Property. Lastly, on July 13, 2023, Mr. Taylor entered into a third Stipulation (Doc. 117) concerning other items of Defendant Property.

Per the terms of the three Stipulations, Mr. Taylor agreed to pay the United States money in exchange for certain Defendant Property. He therefore tendered to the United States the following:

(1) a cashier's check in the sum of $27,000 in lieu of the items set forth in Paragraph 6 of the January 10 Stipulation (Doc. 100) and agreed that the United States would retain all right, title, and interest in the check;

(2) a cashier's check in the sum of $5,800 in lieu of the items set forth in Paragraph 5 of the March 15 Stipulation (Doc. 112) and agreed that the United States would retain all right, title, and interest in the check; and

1

2

(3) a cashier's check in the sum of $135,000 in lieu of the items set forth in Paragraph 5 of the July 13 Stipulation (Doc. 117) and agreed that the United States would retain all right, title, and interest in the check.

Having considered these matters, the Court finds that a certificate of reasonable cause should be, and hereby is, entered under 28 U.S.C. § 2465(a)(2) as to the three cashier's checks described above. The Motion for Judgment of Forfeiture (Doc. 125) is **GRANTED**.

**IT IS THEREFORE ORDERED AND ADJUDGED** that these cashier's checks are forfeited to the United States.  The United States Marshal shall deposit these proceeds into the United States Department of Justice's Asset Forfeiture Fund for disposition according to law.

**IT IS SO ORDERED AND ADJUDGED** on this 11th day of January, 2024.

       */s/ Timothy L. Brooks*
       TIMOTHY L. BROOKS
       UNITED STATES DISTRICT JUDGE