## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civil No. <u>2:21-CV-02189</u> |
| | ) | |
| 2019 Black Mercedes-Benz 3500XD Crew, | ) | |
| VIN: WD4PF4CDXKP155500 | ) | |
| | ) | |
| 2017 White Tesla Model X, VIN: | ) | |
| 5YJXCAE48HF075775 | ) | |
| | ) | |
| 1962 Red/Cream Chevrolet Impala, VIN: | ) | |
| 21769K160645 | ) | |
| | ) | |
| 2015 White Toyota 4-Runner, VIN: | ) | |
| JTEBU5JR9F5238248 | ) | |
| | ) | |
| 2019 White BMW X3, VIN: | ) | |
| 5UXTS3C5XKLR73709 | ) | |
| | ) | |
| 2020 Can-Am Maverick X3, VIN: | ) | |
| 3JBVXAV4XLK001577 | ) | |
| | ) | |
| 2020 Yellow Honda TRX420FA2L Rancher ATV, | ) | |
| VIN: 1HFTE4192L4600458 | ) | |
| | ) | |
| 2019 Blue/Orange Bombardier 35KA Wake 155, | ) | |
| Hull Number: YDV45515A919 | ) | |
| | ) | |
| 2019 Blue/Orange Bombardier 35KA Wake 155, | ) | |
| Hull Number: YDV41862K819 | ) | |
| | ) | |
| 2015 White Rolls Royce Wraith, VIN: | ) | |
| SCA665C56FUX85372 | ) | |
| | ) | |
| 2014 Black Porsche Panamera, VIN: | ) | |
| WP0AF2A76EL083482 | ) | |
| | ) | |
| 2020 White Chevrolet Silverado 1500 Crew Cab, | ) | |
| VIN: 1GCUYGED0LZ253284 | ) | |
| 2021 Black GMC Yukon Denali, VIN: | ) | |
| 1GKS1DKL1MR116205 | ) | |

2020 Black Ford F-450, VIN:
1FT8W4DT9LEC83745

2021 White Four Star Trailer, VIN:
4FKHG372XM0039028

1998 Red Dodge Ram 2500, VIN:
3B7KF2660WM245434

2017 Black Cadillac Escalade, VIN:
1GYS4DKJ8HR389417

2011 Black Mercedes-Benz GLK Class Utility,
VIN: WDCGG8HB3BF642818

Toro Riding Lawnmower, Model Number: 75755

2012 White Ford Commercial Transit Connect
Cargo Van, VIN: NM0LS7AN7CT091388

2021 Black Karavan Trailer, VIN:
5KTUS1413KF519784

2011 Red Polaris Ranger, VIN:
4XAWH50A1BB413732

2021 White Cadillac Escalade Platinum, VIN:
1GYS4GKL4MR297394

2015 Gray Nissan Juke, VIN:
JN8AF5MR3FT513022

4 Trailers

$44.29 in funds from First Horizon Bank account
ending in 3194

$94,971.58 in funds from Bank OZK, Fort Smith,
AR account ending in1863

$225.95 in funds from IBC Bank, Fort Smith, AR
account ending in 0124

$9,046.29 in funds from BancFirst, Oklahoma City,
OK account ending in 4027

$44,840.37 in funds from BancFirst, Oklahoma City, OK account ending in 9512    )
)
$22,843.23 in funds from BancFirst, Oklahoma City, OK account ending in 7788    )
)
$72,008.59 in funds from Valliance Bank, Fort Smith, AR account ending in 4208    )
)
$20,858.19 in funds from Valliance Bank account ending in 7046    )
)
$101,754.95 in funds from Valliance Bank account ending in 7970    )
)
$833.96 in funds from Bank of Oklahoma account ending in 7502    )
)
$14,062.61 in funds from Bank of Oklahoma account ending in 0157    )
)
$2,094.00 in funds from Bank of Oklahoma account ending in 2749    )
)
$25.06 in funds from Bank of Oklahoma account 6456    )
)
$52,493.00 U.S. Currency    )
)
One Aria Casino $5,000 Poker Chip    )
)
29 pairs of shoes    )
)
5 paintings, 3 prints and 1 poster    )
)
1 Louis Vuitton handbag    )
)
Miscellaneous jewelry items to include rings, necklaces and pendants, earrings, ladies Rolex watch    )
)
3 framed sports collectible jerseys    )
)
Black cabinet sound console with assorted analog boards, power supplies, and equalizers    )

|  | ) |
| Wood cabinet sound console with assorted analog | ) |
| boards, sound processing and equalizers | ) |
|  | ) |
| API Legacy Sound Console with Computer Screen | ) |
| and Power Supply, black | ) |
|  | ) |
| Miscellaneous music equipment to include, guitars | ) |
| and cases, cymbals, drums and stools, piano/ | ) |
| keyboards, amplifiers and cases, speakers, | ) |
| headphones, microphones and stands, tambourines, | ) |
| violins, toms, guitar straps/strings/picks/stands/ | ) |
| pedals, power and adapter cords and cables, square | ) |
| reader for credit cards, light systems, guitar seats, | ) |
| soundproof tiles, hard drives, | ) |
| DEFENDANTS | ) |

## DEFAULT JUDGMENT OF FORFEITURE
## AS TO CERTAIN ITEMS OF DEFENDANT PROPERTY

This matter comes before the Court on the Motion for Judgment of Forfeiture filed by the United States of America (Doc. 123). Upon consideration, the Motion is **GRANTED**. The Court further finds and adjudicates as follows:

1. The Complaint for Forfeiture *in Rem* in this matter was filed on November 23, 2021, alleging that the Defendant property should be forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) as proceeds of health care fraud or conspiracy to commit health care fraud, and 18 U.S.C. §§ 981(a)(1)(A) & (a)(1)(C) as proceeds of money laundering or property involved in money laundering. (Doc. 2).

2. The Notice of Complaint for Forfeiture and a copy of the Complaint for Forfeiture in Rem were served on the known potential claimants. (Docs. 55–71, 75, 79–91). There are no other known potential claimants.

3.     The notice informed the known potential claimants that the defendant property had been arrested, that this civil forfeiture action was pending, that they had at least 35 days from the date the notice was sent to file a verified claim and 21 days to file an answer after filing the claim. Further, for guidance in the preparation of a claim and answer, the notice referred any such persons or entities to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and warned that if this Rule was not followed a default judgment of forfeiture would be rendered. (Docs. 5–34, 74).

## CLAIMS MADE BY DILLON TAYLOR

4.     On January 10, 2022, Dillon Taylor filed a claim to some but not all of the Defendant Property (Doc. 44), including the following:

Item 1[1]—Ernie Ball Music Man Steve Morse electric guitar, serial number: G52265, with burst brown/tobacco case;

Item 2—Fender Stratocaster electric guitar with black original contour body, serial number: US14056374, with gator case;

Item 4—Fender Hellcaster Jazz-A-Caster electric guitar with gold leaf finish with Will Ray Hell Bender Hipshot #0123 with case;

Item 5—Paul Reed Custom Brushstroke electric guitar hand signed, serial number: 14213630, with case;

Item 7—Fender Telecaster electric guitar with black lacquer finish with Seymour Duncan hot rails, serial number: MX15595724, with case;

Item 8—Ernie Ball Music Man Axis electric guitar, serial number: G70603, with wood grain/black finish case;

Item 9—Aristides 060 electric guitar with blue finish with case;

Item 10—Fender Stratocaster Custom shop electric guitar with teal finish and missing whammy bar, serial number: R86470, with case;

---

[1] The item numbers refer to the number assigned to the particular item of Defendant Property in Exhibit A to the Complaint. (Doc. 2-2).

Item 11—Fender Telecaster 1978 electric guitar with red lacquer finish, serial number: S835579, with case;

Item 12—Walla Walla Skeleton Reunion Maverick Pro electric guitar with laser etched flame maple, serial number: 61010, with case;

Item 14—Gibson Les Paul Standard electric guitar with tobacco/brown burst, serial number: 80782534, with case;

Item 15—EVH Wolfgang Signature electric guitar with ivory case;

Item 17—Fender Stratocaster "SRV" electric guitar with back trim panel missing, serial number: N1058286, with sunburst case;

Item 19—Fender Stratocaster electric guitar with blue burst and missing bar, serial number: N3139567, with case;

Item 20—Zerberus Nemesis Boco Del Rio 10F005 electric guitar with marble granite finish;

Item 22—Fender Ratities Series Quilt Maple Top American Stratocaster electric guitar with case;

Item 23—Gibson GGC-700 electric guitar black vintage, serial number: 82511628, with case;

Item 24—Fender Stratocaster electric guitar, serial number: US13114993, with flame wood grain case;

Item 25—Paul Reed Smith Swamp Ash Special Narrowfield 25th Anniversary 2010 electric guitar sunburst, serial number: 10168379, with case;

Item 26—Guild vintage electric guitar, serial number: 183433, with natural finish case;

Item 27—Fender Stratocaster limited edition electric guitar with brown finish, serial number: LE06851, with case;

Item 28—Fender Quilt Maple top Stratocaster electric guitar, serial number:  LE07934, with case;

Item 29—Fender Stratocaster electric guitar with ivory/off white natural finish case with strap and power cord, serial number: US13074448, with case;

Item 30—Fender Stratocaster electric guitar with blue finish, serial number:  MZ0203771, with case;

Item 31—Gibson Modern DC Standard Custom electric guitar, serial number: CS80011, with royal blue case;

Item 32—Fender Limited Edition Telecaster electric guitar, serial number:  US16021742, with cream case;

Item 33—Fender Stratocaster electric guitar with cream/off-white body, serial number: N990569, with case;

Item 35—Fender Squire Telecaster electric guitar, serial number: CGS1708826, with sunburst case;

Item 36—Fender Telecaster Deluxe electric guitar with pearl finish, Chris Shiflett, serial number: MX12240499, with case;

Item 37—Fender Stratocaster electric guitar with black and tortoise shell finish, serial number: MZ2145493, with case;

Item 38—Fender Stratocaster Rarities Quilted Maple electric guitar, serial number: LE07751, with case;

Item 39—Headway Riverhead vintage electric guitar off-white with K&M pickups, missing back trim panel, serial number: 2424, with case;

Item 40—Fender Stratocaster Custom Shop electric guitar, 23 out of 30, with orange/white case;

Item 41—Fender Stratocaster electric guitar micro neck, serial number: S959009, with black case;

Item 42—Fender Stratocaster Limited Edition Corona California, serial number: LE08180, with maple finish case;

Item 43—Fender Stratocaster Limited Edition Corona California natural finish, serial number: LE07885;

Item 44—Fender Deluxe Telecaster electric guitar, serial number: E810114, with black/white case;

Item 45—Fender Stratocaster Custom shop electric guitar, serial number: CN96719, with orange burst case;

Item 46—Fender 1978 Stratocaster electric guitar with black finish, serial number: S898737, with case;

Item 48—Paul Reed Smith Custom 22-10 top electric guitar, serial number: 5102719, with red/cherry mahogany case;

Item 49—Walla Walla Maverick Pro Outlaw X electric guitar, serial number: 700303, with case;

Item 50—ESP MH-400 LTD electric guitar, serial number: IS18040994, with natural wood grain finish case;

Item 51—Jackson PC-1, Phil Collins signature electric guitar with black/silver tiger stripe finish, serial number: 006502, with case;

Item 52—Aristides 060 electric guitar with purple/maroon finish with case;

Item 53—Bigsby Prestige electric guitar, serial number: 101490, with red case;

Item 54—Fender Stratocaster USA RARE 2019 electric guitar sand blasted 3 tone sun burst, serial number: US19081071, with case;

Item 56—Suhr electric guitar with copperhead burst, serial number: 18568, with case;

Item 57—Walla Walla electric guitar with Joe Barden Bridge, 610077;

Item 58—EVH Wolfgang 2010's electric guitar with black body with case;

Item 60—Paul Reed Smith Standard electric guitar, serial number: 19 S2038162, with black finish case;

Item 61—Fender Telecaster electric guitar, serial number: US15082523, with baby blue/white case;

Item 62—Fender Custom Shop Limited Edition electric guitar, serial number: CZ523526, with sea foam case, vintage;

Item 63—Fender Stratocaster limited edition electric guitar, serial number: LE09734, with teal/white case;

Item 64—Fender Stratocaster limited edition electric guitar with sunburst, serial number: US17010414, with case;

Item 65—Serek Armitage electric guitar black w/guild BiSonic, serial number: ARM-018, with case;

Item 66—Fender Stratocaster electric guitar with red/white body, serial number: N003683, with case;

Item 67—Fender Telecaster electric guitar white/manilla, serial number: US18013486, with case;

Item 68—Gibson Standard MidTown electric guitar, serial number: 150066072, with tobacco finish case;

Item 69—Gibson Les Paul Tribute Circa 2017 electric guitar, serial number: 170068248, with gold finish, hard alligator finish case with cord;

Item 70—Gibson Les Paul Deluxe electric guitar, serial number: 108558, with tobacco finish case, 1970s;

Item 71—Gibson Les Paul Custom electric guitar, serial number: CS 800125, with sunburst case;

Item 72—Gibson Les Paul Custom vintage electric guitar, serial number: ZW 155, with black and yellow case;

Item 73—Fender Stratocaster electric guitar missing back plate, serial number: N4168184, with blue/pearl case;

Item 74—Martin CEO-8 special edition acoustic guitar #144 with case;

Item 75—Gibson Les Paul Custom electric guitar with mother of pearl type inlay along neck, serial number: CS700893, with silver case;

Item 76—Fender Telecaster custom shop electric guitar, serial number:  CZ526152, with gold case;

Item 77—Heritage Custom electric guitar with natural wood grain and bronze veneer finish, serial number: N00907, with case;

Item 78—Martin D-28 1969, Acoustic guitar Brazilian, 253992, with case;

Item 79—Charvel Guthrie Govan HSH electric guitar with flame maple, serial number: GG1600975, with case;

Item 80—Fender Custom 2002 Telecaster electric guitar, serial number: MZ2199111, with graphics case;

Item 81—Signed Custom Telecaster style body electric guitar with flame wood finish, signed on back with two signatures and Kiss by Julie with case;

Item 83—Santa Cruz Guitar Company Acoustic guitar, VS 3001, sunburst finish, 2006, vintage southerner, with case;

Item 84—Emerald Model X20.05 Opus acoustic guitar black alloy/graphite finish, 31331-121, with case;

Item 85—Gibson Les Paul, Circa 2016, Blue Star with F-Hole electric guitar white trim, serial number: 1276734, with case;

Item 86—Custom electric guitar with Bigsby bridge with natural/green tint finish, with case;

Item 87—Donner Model DAG-1B acoustic guitar with ebony case;

Item 88—Breedlove acoustic guitar Jeff Bridges Signature Concert Series European spruce and African mahogany, serial number: PL200709631;

Item 89—Taylor model 110C acoustic guitar, serial number: 2110313094, with case;

Item 90—Washburn acoustic guitar Model BTSC566SCE-D, serial number: T200130522, with case;

Item 91—Washburn acoustic guitar Model HG12S-0, serial number: CC191202807, with case;

Item 92—Martin Acoustic Guitar Model D-28, serial number: 384457, with case;

Item 93—Gretsch Model G6120W-1957 electric guitar, serial number: JT04085386, with case;

Item 94—Univex electric guitar with red/black lacquer finish with case;

Item 95—Gretsch Streamliner Model G2622/PHNTM electric guitar, serial number: IS181202748, with gray case;

Item 96—Univox electric guitar with sunburst case

Item 97—Fender Squire Starcaster electric guitar, serial number: ISS2021755, with sunburst case;

Item 98—Michael Kelly acoustic guitar, Model MKFPSNASFX, serial number: F11200544, with case;

Item 99—Taylor Model 314-CE-LTD acoustic guitar, serial number: 20030707076, with case;

Item 100—Paul Reed Smith acoustic guitar, Model A60E, serial number: B08074, with case;

Item 102—Fender 1st Reissue Telecaster electric guitar with case;

Item 103—Paul Reed Smith electric guitar, serial number:  8132830, with case;

Item 104—Mayomes Regius electric guitar, serial number: RF61309067, with case;

Item 105—Fender Stratocaster Custom Shop limited edition, serial number: N561705, American with cherry red case;

Item 106—Collings D2HSB Acoustic guitar, serial number: 13127, with case;

Item 107—Gibson Les Paul Custom 1974, serial number: 127773, with tobacco case;

Item 108—Franfret electric guitar with distressed whitewash case;

Item 109—Fender Stratocaster Mahogany violin burst electric Guitar, serial number: US17047688, with case

Item 111—Jackson White Bengal electric guitar, serial number: 9818455, with case;

Item 112—Gibson Les Paul Custom 2018 electric guitar flame top, serial number: CS 80047, with case;

Item 113—Gibson Les Paul Deluxe off-white trim, serial number:  80262595, with cherry case;

Item 114—EVH Wolfgang electric guitar, serial number: WGS122371C, with case;

Item 115—Gibson Melody Maker, serial number: 91939, with tobacco case;

Item 116—Mosrite "The Ventures" electric guitar black metallic case signed "Curley" with case;

Item 117—Fender Stratocaster, Eric Johnson USA Vintage, serial number: EJ18432, with sunburst case;

Item 118—Music Man Ernie Ball, Steve Morse SM-Y2D electric guitar, serial number: G34408, with case;

Item 119—Fender Custom Shop Telecaster, serial number: CZ517281, with gold metallic case;

Item 120—Fender Stratocaster electric guitar, serial number: US14024210, with mint green case;

Item 123—Fender Telecaster Custom Shop Duotone electric guitar, serial number: CZ520087, with blonde finish case;

Item 124—Ibanez RGDIM6FM electric guitar tiger finish blue/black, 1P-01, serial number: I 180421627, with case;

Item 125—Fender Stratocaster Limited Edition electric guitar, serial number: LE06855, with case;

Item 127—Fender Telecaster, 1972, vintage electric guitar, serial number: 34145, with manilla and off-white case;

Item 128—Dr. Mojo strat electric guitar with blonde natural finish case, white;

Item 130—Gibson Les Paul Exotic Smart Wood electric guitar, serial number: 91769366, with case;

Item 131—Gibson Les Paul Standard 120th Anniversary guitar, serial number: 140103361, with case;

Item 132—Gibson ESDT Guitar, serial number: 01211402;

Item 133—Fender Telecaster electric guitar Jim Adkins, Natural wood finish/black, serial number: CF14000368, with case;

Item 134—Gibson Les Paul, serial number: 019690369, with Frankenstein Quilt case;

Item 136—Gibson Les Paul Standard Desert Burst electric guitar, serial number: 02647041, with case;

Item 137—Fender Squire Telecaster with missing back plate with natural finish case with red;

Item 138—Paul Reed Smith Santana electric guitar, serial number: 11180565, with case;

Item 139—Collings Mandolin #636 with case;

Item 140—Tonareli Model V200 violin, serial number: V200-1, with case bows and extra strings 01/2012;

Item 141—Occhineri Tele electric guitar signed and numbered #11 with case;

Item 142—Taylor 616ce acoustic guitar, serial number:  1102134054, with case;

Item 143—Gibson L-4A acoustic guitar, serial number: 01923023;

Item 144—Michael Kelly Custom Collection electric guitar, serial number: M21191877, with black/brown case;

Item 145—Taylor Custom GS acoustic guitar, serial number: 1105112001, with case;

Item 146—Taylor Custom DN acoustic guitar, serial number: 1111026104, with case;

Item 148—R. Taylor acoustic guitar, Style 1, serial number: 035, with case;

Item 149—Gibson Namm 2018 guitar; ES-275, Prototype with case gold hardware, #1 of #1;

Item 150—Fender Telecaster, Jim Adkins, serial number: 311756095, with red case;

Item 151—Fender Jaguar electric guitar, tobacco sunburst, serial number: L24196, with case;

Item 152—Fender Stratocaster electric guitar, serial number: R92786, with case;

Item 153—Gibson Les Paul Custom guitar with bronze case;

Item 154—Lowden GL10 2018 Walnut acoustic guitar, serial number: 00060, with case;

Item 156—Gibson J-45 Mahogany acoustic guitar, serial number: 11558053, with case;

Item 157—Gibson Studio Songwriter DLX EC Studio acoustic guitar, serial number: 12566080, with case;

Item 160—C.F. Martin & Co. HD-28 acoustic guitar, serial number: 1799065, with case;

Item 161—Gibson J-45 acoustic guitar tobacco finish with case;

Item 162—Taylor Custom GS acoustic guitar, serial number: 20081113140, with case;

Item 163—Cole Clark Acoustic Guitar, Model FL2ECBEM, serial number: 180234467, with case;

Item 164—Taylor K-20 acoustic guitar, serial number: 941108130, with case;

Item 167—Epiphone Les Paul Traditional Pro III Plus electric guitar, serial number: 18071506963, with light blue case;

Item 168—Electric guitar with case; Parts-Les Paul blue/red/gray tie dye finish;

Item 169—Michael Kelly 630P electric guitar, serial number: F19200167, with gray/black case;

Item 170—Washburn CT4 Electric guitar black body with off-white trim, serial number: 9707187, with case;

Item 171—Michael Kelly Patriot LTD Electric guitar with natural wood graphic finish, serial number: E08083530, with case;

Item 172—Jerry Reed Tradition Pro Model JRP-Q electric guitar, serial number: 06050895, with case;

Item 173—Tradition Strat electric guitar, serial number: 05032298, with blonde/white pearl case;

Item 174—Tradition Jerry Reid JRP-TV Electric guitar, serial number: W11050924, with case;

Item 175—Danelectro electric guitar light blue glitter/white with case;

Item 176—Michael Kelly Custom bass guitar tobacco finish, serial number: C21200081;

Item 177—Michael Kelly Electric guitar bronze/white pearl, serial number: WP18110090, with case;

Item 178—Warwick Streamer bass guitar, serial number: RB A 551853-18, with maroon case;

Item 179—Partcaster electric guitar with graphic wood grain style case;

Item 180—Michael Kelly 1953 electric guitar, serial number: WP19010145, with tobacco style case;

Item 181—Fender Partcaster electric guitar with natural wood grain case;

Item 182—Michael Kelly Custom Collection Burl 60 Ultra electric guitar, serial number: L21191335;

Item 183—Michael Kelly Electric guitar, serial number: WP19010030, with pearl type inlay and copper finish case;

Item 184—BC Rish Mockingbird electric guitar, serial number: L08130287, with black case;

Item 185—Gibson WM-10 Acoustic guitar, serial number: 92858004, with case;

Item 186—Gibson CL-30 Deluze acoustic guitar, serial number: 90229037, with case;

Item 187—Gibson Gospel acoustic guitar, serial number: 91165056;

Item 188—Gretsch acoustic guitar, serial number: 29412, with tobacco finish case;

Item 189—Framus acoustic guitar #28351, production 05/98;

Item 190—Guild D-25M acoustic guitar, serial number: OA109546, with case;

Item 191—Taylor 912 acoustic guitar, serial number: 94020112, with natural case with mother of pearl style edging;

Item 193—Taylor SB1X electric guitar with off-white case with gray-pearl inlay;

Item 194—Gretsch electric guitar with natural wood finish/white case;

Item 195—Taylor SB electric guitar, serial number:  20071016940, with tobacco case;

Item 196—Donner Model DAG-1C acoustic guitar;

Item 197—Epiphone Hummingbird Pro/EB acoustic guitar, serial number: 20042300299, with ebony case;

Item 198—Washburn Model BTSC56SCE-D acoustic guitar, serial number: T200130497;

Item 199—Ibanez Model AW54-OPN acoustic guitar, serial number: 1X-05 CD200210037;

Item 200—Washburn Model BTS9CH-D acoustic guitar, serial number: T200201569, with black ash style case;

Item 201—Washburn Model BTSC562CE-D acoustic guitar, serial number: T200200919;

Item 202—Seagull Mini Jumbo Rustic acoustic guitar, serial number: 032914008565;

Item 203—Washburn Model BTS9CH-D acoustic guitar, serial number: T200201692, with black ash style case;

Item 204—Epiphone Limited Edition Dove Pro A/W acoustic guitar, serial number: 20032302534, with white case;

Item 205—Martin & Co. D-28 Acoustic guitar, serial number: 283056, with guitar case;

Item 206—Washburn Mandolin Model MSWFKELITE1, serial number: DC13100043, with tobacco case;

Item 207—The Loom Mandolin Model LM-310F-BFB, serial number: 19120755;

Item 213—Makai Ukulele Made in San Francisco, serial number: TKU-27CE;

Item 214—Stainer Violin with case;

Item 215—Washburn mandolin Model MISDLTR, serial number: 311629891, with red case;

Item 217—Gibson Les Paul standard electric guitar, serial number: 110890181, with bourbon case;

Item 219—Daion bass guitar, serial number: 10486, with yellow case;

Item 220—Pedulla Rapture guitar, serial number: RB 9411, with case;

Item 221—Fender Stratocaster electric guitar, serial number: E967964, with blue/green/white case;

Item 222—Ibanez LACS LA Custom electric guitar, serial number: LA090600, with deep red case;

Item 223—Birdsong Hard Built bass guitar, serial number: 11S-052, with natural wood case;

Item 225—Fender Jazz Bass, serial number: 638606, with faded/worn off-white case and red;

Item 226—Fender Precision bass guitar, serial number: N6193584, with tobacco case;

Item 227—Martin & Co. acoustic guitar, serial number: 317946, with case;

Item 228—Sigma Guitars Model GCS-1 acoustic guitar, serial number: 891100081, with case;

Item 229—Gibson Hummingbird acoustic guitar with case;

Item 230—Hass & Dalton TD-M custom acoustic guitar, serial number: 1525, with case;

Item 231—Martin & Co. acoustic guitar, serial number: 179463, with case;

Item 232—Taylor Model GS5 acoustic guitar, serial number: 20071207119, with case;

Item 233—Martin & Co. Model 000-18 acoustic guitar, serial number: 188292, with case;

Item 235—Zager Easy Play Model ZAD80CE acoustic guitar, serial number: 19, with case;

Item 236—Takamine Steve Wariner Limited Edition acoustic guitar, serial number: 38, with case;

Item 237—Martin model D-28 acoustic guitar, serial number: 200014, with case;

Item 238—C.F. Martin & Co. Model D-28 acoustic guitar, serial number: 166863, with case;

Item 239—Alvarez Artist Model 5051 acoustic guitar, serial number: 000052, with case;

Item 241—Rickenbacker bass guitar black/white with case;

Item 242—Magnatone Electric guitar, serial number: 38443, with pearl blue case;

Item 243—Dan Armstrong Ampeg vintage bass guitar with lucite case;

Item 244—Gibson Memphis electric guitar tobacco finish, serial number: 13042714, with case;

Item 245—Gibson 335 electric guitar, serial number: 560224, with case;

Item 246—Framus Model 57776-52 electric guitar tobacco finish body, serial number: 55521, with case;

Item 247—Suhr Classic J Custom bass guitar, serial number: 26516, with blue case;

Item 248—Tagima Jetblue Custom Z electric guitar with green/pearl white finish body, serial number: 532651, with case;

Item 249—Collings I35 Deluxe custom electric guitar, serial number: 171003, with case;

Item 250—Ovation Thunderhead electric guitar, serial number: B432, with case;

Item 251—Gibson Johnny A electric guitar, serial number: JA448, with case;

Item 252—Gibson ES 150 DW Electric guitar, serial number: 906480, with case;

Item 253—Fender Jaguar electric guitar, serial number: L65834, with sunburst case;

Item 254—Aristides 070 electric guitar with blue/black body, with case;

Item 256—Fender JazzMaster KOA C.S. Artisan electric guitar, serial number: CZ537646, with case;

Item 257—Serek Sacramento Bass yellow/black body, serial number:  SM-062, with case;

Item 258—C.F. Martin & Co. LX Black acoustic guitar "Little Martin", serial number: MG 103382, with case;

Item 259—Fender Precision bass guitar black/deep red body, serial number: 425361, with case;

Item 260—Aristides 060 electric guitar with silver metallic body with case;

Item 261—C.F. Martin & Co. Model D-16 acoustic guitar, serial number: 2297385, with case;

Item 262—Epiphone electric guitar, serial number: 14052304140, with red/white case with picks glued on case;

Item 263—Epiphone Sheraton II Pro EB guitar black body, serial number: 19081532676, with case;

Item 264—Fender Precision bass guitar olive green/off-white body, serial number: US16091887, with case;

Item 265—Guild Starfire electric guitar, serial number: 33458, with case;

Item 266—Gibson Country Western model acoustic guitar, serial number: 972367, with case;

Item 268—C.F. Martin & Co. Model 000-18 acoustic guitar, serial number: 147022, with case;

Item 269—Gibson J-46 Acoustic guitar, serial number: 92005030, with case;

Item 271—Gretsch Roots Collection Model G9531E-GCFSR-Fishman SB Acoustic Guitar, serial number: 311754309, with case;

Item 273—R Taylor Style 1 acoustic guitar, Circa 2006, serial number: 324, with case;

Item 274—C.F. Martin & Co. Grand Ole Opry Model HD-28 acoustic guitar, serial number: 2284076, with case;

Item 275—Michael Kelly Model MKTPSGNSFZ acoustic guitar, serial number: P11190182;

Item 276—Lowden Model 025 acoustic guitar, serial number: 13454, with case;

Item 277—C.F. Martin & Co. Custom Shop guitar, serial number: 1796402, with case;

Item 278—Gibson Hummingbird Mahogany Acoustic Guitar, serial number: 12478046, with case;

Item 279—Penco Model A-16 acoustic guitar, serial number: 9501, with case;

Item 280—Partcaster electric guitar mint green/black body with case;

Item 281—C.F. Martin & Co. Custom Shop acoustic guitar, serial number: 1449003, with case;

Item 282—C.F. Martin & Co. D-18 acoustic guitar, serial number: 250556, with case;

Item 283—Epiphone PR550 acoustic guitar, serial number: 8509096, with case;

Item 284—Fender Telecaster electric guitar, serial number: E317260, with tobacco case;

Item 286—Lowden Model 025c acoustic guitar, serial number: 11191, with case;

Item 287—C.F. Martin & Co. D-35 Woodstock acoustic guitar, serial number: 2267961, with case;

Item 288—Taylor Cocobolo GS acoustic guitar, serial number: 20081024129, with case;

Item 289—C.F. Martin & Co. J-40 Acoustic guitar, serial number: 2263172, with case;

Item 291—Fender Mod Shop Telecaster, Model B-1 electric guitar, serial number: US19001049, with case;

Item 292—Yamaha FS800 Acoustic guitar, serial number: IQP011739, with case;

Item 293—Winzz Model AF-H00LC-BK acoustic guitar 40";

Item 294—Fender Precision bass guitar mint/white body, serial number: MX15143915, with case;

Item 295—Tacoma DR-20 acoustic guitar, serial number: 0046, with case;

Item 296—Ernie Ball Earthwood Acoustic guitar with case;

Item 297—Washburn Model BTS9CH-D acoustic guitar, serial number: T200201595, with case;

Item 298—Gibson Custom J-45 Acoustic guitar, serial number: 10555098, with case;

Item 299—Epiphone Swingster/WR guitar red body, serial number: 14092307971, with case;

Item 300—Fender Stratocaster USA Electric Guitar, serial number: US12310634, with natural finish wood case;

Item 301—IVY RoHS electric guitar key lime green body/white, serial number: 119091301, with case;

Item 302—Fender Redondo Player BLD WN acoustic guitar blue body, serial number: JWA1933362;

Item 303—C.F. Martin & Co. Model JC-16ME Aura acoustic guitar, serial number: 1344931;

Item 304—Guild Model F-250CD Deluxe acoustic guitar, serial number: G3190787;

Item 305—Gibson Heritage Custom Acoustic guitar, serial number: 3007613;

Item 308—C.F. Martin & Co. Shenandoah acoustic guitar;

Item 309—S101 Model D33440ME2N;

Item 315—C.F. Martin & Co. Custom acoustic guitar, serial number: 908097;

Item 318—C.F. Martin & Co. D-35 acoustic guitar, serial number: 404230;

Item 319—Guild Model D-240E acoustic guitar 21812607, 81105221;

Item 320—Zager Easy Play Model ZAD800MCE Aura/N acoustic guitar, serial number: 190502136;

Item 322—Zager Easy Play Model ZAD50CEOM acoustic guitar, serial number: 11;

Item 323—Huss & Dalton MJC Custom Acoustic Guitar, serial number: 621;

Item 325—Lowden Model S5 acoustic guitar, serial number: 3758;

Item 326—C.F. Martin & Co. OMC Aura Orchestra acoustic guitar with case, serial number: 1090299;

Item 327—Washburn Model BTSC56SCE-D acoustic guitar, serial number: T200130523;

Item 328—Zager Model ZAD-20 acoustic guitar, serial number: SI 120713419;

Item 329—Taylor Model 214ce-K DLX acoustic guitar, serial number: 2203060120;

Item 330—Taylor Model 414-CE acoustic guitar, serial number: 20060605045;

Item 334—C.F. Martin & Co. Model D-35 acoustic guitar, serial number: 376254;

Item 335—Zager Easy Play Model ZAD80CEOM acoustic guitar, serial number: 15-2015, with case;

Item 336—Handmade acoustic guitar by Jim Pense 01-01-19;

Item 338—Sauve acoustic guitar 7/32001, built 1992;

Item 339—Taylor 815-C acoustic guitar, serial number: 950710121;

Item 340—Guild Model S4CE acoustic guitar ebony body, serial number: AE041288;

Item 341—Taylor Model 454-CE acoustic guitar, serial number: 20040224066, with case;

Item 342—Zager Easy Play Model ZAD-20E Mahogany acoustic guitar, serial number: SI 110601430;

Item 345—C.F. Martin & Co. Model 000-28 Acoustic Guitar, serial number: 2051362, with case;

Item 346—Leo Jaymz Model B6-SB-9S acoustic guitar;

Item 347—Taylor Model 114e acoustic guitar, serial number: 2203050330, with case;

Item 349—Lowden Model S-27F acoustic guitar, serial number: 3689;

Item 350—Kentucky Guitars acoustic guitar natural wood finish body, hand inscribed tag, #90;

Item 354—C.F. Martin & Co. Model D-37 acoustic guitar, serial number: 519952;

Item 356—Ovation Thunderbolt Model TB01 acoustic guitar with case;

Item 359—Fender Telecaster electric guitar-Custom shop with case;

Item 363—Lowden Model 0-23C acoustic guitar, serial number: 16875, with case;

Item 364—Montclair acoustic guitar tobacco finish with white trim;

Item 365—MicroBass Model M-Bass/FL acoustic bass guitar, serial number: 01-15-373;

Item 367—Taylor Electric guitar mahogany type finish body, serial number: 20080620907, with case;

Item 368—Rickenbacker small electric guitar black/white, vintage;

Item 369—Music Man StingRay II electric guitar brown wood grain finish body, serial number: G005089;

Item 370—Peavey Predator Plus electric guitar, serial number: SI03060218, with blue case;

Item 372—Music Man StingRay II electric guitar tobacco finish body, serial number: G005529;

Item 373—Silvertone 1441 vintage electric guitar tobacco finish body;

Item 374—Fender Telecaster custom electric guitar, serial number: MN2120624, with leather wrap and rattlesnake case;

Item 375—Ibanez Musician electric guitar wood grain case/blonde stripe, serial number: 1798092, with case;

Item 376—Fender Stratocaster limited edition electric guitar wood grain/pearl white finish, serial number: LE06919;

Item 377—Fender Stratocaster electric guitar, serial number: MX16789759, with black case;

Item 378—Jackson Dinky Flame black electric guitar, serial number: 9708294;

Item 379—Michael Kelly BUL50 Electric guitar marble finish body, serial number: CC180569;

Item 380—Gretsch four string synchromatic bass guitar with case, black;

Item 381—Fender Off-Set Telecaster Limited Edition electric guitar, serial number: US16020132, with blue/white case;

Item 382—Fender Telecaster MX electric guitar, serial number: MX13371287, with blue/gray/black case;

Item 383—Fender Electric XII electric guitar green/white body J-custom USA;

Item 385—Fender bass guitar reddish/pink body, serial number: 430418, with case;

Item 389—Marshall Model 1965A Amplified, Lead 4 x 10, 140 watts, serial number: 2665;

Item 390—Peavey Windsor Amplifier, 30" x 29.5";

Item 391—Danelectro Amplifier, 18" high x 20" wide x 11" deep;

Item 392—Fender Twin Reverb 200W, #1851, 26" wide x 22.5" high x 10" deep, serial number: F114056;

Item 393—Fender Twin Reverb 300W Amplifier, #A59313, 26" wide x 23" high x 10" deep;

Item 394—Morgan Model DAG15 Amplifier; 18" wide x 20" high x 10" deep;

Item 395—Ibanez Model TSA15-H amplifier, 43W, serial number: BN01H19080 002;

Item 396—Fender Princeton Reverb Amplifier, serial number: CR-394412, with denim case;

Item 397—Orange Crush Model 20RT amplifier, 20W RMS, serial number: 53336-0420;

Item 398—Valco National 110-120V amplifier, 15" x 14" x 7.5", with vintage green case;

Item 399—Hayden Model 8PK50 head amplifier, serial number: 20061109, with black case;

Item 400—Marshall Artist Model 3203, 120W amplifier, serial number: U33361, with white case;

Item 401—Friedman Dirty Shirley Mini amplifier, serial number: 3101118005, with black case;

Item 402—Magna Electronics Company Model 8318A amplifier, 110V, with red leather case;

Item 403—Fender Hot Rod Deluxe amplifier, serial number: B-308234, with white case with rollaround exterior protective road case;

Item 404—Fender DeVille "212" Amplifier, serial number: B-218853, with black case with protective foam lined road case;

Item 405—Tone King Falcon Grande Ironman II amplifier, serial number: 8051512009, with teal/white case, includes protective lined road case on casters;

Item 406—Fender 59 Bassman PR-143 270W Amplifier, with gold case;

Item 407— Fender Vibro King Type CSR-4 Amplifier, serial number: 0395, with tan case;

Item 408—Imperial MKII Tone King head amplifier, serial number: 8251905004, with teal case;

Item 409—Orange Rocker Head Verb 50 2009 Limited Edition Amplifier, serial number: RK50H-36980909, white;

Item 410—Goodsell Super 17 MK.2 Amplifier Head, serial number: 0266, with black case;

Item 411—Nolatone Road Hoog Pre Amplifier black/light olive-green fuse, 24SLOBLO;

Item 412—Fender Bassman 50-Watt, 1.5 Amp 117V, serial number: A-11303, with black case;

Item 413—Wampler Bravado 120 Volt Amplifier, serial number: 1270919003, with black case;

Item 414—Fender Champ Amplifier, serial number: A828550, with black case;

Item 415—Morgan SW22 Amplifier, serial number: H-03151020, with gray case;

Item 416—Hiwatt Custom 20 HD Amplifier, serial number: MU 159623, with black case;

Item 417—Fender Bassman 70 Amplifier, serial number: F074364, with black case;

Item 418—Challenger Model CH8 Amplifier, Series R-94; 117V, 70-W, with wood grain case, Vintage;

Item 419—Gibson Ranger Model GA-55RVT amplifier, serial number: A050505, with black case;

Item 420—Marshall 1977 JMP Amplifier, serial number: 030875, with black case;

Item 421—Fender Super Reverb 200W Amplifier, serial number: 16833, with black case;

Item 422—Peavey Delta Blues II Amplifier, 120V/75W, serial number: 0JBFD170061;

Item 423—Airline bass guitar amplifier, Model 6290208; 117V;

Item 424—Fender Band Master Amplifier, serial number: A20979, with black case;

Item 426—Rivera Sedona Lite Amplifier, serial number: R873 4100447SL;

Item 427—Bugera V22 Infinium 72W Amplifier, with black case, UPC S170300341B03;

Item 428—L.R. Bagg Synapsa personal PA system, serial number: 000662, Modern wood grain veneer finish; Includes travel case;

Item 429—Fender Hot Rod Deluxe IV Amplifier, serial number: B-769627, Limited Edition; brown leather case;

Item 430—Marshall Mercury Amplifier, serial number: 54135, Stock No. 2060, with red case;

Item 431—Imperial MKII Tone King, serial number: 8042001006, brown cabinet;

Item 432—Imperial MKII Tone King Falcon Grande, serial number: 811910009, black cabinet;

Item 433—Ampeg Model VT-120 Tri Ax Series Amplifier, serial number: V20D8A0042, black cabinet;

Item 434—Epiphone Pacemaker Model EA-50 amplifier, serial number: 845387;

Item 435—Ampeg SuperJet Model SJ-12R Amplifier, serial number: AIZDN40008, with black case;

Item 436—Ampro Deluxe Speaker, Vintage style in cabinet with snap closures;

Item 437—Danelectro Amplifier Special Series D Model 68, 110V, with Off-white case;

Item 438—Morgan Model G12H, 75W with Natural finish case;

Item 439—Fender Blues Deluxe Reissue Limited Edition Amplifier, serial number: B-716829, with black case;

Item 441—Fender Deluxe Mid-60's Amplifier, serial number: A 01743, with black case;

Item 442—Tone King Falcon Grande Ironman II amplifier, serial number: 8051909010, teal/white case;

Item 443—Tone King Gremlin Amplifier, serial number: 8100717026, with teal case;

Item 444—Fender Limited Edition Model 65 Deluxe Reverb Amplifier, serial number: CR-390036, with gray case;

Item 445—Kalamazoo Reverb 12 Amplifier, 117V-60 cycles, with black case;

Item 446—Marshall Capri Small Amplifier with red cabinet;

Item 447—Marshall Class V Valve Amplifier, Model C5-01, serial number: M-2011-27-0929-2ROHS, with white case;

Item 448—Marshall Mercury Vintage 1970s Amplifier, serial number: 50041, with red case, Stock No. 2060;

Item 449—Silverton Model 1333 Amplifier Vintage Case, Made By Sears;

Item 452—Silverton Model 1392 Amplifier with brown cabinet, Made By Sears;

Item 453—Gibson Les Paul Junior, Model GA-5 amplifier, serial number: G5U1999003 06, with light brown cabinet;

Item 454—Fender Blues Junior Amplifier, serial number: B-585151, with silver/black cabinet;

Item 455—Fender Bass Breaker 30 R Amplifier, serial number: M1726439, brown Crocodile type case covering;

Item 457—Fender Blues Junior III Amplifier, serial number: B-539835, with blue/white cabinet;

Item 458—Fender Bassbreaker 15 Limited Edition amplifier, serial number: M1709191, with black cabinet;

Item 459—Fender Hot Rod Deluxe III amplifier, serial number: B-63609, with black cabinet;

Item 462—Fender Acoustasonic 150 amplifier, serial number: UF 6596272, with tan case, Production 09-28-2020;

Item 463—Tone King Imperial MKII amplifier, serial number: 8261905005, with brown cabinet;

Item 464—BC Audio #10 amplifier, serial number: 1505080, with blue and white cabinet;

Item 465—Marshall JTM30 Amplifier, serial number: 953465130;

Item 466—Goldea EngineRex 3200 amplifier;

Item 467—Omega 20 Amplifier with white and gray cabinet;

Item 468—Danelectro DM25 amplifier with small with black cabinet;

Item 469—Supro Blues King 8 Amplifier, serial number: CR19071005 3, with black cabinet;

Item 470—Rickenbacker Model M-8 Amplifier with small gray cabinet;

Item 471—Lone Wolf Outlaw amplifier with black leather type cabinet;

Item 472—Fender Band Master Amplifier, serial number:  A22125, with black case;

Item 473—Ashen Amplifier with red/black wooden case;

Item 474—Peavey Windsor EL34 Amplifier, 300 watts, black;

Item 475—Matchless C-30 Reverb, Model DC 30R amplifier, serial number: A20885;

Item 476—Splawn Nitro amplifier, serial number: NT1101026, with black case;

Item 477—Sano Stereophonic High Fidelity Amplifier with black case;

Item 478—Jeff Berlin Mark Base Combo Head II amplifier with black with light orange case;

Item 479—Airline Bass Guitar and Accordion Model 62-901A Amplifier with black case;

Item 480—Quilter MicroPro Mach2 Controller, serial number: 40021017151, with black case;

Item 481—Grommes Model LJ5 Amplifier with green protective enclosure;

Item 482—4 Amazon basics folding guitar stands;

Item 483—7 Various guitar straps;

Item 484—5 Assorted guitar pedals to include: (5) guitar pedals (Ibanez 850 fuzz mini, UN LTD Barker Electronics, Jackson bell star, C Moore Duncan 805 overdrive);

Item 485—20 Various guitar cables to include: (6) Hosa technology microphone cables, 10ft, (1) Single GLS audio cable, (11) advance mes electronics professional grade mic cord; (1) Kopul XLR Premium performance cable, 3000 Series; (1) Mogami Gold Analog 3ft instrument cable;

Item 486—42 Various brands and quantities of guitar string to include: (11) Elixir Super light nickel plated steel electric guitar strings 09/42 superlight, (13) DAddario XL EXL110BT guitar strings; (2) DAddario EXL125 XL Super LT top guitar strings; (1) DAddario EXL120+ guitar strings; (2) DAddario EXL120 Super light gauge guitar strings; (6) Elixir 11/49 medium-bright smooth; (5) Ernie Ball three packs signature strings; (2) DAddario Pro Steels XL EPS170-5;

Item 487—1 Vintage vibe Formula B guitar pedal;

Item 488—1 AKG Microphone, Professional Dynamic Bass Drum Mic;

Item 489—24 Various guitar picks to include: (2) packs of assorted guitar picks; (3) Fender Celluloid Picks-12 pack; (2) Dunlop Variety pack guitar picks; (14) packs of Alice guitar picks; (1) Package Alice guitar picks 0.71mm; (2) Flow guitar picks;

Item 490—35 Various guitar accessories to include: (2) Amazon basics folding guitar stands, (1) ToneWoodAmp; (5) quick change guitar string trigger caps; (4) DAddario tuner clamp; (10) Moongel Damper pads [6 packs]; (1) Nord Stage accessory cable; (3) Art Tribute embroidered guitar straps; (1) Black guitar strap; (4) Packs of finger picks, picks and slides; (1) Group miscellaneous cables; (1) Guitar strap; (1) Amp component; (1) Fathom Bypass;

Item 491—3 Bottles of Lither Music company Old English lemon oil;

Item 492—1 Square reader for credit cards;

Item 493—38 Assorted guitar pedals and strings to include: (1) Boss Super OverDrive SD-1, (1)Maxon BC-9 Bi-mode Chorus; (1) Photo hammer; (1) Fender Tre-Verb PR5603; (1) La Grange Bogner; (1) Orange Burst Overdrive , (1) Ibanez Mini AnalogDelay, (1) Kangra Walrus audio, (1) Orange Guitar Pre-Eq Custom Shop, (1) Fender SmolderAcoustic OD; (1) Dig Strymon, (1) Lex Rotary Strymon, (1) Sunset dual overdrive Strymon, (1) Compadre dual voice compressor and boost Strymon, (1) El Capistan dTape Echo Strymon; (1) Duo Vibe, (1) Atreides Analong weirding module Way Huge, (1) Erniel Ball MPV PO6182; (1) Defector Fuzz FoxPedal 00179, (10) Ernie Ball Regular Slinky custom gauge strings, (4) GHS Bass Boomers, roundwound bass strings, (5) CF Martin & Co Eric Clapton strings;

Item 494—5 Shure SM85 microphones-new in box, 2 SM7B Cardoid dynamic microphones;

Item 495—1 group miscellaneous adapter cords;

Item 496—27 Various guitar strings to include: (10) Fender 10 0.10-0.46 original 150's guitar strings, (3) Ukulele CF Martin & co concert strings M600; (1) Fender 45 Electric bass strings, (3) CF Martin Retro Acoustic Light 12 guitar strings, (1) Elixir 13/56 80-20 bronze guitar strings, (2) Elixir 11/52 80-20 bronze guitar strings, (7) Elixir 10/47 80-20 Bronze guitar strings;

Item 497—1 Instrument rest;

Item 498—4 Amazon basic folding guitar stands;

Item 499—14 Assorted pedals and guitar accessories to include: (2) DG305B Tablet holders, (3) Kliq Aircell guitarstraps; (1) Ernie Ball MVP pedal, (1) Project 8 Tremolo, (1) Boss Waza Craft Delay DM-2w phase shifter, (1) Boss Waza Craft Dimension C DC-2w foot pedal (1) Dookie Drive MXR green day, (1) Boss TR-2 Tremolo, (1) Brixton OD+D custom pedal, (1) PAL 959V2, Plexi Emulator Pedal, (1) Boss Compression Sustainer CS-3 pedal;

Item 500—38 Assorted guitar strings and pedals to include: (18) Erniel ball earth wood extra light guitar strings 80/20 bronze, (1) Tone Garage Double Deca Delay, (1) Sunset Dual Overdrive Strymon, (1) El Capistan dTape Echo Strymon; (1) Inspire Tri-chorus plus Neunaber, (1) Ibaneze TS 9 TubeScreamer, (1) Mooer The Wahter Wah Pedal, (1) I was a wolf in the Forest Distortion, (1) Triple Wreck Wampler, (1)Descent Walrus Audio, (1) MXR Clone Looper, (1) Fathom bypass, (1) Vanguard walrus audio, (1) Boss Turbo Distortion DS-2, (1) Boss Super OverDrive SD-1, (1) Boss Digital Delay DD-3T, (1) Walrus SLO foot pedal, (1) Walrus Julia Analog Chorus, (1) Walrus Lillian foot pedal (2) Walrus audio descent;

Item 501—10 Various microphones to include: (4) Shure SM57 microphones, (1) Shure 55SH Iconic Unidyne Microphone, (4) Electro-Voice ND76 microphones, (1) Super 55 Shure microphone;

Item 502—1 Group assorted loose cables;

Item 503—3 Various brands of foot pedals to include: (1) Tone King foot pedal, (1) Falcon Grande Tone King Amplifier foot pedal, (1) "69" MKII Fulltone;

Item 504—43 Various guitar strings (5) Ernie Ball Regular Slinky bass strings, (4) Ernie Ball Flatwound electric bass strings, (5) DAddario Phosphor bronze EJ17 strings, (5) DAddario Nickel Bronze Acoustic 12/53 strings, (5) DAddario 12/56 XT Extended life guitar strings, (11) DAddario NYXL guitar strings, (8) DAddario XT 13/56 acoustic guitar strings;

Item 505—29 Assorted guitar pedals to include: (1) Boss PW-3 WAH effects pedal, (1) Ibanez Tube Screamer Overdrive Pro, (1) Wah Cry Babyfoot pedal, (1) Worlds of Fear pedal, (1) Soul Five Overdrive EX-Gear pedal, (1)EX-Gear Echo Fish Analog Delay, (1) The Wave Foxpedal, (1) Sabbra Godabra CatalinBread, (1) Kingdom 00603 guitar pedal, (1) Fatbee Overdrive pedal, (1) Caroline Corp American Pizza pedal, (1) Fulltone OCD Pedal, (1) Belle Epoch Tape Catalinbread, (1) Tumnus Wampler foot pedal, (1) Wampler Ethereal Delay and Reverb, (2) MXR Carbon Copy Analog Delay, (1) Custom Gentle Hand Dist + OD pedal, (1) Fender Channel Select, (3) Caverns Keeley electronics, (1) Death Ship, (1) Comic strip art foot pedal, (1) Pegasus overdrive pedal, (1) Icarus Caroline Corp pedal, (1) Distortion Vextron Series pedal, (1) Custom Lime green pedal, (1) Barber tone press;

Item 506—32 Assorted guitar pedals to include: (1) custom purple pedal, (1) custom "Type 95" pedal, (1) Boss Fuzz FZ-5 pedal, (1) Distortion DS-1 Boss pedal, (1) Ibanez FL9 Flanger, (1) Ibanez TS9 Tube Screamer, (2) Neunaber Immerse Reverberator pedal, (1) Flamma FS02 Reverb effects guitar pedal, (1) Catalinbread Katzenkonig pedal, (1) Weehbo Plexface Vintage Dual Overdrive pedal, (1) Flamma FS22 Ekoverb, (1) MonoDivsion Triangle Intergrator, (1) EX-Gear Chromatic Tuner+Power, (1) KokcoMini Vibrato pedal, (1) Caline Orange Burst Overdrive, (1) NeoClone Nano pedal, (1) Car Crush Animals pedal, (1) Boss Tremolo TR-2 pedal, (1) Ammoon Pockverb pedal, (1) D-Seed Joyo Dual channel digital delay, (1) Animal Pedal Bath Time reverb, (1) Animal Pedal 1927 Home Run King, (1) Animal Pedal Bath Time Reverb, (1) Animal Pedal Fishing is fun as Fuzz, (1) Malekko Sneak Attach pedal, (1) Plexi-DriveDeluxe Wampler, (1) Fathom Walrus pedal, (1) Exotic Effects SPZ Compressor pedal, (1) Nux Recto Distortion Reissue Series pedal, (2) Boss FV-500H foot volume pedal;

Item 507—4 Custom Upholstered guitar pedal platforms;

Item 508—7 Hand crafted wooden guitar pedalboards (1806);

Item 509—7 Harman/Kardon Onyx Studio 6 Bluetooth portable speakers, in original box, like new condition;

Item 510—2 Chauvet DJ EZ Wedge Tri light system with remote;

Item 512—2 Gator Frameworks Guitar seats;

Item 513—1 Original Z stand, wooden;

Item 514—4 On-Stage XCG-4 Classic guitar stands, new in plastic;

Item 515—10 String Swing CC151-W-FW Horizontal Acoustic guitar holders, new in plastic;

Item 516—2 Guitar stands - C3 Model C3-MC1-B & Gravity stand, one new in box;

Item 517—2 Guitar stands - Mapex Armory Black plated Hi-Hat & DW 9300 Snare stand, new in box;

Item 518—3 Chauvet DJ EZ Wedge Tri light system, new in box;

Item 519—1 Fender guitar gold tone case (CASE ONLY);

Item 520—2 Tama Road Pro HS80W Snare stands, new in boxes;

Item 521—1 Piano/Digital Keyboard Bench, 19" high with black finish, new in box, unassembled;

Item 522—2 Hercules Model MS533B Microphone stands;

Item 523—3 Hercules Model MS201B Microphone stands;

Item 524—5 Assorted Tambourines to include: (2) Romance Pro, (2) Meinie TMT1M-WH & (1) operation song;

Item 525—2 Mapex Armoury Hi-hat stands with pedals;

Item 526—1 Eastrock drum stool;

Item 527—1 Mapex stand;

Item 528—2 Percussion boxes to include: (1) Pyle pro PCJD18 & (1) Meinie;

Item 529—2 Guitar pedals to include: (1) Fender & (1) black case dual switch;

Item 530—10 Pedestal style wooden guitar stands;

Item 531—6 Assorted style and finish guitar stands to include: (4) fold out, (1) chrome finish & (1) Multi-Guitar stand;

Item 532—9 Hercules guitar stands with tripod style bases;

Item 533—4 Boxes of black sound proofing tiles;

Item 535— Des True hand-crafted snare drum, Made in Russia;

Item 536—Pearl four-piece drum set including bass drum, snare drum, and cymbals to include (1) Pearl four-piece drum set including bass drum, (2) toms and snare drum; Also includes cymbals and stands;

Item 537—Q-Drums three-piece drum set including bass drum, (2) toms and cymbals;

Item 539—Q Drums Tulsa drum shop, four-piece set with matching toms with two tone metallic finish;

Item 540—JumbleJam Authentic Steel Drum, ready to play kit, new in box;

Item 541—2 Snare drums to include: (1) Donoho Drums snare, (1) handmade red trim with broken top;

Item 543—Yamaha Genos electronic keyboard/piano, serial number: UEZN0114, with stand and cord;

Item 544—Yamaha MX88 Music Synthesizer electronic keyboard, serial number: UVZY01204, with stand;

Item 560—API Legacy Sound Console with Computer Screen and Power Supply, black;

Item 561—Gibson Les Paul Customer guitar off-white trim, faded gold hardware, serial number: 70938598, with cherry finish case;

Item 562—Fender Bullet electric Guitar, serial number: 100059, with red/white case;

Item 563—Fender Telecaster Diamond Anniversary Edition electric guitar No. 433 of 1000 with natural finish wood grain case;

Item 564—Guild Starfire bass guitar, serial number: BA-1291, with red finish case with off-white trim;

Item 566—Gibson acoustic guitar, serial number: 03667 10, with tobacco case;

Item 567—Fender Jazz Bass guitar, serial number: US16127912, with black case;

Item 572—Gibson electric guitar autographed, serial number: 132401398, with cherry wood/black case;

Item 573—Gold Tone Model GT-750 Banjo, serial number: 2708076, with exhibition style case;

Item 575—Fender 1959 Esquire electric guitar, serial number: R80686, with Charcoal frost metallic case with chrome finishes; Custom shop;

Item 578—Rickenbacker Model 4003 bass guitar with red/white case;

Item 579—Gibson Thunderbird 2013 Model, bass guitar, serial number: 115030603, with case;

Item 581—Fender Jaguar Bass, serial number: S073579, with red/white case;

Item 583—Taylor T3/B electric Guitar, serial number: 1012079093, with copper burst finish case;

Item 584—Gibson electric guitar, serial number: 09804, with wood finish case/off white;

Item 585—Teambuilt Corvette standard bass guitar, serial number: GFS J 001629, with natural wood finish case;

Item 586—Rickenbacker electric guitar with red faded/white case with chromes hardware;

Item 588—Paul Reed Smith Custom 24 electric guitar, serial number: 12 190096, with Tigerblue case;

Item 590—Gibson Les Paul Jr. electric guitar, serial number: 7 1307, with black/golden case;

Item 591—Fender Telecaster MX guitar, serial number: MX15140177, with red lacquer case;

Item 592—Melbourne Serenus acoustic guitar, serial number: 120657, with case.

Item 593—Fender Stratocaster electric guitar, serial number: N9422653, with red golden burst with pearl case;

Item 594—Gibson 2014 Model electric guitar black/wood finish, serial number: 140008372, with case;

Item 597—Gibson ES335 electric guitar, serial number: 11224739, with red case and off-white/black trim;

Item 598—Fender JazzMaster electric guitar, serial number: US17013779, with metallic light blue case;

Item 600—Fender Stratocaster Stevie Ray Vaughan edition guitar, serial number: SZ5187126, with black tobacco burst case with leather work;

Item 602—Gibson Les Paul Custom electric guitar, serial number: 92378375, with sunburst case;

Item 603—Fender Mustang electric guitar blue/white body, serial number: 124824, with case;

Item 604—Fender Dimension Bass guitar, serial number: US15046227, with case;

Item 606—Fender Telecaster Electric guitar tobacco body/white and chrome hardware, serial number: 371963, with case;

Item 607—Fender Stratocaster electric guitar brown body, serial number: 669570, with case;

Item 609—Ernie Ball Music Man Sting Ray 5 bass guitar off-white/white body and gold tone hardware, serial number: C30184, with case;

Item 610—Hofner 125th Anniversary electric bass guitar teal/white body with case;

Item 611—Gibson Les Paul Custom electric guitar, serial number: 72367511, with case;

Item 612—Dan Armstrong Ampeg electric guitar, serial number: DA06040053, with case;

Item 613—Ernie Ball Music Man Electric Bass guitar, serial number: G73836, with case, black;

Item 615—Gibson electric guitar tobacco sunburst, serial number: 131911346, with case;

Item 616—Pinol Acoustic guitar brown finish;

Item 617—Martin D-28 Acoustic guitar brown finish, serial number: 18025A;

Item 620—Taylor 914ce acoustic Guitar, serial number: 1105065098, with case;

Item 621—Gibson acoustic guitar tobacco finish, serial number: 5635 33, with case;

Item 622—Gibson Hummingbird Custom acoustic guitar, serial number: A600029, with case;

Item 624—Gibson Hummingbird acoustic guitar, serial number: 323517, with case

Item 625—Melbourne Serenus acoustic guitar, serial number: 120659, with case;

Item 626—Electric guitar, cream/off-white body, with case;

Item 627—Gibson B-25 acoustic guitar, serial number: 872465, with case;

Item 628—Melbourne Gunsmoke Series "Miss Kitty" acoustic guitar, serial number: 111786;

Item 630—Ernie Ball Music Man Sterling 5 bass guitar, serial number: F41752;

Item 632—ESP LTD B-206SM electric bass guitar natural wood grain finish, serial number: 1W13074084, with case;

Item 633—Ovation electric bass guitar wood grain and black body, serial number: B 7072;

Item 634—Gibson Les Paul Electric Bass Guitar, serial number: 050481, with case;

Item 635—Fender Telecaster Electric guitar red/white granite finish body and gold tone hardware, serial number: US16051144, with case;

Item 636—Ernie Ball Music Man Sting Ray Bass guitar copper/white body, serial number: F78637, with case;

Item 638—Fender Stratocaster electric guitar, serial number: R52964, with tobacco burst case;

Item 639—Gibson electric guitar tobacco finish body, serial number: 521849, with case;

Item 640—Gretsch Chet Atkins electric guitar, serial number: 42334, with case;

Item 641—Fender Jaguar electric guitar, serial number: L55758, with sunburst case;

Item 642—Fender Stratocaster special edition electric guitar, serial number: MZ3115650, with graphic art case;

Item 643—Gold Tone Banjo Model BG-250F, serial number: 21609139, with case;

Item 644—Gibson 1964 SG electric Guitar, serial number: 242789, with case;

Item 645—Fulleron Electric stringed small guitar with case, gray;

Item 646—Fender Christ Shiflett Telecaster Deluxe electric guitar gold- tone and off-white body, serial number: MX17831473;

Item 647—Hohner International K1 Electric Piano, serial number: 12075,117v;

Item 648—Hammond XK-2 Electric Piano, serial number: 02053628;

Item 650—Wurlitzer Electric Piano, Model 200 with foot pedal, serial number: 85207;

Item 651—Steinway baby grand piano Model TG-1500, CG 0000972;

Item 666—Yamaha Subkick drum with small stand, brown and chrome finish;

Item 695—Ashen Model 210AS Amplifier, serial number: 3525, 350W;

Item 696—Ashen Model 210COL Amplifier, serial number: 3524, 350W;

Item 698—Kalamazoo Bass 30 amplifier-upright with black cabinet;

Item 699—Vox Model T-25 amplifier, serial number: 2100041, with cabinet;

Item 700—Pair of Focal Shape 65 speakers, serial numbers: A1BFGF005160/A1BFGF005164, with cabinet;

Item 701—Ashen marbled green amplifier, serial number: 3502;

Item 702—Gretsch amplifier with case;

Item 703—Yamaha DBR 15 Upright speaker, serial number: UFVJ01290;

Item 704—Yamaha DBR 12 Upright speaker, serial number: UFVJ010421;

Item 705—Master MK2 Lead with case, serial number: 06860K;

Item 707—Gibson amplifier with cabinet;

Item 708— Fender Superchamp, serial number: F411607, with cabinet;

Item 709—Michael Dolsey Designs Shark Model TNTB with small cabinet;

Item 710—Fender Princeton, serial number: A 09039, with cabinet;

Item 711—Tyler Amps-Amplifier with case;

Item 712—Texotica amplifier, serial number: 1129, in cabinet;

Item 713—Bose Model 426564 speaker, serial number: 079111290050071 AE;

Item 714—Yamaha Model DB12 speaker, serial number: UFVJ01008;

Item 715—Fender Model 5E3 Deluxe amplifier, serial number: D00874, with case;

Item 717—Baxter Regal 30 with cabinet;

Item 718—Precision Electronics Model S35 Amplifier with cabinet;

Item 719—Magnatone small amplifier with case;

Item 720—Fender Bassman amplifier, serial number: BP00893, with case;

Item 721—Ampeg SVT7 Pro Livewire amplifier, serial number: 212SP1L6932000253, with case;

Item 722—Dr. Z 8 omh speaker with case;

Item 725—Fender Model 5B5 Amplifier, serial number: 3943, with case;

Item 727—Fender Princeton SE2EE amplifier with case;

Item 728—Fender Twin Reverb Amplifier, serial number: AC029063, with case;

Item 729—Ampeg Model R50H amplifier, serial number: AFMOK60038;

Item 730—Supro Dual Tone Model 1624T Amplifier, serial number: 22014, with cabinet;

Item 731—Marshall MK II amplifier, serial number: 5802H, with cabinet;

Item 732—Bogner black speaker;

Item 736—Epiphone valve junior combo amplifier, serial number: 01202072600211, with cabinet;

Item 739—Bruno Underground 30 amplifier with cabinet;

Item 740—Marshall amplifier, serial number: 3672F, with cabinet;

Item 741—Hip Kitty Boutique amplifier with case;

Item 742—Magnetic components Classic Tone Model 40-18102 amplifier, serial number: 166-1927, with cabinet;

Item 743—Gibson JSON Model SETCAB speaker, serial number: G-0765300;

Item 744—Ampeg Model SCT-410HLF Speaker, serial number: 211ST0W6912000 49, with cabinet;

Item 745—Ampeg black cabinet speaker, 30"x30"x14";

Item 746—Yamaha Model DBR15 speaker, serial number: UFVJ01291;

Item 748—Marshall Model 1965V speaker, serial number: 7885;

Item 749—Avatone tube microphone power supply (100-240V) with cable and protective metal case;

Item 750—Cascade FatHead II Microphone, serial number: 2236, in protective metal case;

Item 751—Mojave MA-200 microphone with power source, cable, and protective metal case;

Item 752—RCA Velocity microphone, Model PB90A1, serial number: 1042, with protective metal case;

Item 754—6 Assorted volume pedals to include: (1) Morley Little Alligator, (1) Ernie Ball Pedal TowSon2, (1) Ernie Ball Ambient Delay Pedal, (1) Ernie Ball Expression Tremolo, (1) Bloomery pedal, (1) VCX foot pedal;

Item 756—28 Assorted microphones and microphone accessories to included: (1) Nady Audio HE-1 Hum Eliminator, (1) XS-D1Direct box; (3) Shure SM58, (2) Shure Beta 87A, (1) Shure Beta 57A, (1) Shure Beta 58A, (1) Shure Beta 52, (1) Shure Beta 52A, (1) AKG Preception 200, (1) AKG Preception 420; (4) Shure SM57, (3) Sennheiser e904, (2) Shure SM81; (2) Crown CM-70, (1) Shure SM27, (1) Audio Technica Snare/Tom, (1) AKG D310; (1) Stage Travel case with microphone storage;

Item 761—6 Assorted microphones andmicrophone accessories to include: (1) Sony C37P microphone, (1) NeumanTLM 103, (4) Sennheiser MD 421 II includes protective form fitting case;

Item 763—Peluso Tube microphone, Model 22-251 and accessories to include: (1) Peluso Tube microphone, Model 22 251 with power supply, cables, carrying case and accessories, #02052;

Item 764—SE Electronics Gemini II microphone with power supply, case, and accessories;

Item 765—Peluso Model 22-47 microphone with power supply, cables, carrying case, and accessories;

Item 766—13 Miscellaneous cables and guitar pedal;

Item 772—BSSAR133 Audio R-133 Active DI Box, serial number: 12001107140;

Item 773—Pair AKG K240 Studio headphones;

Item 775—Kensington Expert Mouse, Model M01398, serial number: H1847B001083;

Item 779—Novation Bass Station, Analogue synthesizer, Bass Station II, serial number: DB95243016011, NOVSYNTH03;

Item 780—Yamaha TFS 32 channel digital mixer, serial number: UCVO01260, Visible signs of wear and use;

Item 781—Cascade Fathead II Microphone, 2237;

Item 782—3 Assorted Shure microphones to include: (1) Shure SM7B, (2) Shure SM57;

Item 792—Akai Professional MPK258 Electronic Keyboard/piano;

Item 794—Avid 9100-65452-13 F Mixing Board, serial number: EAEEW85200007F, with power cord;

Item 795—Yamaha CP300 Stage piano, serial number: UAUN01030, includes FC4A foot pedal and gator roll around storage case;

Item 796—Ampeg Super Rocket guitar amplifier, SR-212RT with black case;

Item 797—Philco antique radio/record player, serial number: V82542, with wooden cabinet, visual signs of age and wear;

Item 798—Ventura Vintage 60R guitar amplifier with green case, visual signs of age and wear;

Item 799—Crosley Model CR8005D-8K record player, serial number: 321050917, black case with clasp;

Item 800—Roli Seaboard Rise 49 Keyboard, serial number: R49111120905, with padded case;

Item 801—Akai X-1800SD Vintage Reel to Reel tape player, serial number: C-6688, Super Deluxe;

Item 802—Sentinel Model 345 series A tube radio with red case;

Item 803—Gibson GSS100 guitar amplifier with black case;

Item 804—Marshall JCM2000 guitar amplifier with black case;

Item 805—Tyler guitar amplifier with vintage style yellow/orange case;

Item 807—Yamaha StagePass 1K portable PA system, in original box; and,

Item 830—2014 Black Porsche Panamera, VIN: WP0AF2A76EL083482.

5.      On November 15, 2022, Dillon Taylor dismissed his claims to the following property pursuant to Fed. R. Civ. P. 41(c): Items 17, 151, 245, 562, 566, 598, 602, 613, 620—622, 624, 625, 630, 632, 635, 640, 644, 648, 699, 702, 703, 710, 711, 720, 780, 796, and 805. (Doc. 94).

6.      On January 10, 2023, Dillon Taylor dismissed his claims to the following property pursuant to Fed. R. Civ. P. 41(c): Items 50, 90, 91, 97, 98, 124, 137, 167, 169—171, 176, 177, 180, 182, 183, 197—201, 203, 204, 222, 235, 262, 263, 275, 283, 297, 299, 320, 322, 327, 328, 335, 342, 370, 375, 379, 390, 405, 422, 428, 431, 432, 442, 443, 474, 480, 482, 483, 485—487, 489—492, 494—498, 501, 502, 504, 507—510, 512—518, 520—527, 529—533, 543, 544, 592,

616, 628, 651, 666, 698, 704, 709, 712, 714, 717, 719, 722, 741, 742, 745, 748—751, 763, 765,

773, 775, 779, 781, 792, 794, 795, 797—804, 807, and 830. (Doc. 101).

7.      On March 6, 2023, Dillon Taylor dismissed his claims to the following property

pursuant to Fed. R. Civ. P. 41(c): Items 1, 2, 4, 5, 7—12, 14, 15, 19, 20, 22—33, 35—46, 48, 49,

51—54, 56—58, 60—81, 83—89, 92—96, 99, 100, 102—109, 111—120, 123, 125, 127, 128,

130—134, 136, 138—146, 148—150, 152—154, 156, 157, 160—164, 168, 172—175, 178, 179,

181, 184—191, 193—196, 202, 205—207, 213—215, 217, 219—221, 223, 225—233, 236—239,

241—244, 246—254, 256—261, 264—266, 268, 269, 271, 273, 274, 276—282, 284, 286—289,

291—296, 298, 300—305, 309, 315, 319, 318, 323, 325, 326, 329, 330, 334, 336, 338—341,

345—347, 349, 350, 354, 356, 359, 363—365, 367—369, 372—374, 376—378, 380—383, 385,

389, 391—404, 406—421, 423, 424, 426, 427, 429, 430, 433—439, 441, 444—449, 452—455,

457—459, 462—473, 475—479, 481, 484, 488, 493, 499, 500, 503, 505, 506, 511, 519, 528,

535—537, 539—541, 560, 561, 563, 564, 567, 572, 573, 575, 578, 579, 581, 583—586, 588, 590,

591, 593, 594, 597, 600, 603, 604, 606, 607, 609—612, 615, 617, 626, 627, 633, 634, 636, 638,

639, 641—643, 645—647, 650, 695, 696, 700, 701, 705, 707, 708, 713, 715, 718, 721, 725, 727—

732, 736, 739, 740, 743, 744, 746, 752, 754, 756, 761, 764, 766, 772, 782 and 793. (Doc. 110).

8.      Dillon Taylor has dismissed his claims to all of the Defendant Property listed in

Paragraph 4, but still has other claims outstanding.

## CLAIMS MADE BY ABRIE RAINWATER

9.      On January 14, 2022, Abrie Rainwater filed a claim to some but not all of the

Defendant Property (Doc. 49), including the following;

Item 822—2019 White BMW X3, VIN: 5UXTS3C5XKLR73709; and,

Item 838—Toro Riding Lawnmower, Model Number: 75755.

10.    On January 27, 2023, Abrie Rainwater dismissed her claims to the Defendant Property listed in Paragraph 9 pursuant to Fed. R. Civ. P. 41(c). (Doc. 108).

## CLAIMS MADE BY JENNIFER TAYLOR

11.    On January 14, 2022, Jennifer Taylor filed a claim to some but not all of the Defendant Property (Doc. 49), including the following;

Item 678—One ring, Gent's ring weighing 3.95 DWT, 14 karat yellow gold wedding band;

Item 679—One ring, Ladies ring weighing 2.7 DWT, 10 karat yellow;

Item 680—One pendent and necklace, Ladies diamond and 14 karat gold pendant and chain weighing 2.85 DWT;

Item 681—One ring, Ladies engagement ring, crosswire style setting, 14 karat white gold and diamond ring;

Item 682—One ring, Ladies diamond wedding band, 14 karat white gold weighing approx. 2.10 DWT;

Item 683—One ring, Ladies cathedral style cluster 10 karat rose gold ring;

Item 684—One pendent and necklace, Ladies diamond and rose and white karat gold pendant;

Item 685—One pair of earrings, Ladies matching motion set diamond and 14 karat gold earrings;

Item 686—One choker necklace, Ladies diamond and 14 karat white gold choker style necklace;

Item 687—One ring, Ladies 14 karat yellow gold and diamond cluster ring, weighing 3.85 DWT;

Item 688—One Louis Vuitton Handbag;

Item 689—One pair of Louis Vuitton Scandals (Shoes);

Item 836—2021 Black GMC Yukon Denali, VIN: 1GKS1DKL1MR116205; and,

Item 847—$94,971.58 in funds from Bank Account ending in 1863 in the name of Jennifer M. Taylor and Abrie M. Rainwater at Bank OZK, Fort Smith, AR.

12.     On January 20, 2023, Jennifer Taylor dismissed her claims to the Defendant Property in Paragraph 11 pursuant to Fed. R. Civ. P. 41(c). (Doc. 107).

### CLAIMS MADE BY BILLY TAYLOR

13.     On February 15, 2022, Billy Taylor filed a claim to some but not all of the Defendant Property (Doc. 49), including the following;

Item 785—Pair of Nike Jordan/Levis Men's Shoes;

Item 786—Pair of Nike Air Jordan Shoes;

Item 787—Pair of Louis Vuitton Shoes;

Item 818—2019 Black Mercedes-Benz 3500XD Crew, VIN: WD4PF4CDXKP155500;

Item 819—2017 White Tesla Model X, VIN: 5YJXCAE48HF075775;

Item 824—2020 Yellow Honda TRX420FA2L Rancher ATV, VIN: 1HFTE4192L4600458;

Item 825—2019 Blue/Orange Bombardier 35KA Wake 155, Hull Number: YDV45515A919;

Item 826—2019 Blue/Orange Bombardier 35KA Wake 155, Hull Number: YDV41862K819;

Item 827—2020 Black Haul Rite Trailer VW DBL-HD, VIN: 19BEF1419LCA20289;

Item 828—2020 Black Trailer Severe 14' Utility, VIN: 4S9BU1414LS128035;

Item 829—2015 White Rolls Royce Wraith, VIN: SCA665C56FUX85372;

Item 837—2011 Black Mercedes-Benz GLK Class Utility, VIN: WDCGG8HB3BF642818;

Item 838—Toro Riding Lawnmower, Model Number: 75755;

Item 839—2012 White Ford Commercial Transit Connect Cargo Van, VIN: NM0LS7AN7CT091388;

Item 840—2021 Black Karavan Trailer, VIN: 5KTUS1413KF519784;

Item 841—2011 Red Polaris Ranger, VIN: 4XAWH50A1BB413732;

Item 842—2021 Gray Enclosed trailer, VIN: 59N1E1211GB004077;

Item 843—2021 Black Highline Trailer, homemade;

Item 845—2015 Gray Nissan Juke, VIN: JN8AF5MR3FT513022;

Item 846—$44.29 in funds from Bank Account ending in 3194 in the name of Billy Joe Taylor at First Horizon Bank;

Item 848—$225.95 in funds from Bank Account ending in 0124 in the name of Billy Joe Taylor at IBC Bank, Fort Smith, AR; and,

Item 857—$14,062.61 in funds from Bank Account ending in 0157 in the name of Billy Taylor at Bank of Oklahoma.

14.     On October 28, 2022, Billy Taylor dismissed his claims to the Defendant Property in Paragraph 13 pursuant to Fed. R. Civ. P. 41(c). (Doc. 92).

## CLAIM MADE BY MORGAN TAYLOR

15.     On January 14, 2022, Morgan Taylor filed a claim to Item 837, a 2011 Black Mercedes-Benz GLK Class Utility, VIN: WDCGG8HB3BF642818. (Doc. 47).

16.     On July 14, 2023, Morgan Taylor dismissed her claim to Item 837, a 2011 Black Mercedes-Benz GLK Class Utility, VIN: WDCGG8HB3BF642818. (Doc. 118).

## CLAIM MADE BY KAYLEE TAYLOR

17.     On January 14, 2022, Kaylee Taylor filed a claim to Item 845, a 2015 Gray Nissan Juke, VIN: JN8AF5MR3FT513022. (Doc. 48).

18.     On July 14, 2023, Kaylee Taylor dismissed her claim to Item 845, a 2015 Gray Nissan Juke, VIN: JN8AF5MR3FT513022. (Doc. 119).

## PROPERTY TO WHICH NO ONE MADE A CLAIM

19.     No claims have been made to the following items of Defendant Property:

Item 553—Pair of Nike Brown and Pink Shoes;

Item 554—Pair of Ferragamo Salvatore Olive and Black Shoes;

Item 555—Pair Gucci, gray, blue, and orange shoes;

Item 556—Pair Nike Air Jordan's Cactus Jack Blue and Black Shoes;

Item 557—Pair Gucci, green, blue, and orange shoes;

Item 690—One pair of Yeezy Boost 350 Shoes;

Item 691—Five pairs of Nike Shoes;

Item 692—Two pairs of Yeezy Shoes;

Item 694—Winchester .22 rifle, model 9422MXTR, serial number F579043;

Item 784—Ladies 2021 Rolex Watch;

Item 788—Framed Troy Aikman Jersey signed;

Item 789—Framed Wade Boggs Jersey signed;

Item 790—Framed O'Neal Jersey signed;

Item 791—Scarface movie poster signed;

Item 849—$9,046.29 in funds from Bank Account ending in 4027 in the name of Nations Laboratory Services, LLC, at BancFirst, Oklahoma City, OK;

Item 853—$72,008.59 in funds from Bank Account ending in 4208 in the name of Lablik Management Group, LLC, at Valliance Bank, Fort Smith, AR;

Item 854—$20,858.19 in funds from Bank Account ending in 7046 in the name of MedTest Laboratories, LLC, at Valliance Bank;

Item 856—$833.96 in funds from Bank Account ending in 7502 in the name of Beach Tox, LLC, at Bank of Oklahoma; and,

Item 858—$2,094.00 in funds from Bank Account ending in 2749 in the name of James Taylor at Bank of Oklahoma.

20.     Additionally, in an effort to notify all unknown claimants of these proceedings, notice of this civil forfeiture action against the defendant property was published for 30 consecutive days on an official Government internet site (www.forfeiture.gov) beginning on

December 2, 2021, as evidenced by the Proof of Publication filed with this Court on January 3, 2023. (Doc. 42).

21.    The United States of America took all reasonable measures to ensure that all possible claimants received such notice in a timely fashion.  To this date, however, no other person or entity has filed a verified claim contesting the forfeiture of the Defendant Property listed in Paragraphs 4, 9, 11, 13 and 19, the 2011 Black Mercedes-Benz GLK Class Utility, VIN: WDCGG8HB3BF642818, and the 2015 Gray Nissan Juke, VIN: JN8AF5MR3FT513022. Therefore, all possible claimants have been noticed and have failed to appear or otherwise defend their interests and the United States of America is entitled to a judgment of forfeiture, all without the necessity of any further notice to any other person or entity.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

A.    The United States of America is hereby given a judgment of forfeiture against the Defendant Property and against the interests therein of Dillon Taylor, Abrie Rainwater, Jennifer Taylor, Billy Taylor, Morgan Taylor, Kaylee Taylor and any and all persons or entities having or claiming an interest in the following Defendant Property:

Item 1[2]—Ernie Ball Music Man Steve Morse electric guitar, serial number: G52265, with burst brown/tobacco case;

Item 2—Fender Stratocaster electric guitar with black original contour body, serial number: US14056374, with gator case;

Item 4—Fender Hellcaster Jazz-A-Caster electric guitar with gold leaf finish with Will Ray Hell Bender Hipshot #0123 with case;

Item 5—Paul Reed Custom Brushstroke electric guitar hand signed, serial number: 14213630, with case;

Item 7—Fender Telecaster electric guitar with black lacquer finish with Seymour Duncan

---

[2] The item numbers refer to the number assigned to the particular item of Defendant Property in Exhibit A to the Complaint. (Doc. 2-2).

hot rails, serial number: MX15595724, with case;

Item 8—Ernie Ball Music Man Axis electric guitar, serial number: G70603, with wood grain/black finish case;

Item 9—Aristides 060 electric guitar with blue finish with case;

Item 10—Fender Stratocaster Custom shop electric guitar with teal finish and missing whammy bar, serial number: R86470, with case;

Item 11—Fender Telecaster 1978 electric guitar with red lacquer finish, serial number: S835579, with case;

Item 12—Walla Walla Skeleton Reunion Maverick Pro electric guitar with laser etched flame maple, serial number: 61010, with case;

Item 14—Gibson Les Paul Standard electric guitar with tobacco/brown burst, serial number: 80782534, with case;

Item 15—EVH Wolfgang Signature electric guitar with ivory case;

Item 17—Fender Stratocaster "SRV" electric guitar with back trim panel missing, serial number: N1058286, with sunburst case;

Item 19—Fender Stratocaster electric guitar with blue burst and missing bar, serial number: N3139567, with case;

Item 20—Zerberus Nemesis Boco Del Rio 10F005 electric guitar with marble granite finish;

Item 22—Fender Ratities Series Quilt Maple Top American Stratocaster electric guitar with case;

Item 23—Gibson GGC-700 electric guitar black vintage, serial number: 82511628, with case;

Item 24—Fender Stratocaster electric guitar, serial number: US13114993, with flame wood grain case;

Item 25—Paul Reed Smith Swamp Ash Special Narrowfield 25th Anniversary 2010 electric guitar sunburst, serial number: 10168379, with case;

Item 26—Guild vintage electric guitar, serial number: 183433, with natural finish case;

Item 27—Fender Stratocaster limited edition electric guitar with brown finish, serial number: LE06851, with case;

Item 28—Fender Quilt Maple top Stratocaster electric guitar, serial number:  LE07934, with case;

Item 29—Fender Stratocaster electric guitar with ivory/off white natural finish case with strap and power cord, serial number: US13074448, with case;

Item 30—Fender Stratocaster electric guitar with blue finish, serial number:  MZ0203771, with case;

Item 31—Gibson Modern DC Standard Custom electric guitar, serial number: CS80011, with royal blue case;

Item 32—Fender Limited Edition Telecaster electric guitar, serial number:  US16021742, with cream case;

Item 33—Fender Stratocaster electric guitar with cream/off-white body, serial number: N990569, with case;

Item 35—Fender Squire Telecaster electric guitar, serial number: CGS1708826, with sunburst case;

Item 36—Fender Telecaster Deluxe electric guitar with pearl finish, Chris Shiflett, serial number: MX12240499, with case;

Item 37—Fender Stratocaster electric guitar with black and tortoise shell finish, serial number: MZ2145493, with case;

Item 38—Fender Stratocaster Rarities Quilted Maple electric guitar, serial number: LE07751, with case;

Item 39—Headway Riverhead vintage electric guitar off-white with K&M pickups, missing back trim panel, serial number: 2424, with case;

Item 40—Fender Stratocaster CustomShop electric guitar, 23 out of 30, with orange/white case;

Item 41—Fender Stratocaster electric guitar micro neck, serial number: S959009, with black case;

Item 42—Fender Stratocaster Limited Edition Corona California, serial number: LE08180, with maple finish case;

Item 43—Fender Stratocaster Limited Edition Corona California natural finish, serial number: LE07885;

Item 44—Fender Deluxe Telecaster electric guitar, serial number: E810114, with black/white case;

Item 45—Fender Stratocaster Custom shop electric guitar, serial number: CN96719, with orange burst case;

Item 46—Fender 1978 Stratocaster electric guitar with black finish, serial number: S898737, with case;

Item 48—Paul Reed Smith Custom 22-10 top electric guitar, serial number: 5102719, with red/cherry mahogany case;

Item 49—Walla Walla Maverick Pro Outlaw X electric guitar, serial number: 700303, with case;

Item 50—ESP MH-400 LTD electric guitar, serial number: IS18040994, with natural wood grain finish case;

Item 51—Jackson PC-1, Phil Collins signature electric guitar with black/silver tiger stripe finish, serial number: 006502, with case;

Item 52—Aristides 060 electric guitar with purple/maroon finish with case;

Item 53—Bigsby Prestige electric guitar, serial number: 101490, with red case;

Item 54—Fender Stratocaster USA RARE 2019 electric guitar sand blasted 3 tone sun burst, serial number: US19081071, with case;

Item 56—Suhr electric guitar with copperhead burst, serial number: 18568, with case;

Item 57—Walla Walla electric guitar with Joe Barden Bridge, 610077;

Item 58—EVH Wolfgang 2010's electric guitar with black body with case;

Item 60—Paul Reed Smith Standard electric guitar, serial number: 19 S2038162, with black finish case;

Item 61—Fender Telecaster electric guitar, serial number: US15082523, with baby blue/white case;

Item 62—Fender Custom Shop Limited Edition electric guitar, serial number: CZ523526, with sea foam case, vintage;

Item 63—Fender Stratocaster limited edition electric guitar, serial number: LE09734, with teal/white case;

Item 64—Fender Stratocaster limited edition electric guitar with sunburst, serial number: US17010414, with case;

Item 65—Serek Armitage electric guitar black w/guild BiSonic, serial number: ARM-018, with case;

Item 66—Fender Stratocaster electric guitar with red/white body, serial number: N003683, with case;

Item 67—Fender Telecaster electric guitar white/manilla, serial number: US18013486, with case;

Item 68—Gibson Standard MidTown electric guitar, serial number: 150066072, with tobacco finish case;

Item 69—Gibson Les Paul Tribute Circa 2017 electric guitar, serial number: 170068248, with gold finish, hard alligator finish case with cord;

Item 70—Gibson Les Paul Deluxe electric guitar, serial number: 108558, with tobacco finish case, 1970s;

Item 71—Gibson Les Paul Custom electric guitar, serial number: CS 800125, with sunburst case;

Item 72—Gibson Les Paul Custom vintage electric guitar, serial number: ZW 155, with black and yellow case;

Item 73—Fender Stratocaster electric guitar missing back plate, serial number: N4168184, with blue/pearl case;

Item 74—Martin CEO-8 special edition acoustic guitar #144 with case;

Item 75—Gibson Les Paul Custom electric guitar with mother of pearl type inlay along neck, serial number: CS700893, with silver case;

Item 76—Fender Telecaster custom shop electric guitar, serial number:  CZ526152, with gold case;

Item 77—Heritage Custom electric guitar with natural wood grain and bronze veneer finish, serial number: N00907, with case;

Item 78—Martin D-28 1969, Acoustic guitar Brazilian, 253992, with case;

Item 79—Charvel Guthrie Govan HSH electric guitar with flame maple, serial number: GG1600975, with case;

Item 80—Fender Custom 2002 Telecaster electric guitar, serial number: MZ2199111, with graphics case

Item 81—Signed Custom Telecaster style body electric guitar with flame wood finish, signed on back with two signatures and Kiss by Julie with case;

Item 83—Santa Cruz Guitar Company Acoustic guitar, VS 3001, sunburst finish, 2006, vintage southerner with case;

Item 84—Emerald Model X20.05 Opus acoustic guitar black alloy/graphite finish, 31331-121 with case;

Item 85—Gibson Les Paul, Circa 2016, Blue Star with F-Hole electric guitar white trim, serial number: 1276734, with case;

Item 86—Custom electric guitar with Bigsby bridge with natural/green tint finish with case;

Item 87—Donner Model DAG-1B acoustic guitar with ebony case;

Item 88—Breedlove acoustic guitar Jeff Bridges Signature Concert Series European spruce and African mahogany, serial number: PL200709631;

Item 89—Taylor model 110C acoustic guitar, serial number: 2110313094, with case;

Item 90—Washburn acoustic guitar Model BTSC566SCE-D, serial number: T200130522, with case;

Item 91—Washburn acoustic guitar Model HG12S-0, serial number: CC191202807, with case;

Item 92—Martin Acoustic Guitar Model D-28, serial number: 384457, with case;

Item 93—Gretsch Model G6120W-1957 electric guitar, serial number: JT04085386, with case;

Item 94—Univex electric guitar with red/black lacquer finish with case;

Item 95—Gretsch Streamliner Model G2622/PHNTM electric guitar, serial number: IS181202748, with gray case;

Item 96—Univox electric guitar with sunburst case;

Item 97—Fender Squire Starcaster electric guitar, serial number: ISS2021755, with sunburst case;

Item 98—Michael Kelly acoustic guitar, Model MKFPSNASFX, serial number: F11200544, with case;

Item 99—Taylor Model 314-CE-LTD acoustic guitar, serial number: 20030707076, with case;

Item 100—Paul Reed Smith acoustic guitar, Model A60E, serial number: B08074, with case;

Item 102—Fender 1st Reissue Telecaster electric guitar with case;

Item 103—Paul Reed Smith electric guitar, serial number: 8132830, with case;

Item 104—Mayomes Regius electric guitar, serial number: RF61309067, with case;

Item 105—Fender Stratocaster Custom Shop limited edition, serial number: N561705, American with cherry red case;

Item 106—Collings D2HSB Acoustic guitar, serial number: 13127, with case;

Item 107—Gibson Les Paul Custom 1974, serial number: 127773, with tobacco case;

Item 108—Franfret electric guitar with distressed whitewash case;

Item 109—Fender Stratocaster Mahogany violin burst electric Guitar, serial number: US17047688, with case;

Item 111—Jackson White Bengal electric guitar, serial number: 9818455, with case;

Item 112—Gibson Les Paul Custom 2018 electric guitar flame top, serial number: CS 80047, with case;

Item 113—Gibson Les Paul Deluxe off-white trim, serial number: 80262595, with cherry case;

Item 114—EVH Wolfgang electric guitar, serial number: WGS122371C, with case;

Item 115—Gibson Melody Maker, serial number: 91939, with tobacco case;

Item 116—Mosrite "The Ventures" electric guitar black metallic case signed "Curley" with case;

Item 117—Fender Stratocaster, Eric Johnson USA Vintage, serial number: EJ18432, with sunburst case;

Item 118—Music Man Ernie Ball, Steve Morse SM-Y2D electric guitar, serial number: G34408, with case;

Item 119—Fender Custom Shop Telecaster, serial number: CZ517281, with gold metallic case;

Item 120—Fender Stratocaster electric guitar, serial number: US14024210, with mint green case;

Item 123—Fender Telecaster Custom Shop Duotone electric guitar, serial number: CZ520087, with blonde finish case;

Item 124—Ibanez RGDIM6FM electric guitar tiger finish blue/black, 1P-01, serial number: I 180421627, with case;

Item 125—Fender Stratocaster Limited Edition electric guitar, serial number: LE06855, with case;

Item 127—Fender Telecaster, 1972, vintage electric guitar, serial number: 34145, with manilla and off-white case;

Item 128—Dr. Mojo strat electric guitar with blonde natural finish case, white;

Item 130—Gibson Les Paul Exotic Smart Wood electric guitar, serial number: 91769366, with case;

Item 131—Gibson Les Paul Standard 120th Anniversary guitar, serial number: 140103361, with case;

Item 132—Gibson ESDT Guitar, serial number: 01211402;

Item 133—Fender Telecaster electric guitar Jim Adkins, Natural wood finish/black, serial number: CF14000368, with case;

Item 134—Gibson Les Paul, serial number: 019690369, with Frankenstein Quilt case;

Item 136—Gibson Les Paul Standard Desert Burst electric guitar, serial number: 02647041, with case;

Item 137—Fender Squire Telecaster with missing back plate with natural finish case with red;

Item 138—Paul Reed Smith Santana electric guitar, serial number: 11180565, with case;

Item 139—Collings Mandolin #636 with case;

Item 140—Tonareli Model V200 violin, serial number: V200-1, with case bows and extra strings 01/2012;

Item 141—Occhineri Tele electric guitar signed and numbered #11 with case;

Item 142—Taylor 616ce acoustic guitar, serial number:  1102134054, with case;

Item 143—Gibson L-4A acoustic guitar, serial number: 01923023;

Item 144—Michael Kelly Custom Collection electric guitar, serial number: M21191877, with black/brown case;

Item 145—Taylor Custom GS acoustic guitar, serial number: 1105112001, with case;

Item 146—Taylor Custom DN acoustic guitar, serial number: 1111026104, with case;

Item 148—R. Taylor acoustic guitar, Style 1, serial number: 035, with case;

Item 149—Gibson Namm 2018 guitar; ES-275, Prototype with case gold hardware, #1 of #1;

Item 150—Fender Telecaster, Jim Adkins, serial number: 311756095, with red case;

Item 151—Fender Jaguar electric guitar, tobacco sunburst, serial number: L24196, with case;

Item 152—Fender Stratocaster electric guitar, serial number: R92786, with case;

Item 153—Gibson Les Paul Custom guitar with bronze case;

Item 154—Lowden GL10 2018 Walnut acoustic guitar, serial number: 00060, with case;

Item 156—Gibson J-45 Mahogany acoustic guitar, serial number: 11558053, with case;

Item 157—Gibson Studio Songwriter DLX EC Studio acoustic guitar, serial number: 12566080, with case;

Item 160—C.F. Martin & Co. HD-28 acoustic guitar, serial number: 1799065, with case;

Item 161—Gibson J-45 acoustic guitar tobacco finish with case;

Item 162—Taylor Custom GS acoustic guitar, serial number: 20081113140, with case;

Item 163—Cole Clark Acoustic Guitar, Model FL2ECBEM, serial number: 180234467, with case;

Item 164—Taylor K-20 acoustic guitar, serial number: 941108130, with case;

Item 167—Epiphone Les Paul Traditional Pro III Plus electric guitar, serial number: 18071506963, with light blue case;

Item 168—Electric guitar with case; Parts-Les Paul blue/red/gray tie dye finish;

Item 169—Michael Kelly 630P electric guitar, serial number: F19200167, with gray/black case;

Item 170—Washburn CT4 Electric guitar black body with off-white trim, serial number: 9707187, with case;

Item 171—Michael Kelly Patriot LTD Electric guitar with natural wood graphic finish, serial number: E08083530, with case;

Item 172—Jerry Reed Tradition Pro Model JRP-Q electric guitar, serial number: 06050895, with case;

Item 173—Tradition Strat electric guitar, serial number: 05032298, with blonde/white pearl case;

Item 174—Tradition Jerry Reid JRP-TV Electric guitar, serial number: W11050924, with case;

Item 175—Danelectro electric guitar light blue glitter/white with case;

Item 176—Michael Kelly Custom bass guitar tobacco finish, serial number: C21200081;

Item 177—Michael Kelly Electric guitar bronze/white pearl, serial number: WP18110090, with case;

Item 178—Warwick Streamer bass guitar, serial number: RB A 551853-18, with maroon case;

Item 179—Partcaster electric guitar with graphic wood grain style case;

Item 180—Michael Kelly 1953 electric guitar, serial number: WP19010145, with tobacco style case;

Item 181—Fender Partcaster electric guitar with natural wood grain case;

Item 182—Michael Kelly Custom Collection Burl 60 Ultra electric guitar, serial number: L21191335;

Item 183—Michael Kelly Electric guitar, serial number: WP19010030, with pearl type inlay and copper finish case;

Item 184—BC Rish Mockingbird electric guitar, serial number: L08130287, with black case;

Item 185—Gibson WM-10 Acoustic guitar, serial number: 92858004, with case;

Item 186—Gibson CL-30 Deluze acoustic guitar, serial number: 90229037, with case;

Item 187—Gibson Gospel acoustic guitar, serial number: 91165056;

Item 188—Gretsch acoustic guitar, serial number: 29412, with tobacco finish case;

Item 189—Framus acoustic guitar #28351, production 05/98;

Item 190—Guild D-25M acoustic guitar, serial number: OA109546, with case;

Item 191—Taylor 912 acoustic guitar, serial number: 94020112, with natural case with mother of pearl style edging;

Item 193—Taylor SB1X electric guitar with off-white case with gray-pearl inlay;

Item 194—Gretsch electric guitar with natural wood finish/white case;

Item 195—Taylor SB electric guitar, serial number:  20071016940, with tobacco case;

Item 196—Donner Model DAG-1C acoustic guitar;

Item 197—Epiphone Hummingbird Pro/EB acoustic guitar, serial number: 20042300299, with ebony case;

Item 198—Washburn Model BTSC56SCE-D acoustic guitar, serial number: T200130497;

Item 199—Ibanez Model AW54-OPN acoustic guitar, serial number: 1X-05 CD200210037;

Item 200—Washburn Model BTS9CH-D acoustic guitar, serial number: T200201569, with black ash style case;

Item 201—Washburn Model BTSC562CE-D acoustic guitar, serial number: T200200919;

Item 202—Seagull Mini Jumbo Rustic acoustic guitar, serial number: 032914008565;

Item 203—Washburn Model BTS9CH-D acoustic guitar, serial number: T200201692, with black ash style case;

Item 204—Epiphone Limited Edition Dove Pro A/W acoustic guitar, serial number: 20032302534, with white case;

Item 205—Martin & Co. D-28 Acoustic guitar, serial number: 283056, with guitar case;

Item 206—Washburn Mandolin Model MSWFKELITE1, serial number: DC13100043, with tobacco case;

Item 207—The Loom Mandolin Model LM-310F-BFB, serial number: 19120755;

Item 213—Makai Ukulele Made in San Francisco, serial number: TKU-27CE;

Item 214—Stainer Violin with case;

Item 215—Washburn mandolin Model MISDLTR, serial number: 311629891, with red case;

Item 217—Gibson Les Paul standard electric guitar, serial number: 110890181, with bourbon case;

Item 219—Daion bass guitar, serial number: 10486, with yellow case;

Item 220—Pedulla Rapture guitar, serial number: RB 9411, with case;

Item 221—Fender Stratocaster electric guitar, serial number: E967964, with blue/green/white case;

Item 222—Ibanez LACS LA Custom electric guitar, serial number: LA090600, with deep red case;

Item 223—Birdsong Hard Built bass guitar, serial number: 11S-052, with natural wood case;

Item 225—Fender Jazz Bass, serial number: 638606, with faded/worn off-white case and red;

Item 226—Fender Precision bass guitar, serial number: N6193584, with tobacco case;

Item 227—Martin & Co. acoustic guitar, serial number: 317946, with case;

Item 228—Sigma Guitars Model GCS-1 acoustic guitar, serial number: 891100081, with case;

Item 229—Gibson Hummingbird acoustic guitar with case;

Item 230—Hass & Dalton TD-M custom acoustic guitar, serial number: 1525, with case;

Item 231—Martin & Co. acoustic guitar, serial number: 179463, with case;

Item 232—Taylor Model GS5 acoustic guitar, serial number: 20071207119, with case;

Item 233—Martin & Co. Model 000-18 acoustic guitar, serial number: 188292, with case;

Item 235—Zager Easy Play Model ZAD80CE acoustic guitar, serial number: 19, with case;

Item 236—Takamine Steve Wariner Limited Edition acoustic guitar, serial number: 38, with case;

Item 237—Martin model D-28 acoustic guitar, serial number: 200014, with case;

Item 238—C.F. Martin & Co. Model D-28 acoustic guitar, serial number: 166863, with case;

Item 239—Alvarez Artist Model 5051 acoustic guitar, serial number: 000052, with case;

Item 241—Rickenbacker bass guitar black/white with case;

Item 242—Magnatone Electric guitar, serial number: 38443, with pearl blue case;

Item 243—Dan Armstrong Ampeg vintage bass guitar with lucite case;

Item 244—Gibson Memphis electric guitar tobacco finish, serial number: 13042714, with case;

Item 245—Gibson 335 electric guitar, serial number: 560224, with case;

Item 246—Framus Model 57776-52 electric guitar tobacco finish body, serial number: 55521, with case;

Item 247—Suhr Classic J Custom bass guitar, serial number: 26516, with blue case;

Item 248—Tagima Jetblue Custom Z electric guitar with green/pearl white finish body, serial number: 532651, with case;

Item 249—Collings I35 Deluxe custom electric guitar, serial number: 171003, with case;

Item 250—Ovation Thunderhead electric guitar, serial number: B432, with case;

Item 251—Gibson Johnny A electric guitar, serial number: JA448, with case;

Item 252—Gibson ES 150 DW Electric guitar, serial number: 906480, with case;

Item 253—Fender Jaguar electric guitar, serial number: L65834, with sunburst case;

Item 254—Aristides 070 electric guitar with blue/black body with case;

Item 256—Fender JazzMaster KOA C.S. Artisan electric guitar, serial number: CZ537646, with case;

Item 257—Serek Sacramento Bass yellow/black body, serial number:  SM-062, with case;

Item 258—C.F. Martin & Co. LX Black acoustic guitar "Little Martin", serial number: MG 103382, with case;

Item 259—Fender Precision bass guitar black/deep red body, serial number: 425361, with case;

Item 260—Aristides 060 electric guitar with silver metallic body with case;

Item 261—C.F. Martin & Co. Model D-16 acoustic guitar, serial number: 2297385, with case;

Item 262—Epiphone electric guitar, serial number: 14052304140, with red/white case with picks glued on case;

Item 263—Epiphone Sheraton II Pro EB guitar black body, serial number: 19081532676, with case;

Item 264—Fender Precision bass guitar olive green/off-white body, serial number: US16091887, with case;

Item 265—Guild Starfire electric guitar, serial number: 33458, with case;

Item 266—Gibson Country Western model acoustic guitar, serial number: 972367, with case;

Item 268—C.F. Martin & Co. Model 000-18 acoustic guitar, serial number: 147022, with case;

Item 269—Gibson J-46 Acoustic guitar, serial number: 92005030, with case;

Item 271—Gretsch Roots Collection Model G9531E-GCFSR-Fishman SB Acoustic Guitar, serial number: 311754309, with case;

Item 273—R Taylor Style 1 acoustic guitar, Circa 2006, serial number: 324, with case;

Item 274—C.F. Martin & Co. Grand Ole Opry Model HD-28 acoustic guitar, serial number: 2284076, with case;

Item 275—Michael Kelly Model MKTPSGNSFZ acoustic guitar, serial number: P11190182;

Item 276—Lowden Model 025 acoustic guitar, serial number: 13454, with case;

Item 277—C.F. Martin & Co. Custom Shop guitar, serial number: 1796402, with case;

Item 278—Gibson Hummingbird Mahogany Acoustic Guitar, serial number: 12478046, with case;

Item 279—Penco Model A-16 acoustic guitar, serial number: 9501, with case;

Item 280—Partcaster electric guitar mint green/black body with case;

Item 281—C.F. Martin & Co. Custom Shop acoustic guitar, serial number: 1449003, with case;

Item 282—C.F. Martin & Co. D-18 acoustic guitar, serial number: 250556, with case;

Item 283—Epiphone PR550 acoustic guitar, serial number: 8509096, with case;

Item 284—Fender Telecaster electric guitar, serial number: E317260, with tobacco case;

Item 286—Lowden Model 025c acoustic guitar, serial number: 11191, with case;

Item 287—C.F. Martin & Co. D-35 Woodstock acoustic guitar, serial number: 2267961, with case;

Item 288—Taylor Cocobolo GS acoustic guitar, serial number: 20081024129, with case;

Item 289—C.F. Martin & Co. J-40 Acoustic guitar, serial number: 2263172, with case;

Item 291—Fender Mod Shop Telecaster, Model B-1 electric guitar, serial number: US19001049, with case;

Item 292—Yamaha FS800 Acoustic guitar, serial number: IQP011739, with case;

Item 293—Winzz Model AF-H00LC-BK acoustic guitar 40";

Item 294—Fender Precision bass guitar mint/white body, serial number: MX15143915, with case;

Item 295—Tacoma DR-20 acoustic guitar, serial number: 0046, with case;

Item 296—Ernie Ball Earthwood Acoustic guitar with case;

Item 297—Washburn Model BTS9CH-D acoustic guitar, serial number: T200201595, with case;

Item 298—Gibson Custom J-45 Acoustic guitar, serial number: 10555098, with case;

Item 299—Epiphone Swingster/WR guitar red body, serial number: 14092307971, with case;

Item 300—Fender Stratocaster USA Electric Guitar, serial number: US12310634, with natural finish wood case;

Item 301—IVY RoHS electric guitar key lime green body/white, serial number: 119091301, with case;

Item 302—Fender Redondo Player BLD WN acoustic guitar blue body, serial number: JWA1933362;

Item 303—C.F. Martin & Co. Model JC-16ME Aura acoustic guitar, serial number: 1344931;

Item 304—Guild Model F-250CD Deluxe acoustic guitar, serial number: G3190787;

Item 305—Gibson Heritage Custom Acoustic guitar, serial number: 3007613;

Item 308—C.F. Martin & Co. Shenandoah acoustic guitar;

Item 309—S101 Model D33440ME2N;

Item 315—C.F. Martin & Co. Custom acoustic guitar, serial number: 908097;

Item 318—C.F. Martin & Co. D-35 acoustic guitar, serial number: 404230;

Item 319—Guild Model D-240E acoustic guitar 21812607, 81105221;

Item 320—Zager Easy Play Model ZAD800MCE Aura/N acoustic guitar, serial number: 190502136;

Item 322—Zager Easy Play Model ZAD50CEOM acoustic guitar, serial number: 11;

Item 323—Huss & Dalton MJC Custom Acoustic Guitar, serial number: 621;

Item 325—Lowden Model S5 acoustic guitar, serial number: 3758;

Item 326—C.F. Martin & Co. OMC Aura Orchestra acoustic guitar with case, serial number: 1090299;

Item 327—Washburn Model BTSC56SCE-D acoustic guitar, serial number: T200130523;

Item 328—Zager Model ZAD-20 acoustic guitar, serial number: SI 120713419;

Item 329—Taylor Model 214ce-K DLX acoustic guitar, serial number: 2203060120;

Item 330—Taylor Model 414-CE acoustic guitar, serial number: 20060605045;

Item 334—C.F. Martin & Co. Model D-35 acoustic guitar, serial number: 376254;

Item 335—Zager Easy Play Model ZAD80CEOM acoustic guitar, serial number: 15-2015, with case;

Item 336—Handmade acoustic guitar by Jim Pense 01-01-19;

Item 338—Sauve acoustic guitar 7/32001, bult 1992;

Item 339—Taylor 815-C acoustic guitar, serial number: 950710121;

Item 340—Guild Model S4CE acoustic guitar ebony body, serial number: AE041288;

Item 341—Taylor Model 454-CE acoustic guitar, serial number: 20040224066, with case;

Item 342—Zager Easy Play Model ZAD-20E Mahogany acoustic guitar, serial number: SI 110601430;

Item 345—C.F. Martin & Co. Model 000-28 Acoustic Guitar, serial number: 2051362, with case;

Item 346—Leo Jaymz Model B6-SB-9S acoustic guitar;

Item 347—Taylor Model 114e acoustic guitar, serial number: 2203050330, with case;

Item 349—Lowden Model S-27F acoustic guitar, serial number: 3689;

Item 350—Kentucky Guitars acoustic guitar natural wood finish body, hand inscribed tag, #90;

Item 354—C.F. Martin & Co. Model D-37 acoustic guitar, serial number: 519952;

Item 356—Ovation Thunderbolt Model TB01 acoustic guitar with case;

Item 359—Fender Telecaster electric guitar-Custom shop with case;

Item 363—Lowden Model 0-23C acoustic guitar, serial number: 16875, with case;

Item 364—Montclair acoustic guitar tobacco finish with white trim;

Item 365—MicroBass Model M-Bass/FL acoustic bass guitar, serial number: 01-15-373;

Item 367—Taylor Electric guitar mahogany type finish body, serial number: 20080620907, with case;

Item 368—Rickenbacker small electric guitar black/white, vintage;

Item 369—Music Man StingRay II electric guitar brown wood grain finish body, serial number: G005089;

Item 370—Peavey Predator Plus electric guitar, serial number: SI03060218, with blue case;

Item 372—Music Man StingRay II electric guitar tobacco finish body, serial number: G005529;

Item 373—Silvertone 1441 vintage electric guitar tobacco finish body;

Item 374—Fender Telecaster custom electric guitar, serial number: MN2120624, with leather wrap and rattlesnake case;

Item 375—Ibanez Musician electric guitar wood grain case/blonde stripe, serial number: 1798092, with case;

Item 376—Fender Stratocaster limited edition electric guitar wood grain/pearl white finish, serial number: LE06919;

Item 377—Fender Stratocaster electric guitar, serial number: MX16789759, with black case;

Item 378—Jackson Dinky Flame black electric guitar, serial number: 9708294;

Item 379—Michael Kelly BUL50 Electric guitar marble finish body, serial number: CC180569;

Item 380—Gretsch four string synchromatic bass guitar with case black;

Item 381—Fender Off-Set Telecaster Limited Edition electric guitar, serial number: US16020132, with blue/white case;

Item 382—Fender Telecaster MX electric guitar, serial number: MX13371287, with blue/gray/black case;

Item 383—Fender Electric XII electric guitar green/white body J-custom USA;

Item 385—Fender bass guitar reddish/pink body, serial number: 430418, with case;

Item 389—Marshall Model 1965A Amplified, Lead 4 x 10, 140 watts, serial number: 2665;

Item 390—Peavey Windsor Amplifier, 30" x 29.5";

Item 391—Danelectro Amplifier, 18" high x 20" wide x 11" deep;

Item 392—Fender Twin Reverb 200W, #1851, 26" wide x 22.5" high x 10" deep, serial number: F114056;

Item 393—Fender Twin Reverb 300W Amplifier, #A59313, 26" wide x 23" high x 10" deep;

Item 394—Morgan Model DAG15 Amplifier; 18" wide x 20" high x 10" deep;

Item 395—Ibanez Model TSA15-H amplifier, 43W, serial number: BN01H19080 002;

Item 396—Fender Princeton Reverb Amplifier, serial number: CR-394412, with denim case;

Item 397—Orange Crush Model 20RT amplifier, 20W RMS, serial number: 53336-0420;

Item 398—Valco National 110-120V amplifier, 15" x 14" x 7.5", with vintage green case;

Item 399—Hayden Model 8PK50 head amplifier, serial number: 20061109, with black case;

Item 400—Marshall Artist Model 3203, 120W amplifier, serial number: U33361, with white case;

Item 401—Friedman Dirty Shirley Mini amplifier, serial number: 3101118005, with black case;

Item 402—Magna Electronics Company Model 8318A amplifier, 110V, with red leather case;

Item 403—Fender Hot Rod Deluxe amplifier, serial number: B-308234, with white case with rollaround exterior protective road case;

Item 404—Fender DeVille "212" Amplifier, serial number: B-218853, with black case with protective foam lined road case;

Item 405—Tone King Falcon Grande Ironman II amplifier, serial number: 8051512009, with teal/white case, includes protective lined road case on casters;

Item 406—Fender 59 Bassman PR-143 270W Amplifier, with gold case;

Item 407— Fender Vibro King Type CSR-4 Amplifier, serial number: 0395, with tan case;

Item 408—Imperial MKII Tone King head amplifier, serial number: 8251905004, with teal case;

Item 409—Orange Rocker Head Verb 50 2009 Limited Edition Amplifier, serial number: RK50H-36980909, white;

Item 410—Goodsell Super 17 MK.2 Amplifier Head, serial number: 0266, with black case;

Item 411—Nolatone Road Hoog Pre Amplifier black/light olive-green fuse, 24SLOBLO;

Item 412—Fender Bassman 50-Watt, 1.5 Amp 117V, serial number: A-11303, with black case;

Item 413—Wampler Bravado 120 Volt Amplifier, serial number: 1270919003, with black case;

Item 414—Fender Champ Amplifier, serial number: A828550, with black case;

Item 415—Morgan SW22 Amplifier, serial number: H-03151020, with gray case;

Item 416—Hiwatt Custom 20 HD Amplifier, serial number: MU 159623, with black case;

Item 417—Fender Bassman 70 Amplifier, serial number: F074364, with black case;

Item 418—Challenger Model CH8 Amplifier, Series R-94; 117V, 70-W, with wood grain case, Vintage;

Item 419—Gibson Ranger Model GA-55RVT amplifier, serial number: A050505, with black case;

Item 420—Marshall 1977 JMP Amplifier, serial number: 030875, with black case;

Item 421—Fender Super Reverb 200W Amplifier, serial number: 16833, with black case;

Item 422—Peavey Delta Blues II Amplifier, 120V/75W, serial number: 0JBFD170061;

Item 423—Airline bass guitar amplifier, Model 6290208; 117V;

Item 424—Fender Band Master Amplifier, serial number: A20979, with black case;

Item 426—Rivera Sedona Lite Amplifier, serial number: R873 4100447SL;

Item 427—Bugera V22 Infinium 72W Amplifier, with black case, UPC S170300341B03;

Item 428—L.R. Bagg Synapsa personal PA system, serial number: 000662, Modern wood grain veneer finish; Includes travel case;

Item 429—Fender Hot Rod Deluxe IV Amplifier, serial number: B-769627, Limited Edition; brown leather case;

Item 430—Marshall Mercury Amplifier, serial number: 54135, Stock No. 2060, with red case;

Item 431—Imperial MKII Tone King, serial number: 8042001006, brown cabinet;

Item 432—Imperial MKII Tone King Falcon Grande, serial number: 811910009, black cabinet;

Item 433—Ampeg Model VT-120 Tri Ax Series Amplifier, serial number: V20D8A0042, black cabinet;

Item 434—Epiphone Pacemaker Model EA-50 amplifier, serial number: 845387;

Item 435—Ampeg SuperJet Model SJ-12R Amplifier, serial number: AIZDN40008, with black case;

Item 436—Ampro Deluxe Speaker, Vintage style in cabinet with snap closures;

Item 437—Danelectro Amplifier Special Series D Model 68, 110V, with Off-white case;

Item 438—Morgan Model G12H, 75W with Natural finish case;

Item 439—Fender Blues Deluxe Reissue Limited Edition Amplifier, serial number: B-716829, with black case;

Item 441—Fender Deluxe Mid-60's Amplifier, serial number: A 01743, with black case;

Item 442—Tone King Falcon Grande Ironman II amplifier, serial number: 8051909010, teal/white case;

Item 443—Tone King Gremlin Amplifier, serial number: 8100717026, with teal case;

Item 444—Fender Limited Edition Model 65 Deluxe Reverb Amplifier, serial number: CR-390036, with gray case;

Item 445—Kalamazoo Reverb 12 Amplifier, 117V-60 cycles, with black case;

Item 446—Marshall Capri Small Amplifier with red cabinet;

Item 447—Marshall Class V Valve Amplifier, Model C5-01, serial number: M-2011-27-0929-2ROHS, with white case;

Item 448—Marshall Mercury Vintage 1970s Amplifier, serial number: 50041, with red case, Stock No. 2060;

Item 449—Silverton Model 1333 Amplifier Vintage Case, Made By Sears;

Item 452—Silverton Model 1392 Amplifier with brown cabinet, Made By Sears;

Item 453—Gibson Les Paul Junior, Model GA-5 amplifier, serial number: G5U199900306, with light brown cabinet;

Item 454—Fender Blues Junior Amplifier, serial number: B-585151, with silver/black cabinet;

Item 455—Fender Bass Breaker 30 R Amplifier, serial number: M1726439, brown Crocodile type case covering;

Item 457—Fender Blues Junior III Amplifier, serial number: B-539835, with blue/white cabinet;

Item 458—Fender Bassbreaker 15 Limited Edition amplifier, serial number: M1709191, with black cabinet;

Item 459—Fender Hot Rod Deluxe III amplifier, serial number: B-63609, with black cabinet;

Item 462—Fender Acoustasonic 150 amplifier, serial number: UF 6596272, with tan case, Production 09-28-2020;

Item 463—Tone King Imperial MKII amplifier, serial number: 8261905005, with brown cabinet;

Item 464—BC Audio #10 amplifier, serial number: 1505080, with blue and white cabinet;

Item 465—Marshall JTM30 Amplifier, serial number: 953465130;

Item 466—Goldea EngineRex 3200 amplifier;

Item 467—Omega 20 Amplifier with white and gray cabinet;

Item 468—Danelectro DM25 amplifier with small with black cabinet;

Item 469—Supro Blues King 8 Amplifier, serial number: CR19071005 3, with black cabinet;

Item 470—Rickenbacker Model M-8 Amplifier with small gray cabinet;

Item 471—Lone Wolf Outlaw amplifier with black leather type cabinet;

Item 472—Fender Band Master Amplifier, serial number:  A22125, with black case;

Item 473—Ashen Amplifier with red/black wooden case;

Item 474—Peavey Windsor EL34 Amplifier, 300 watts, black;

Item 475—Matchless C-30 Reverb, Model DC 30R amplifier, serial number: A20885;

Item 476—Splawn Nitro amplifier, serial number: NT1101026, with black case;

Item 477—Sano Stereophonic High Fidelity Amplifier with black case;

Item 478—Jeff Berlin Mark Base Combo Head II amplifier with black with light orange case;

Item 479—Airline Bass Guitar and Accordion Model 62-901A Amplifier with black case;

Item 480—Quilter MicroPro Mach2 Controller, serial number: 40021017151, with black case;

Item 481—Grommes Model LJ5 Amplifier with green protective enclosure;

Item 482—4 Amazon basics folding guitar stands;

Item 483—7 Various guitar straps;

Item 484—5 Assorted guitar pedals to include: (5) guitar pedals (Ibanez 850 fuzz mini, UN LTD Barker Electronics, Jackson bell star, C Moore Duncan 805 overdrive);

Item 485—20 Various guitar cables to include: (6) Hosa technology microphone cables, 10ft, (1) Single GLS audio cable, (11) advance mes electronics professional grade mic cord; (1) Kopul XLR Premium performance cable, 3000 Series; (1) Mogami Gold Analog 3ft instrument cable;

Item 486—42 Various brands and quantities of guitar string to include: (11) Elixir Super light nickel plated steel electric guitar strings 09/42 superlight, (13) DAddario XL EXL110BT guitar strings; (2) DAddario EXL125 XL Super LT top guitar strings; (1) DAddario EXL120+ guitar strings; (2) DAddario EXL120 Super light gauge guitar strings; (6) Elixir 11/49 medium-bright smooth; (5) Ernie Ball three packs signature strings; (2) DAddario Pro Steels XL EPS170-5;

Item 487—1 Vintage vibe Formula B guitar pedal;

Item 488—1 AKG Microphone, Professional Dynamic Bass Drum Mic;

Item 489—24 Various guitar picks to include: (2) packs of assorted guitar picks; (3) Fender Celluloid Picks-12 pack; (2) Dunlop Variety pack guitar picks; (14) packs of Alice guitar picks; (1) Package Alice guitar picks 0.71mm; (2) Flow guitar picks;

Item 490—35 Various guitar accessories to include: (2) Amazon basics folding guitar stands, (1) ToneWoodAmp; (5) quick change guitar string trigger caps; (4) DAddario tuner clamp; (10) Moongel Damper pads [6 packs]; (1) Nord Stage accessory cable; (3) Art Tribute embroidered guitar straps; (1) Black guitar strap; (4) Packs of finger picks, picks and slides; (1) Group miscellaneous cables; (1) Guitar strap; (1) Amp component; (1) Fathom Bypass;

Item 491—3 Bottles of Lither Music company Old English lemon oil;

Item 492—1 Square reader for credit cards;

Item 493—38 Assorted guitar pedals and strings to include: (1) Boss Super OverDrive SD-1, (1)Maxon BC-9 Bi-mode Chorus; (1) Photo hammer; (1) Fender Tre-Verb PR5603; (1) La Grange Bogner; (1) Orange Burst Overdrive , (1) Ibanez Mini AnalogDelay, (1) Kangra Walrus audio, (1) Orange Guitar Pre-Eq Custom Shop, (1) Fender Smolder Acoustic OD; (1) Dig Strymon, (1) Lex Rotary Strymon, (1) Sunset dual overdrive Strymon, (1) Compadre dual voice compressor and boost Strymon, (1) El Capistan dTape Echo Strymon; (1) Duo Vibe, (1) Atreides Analong weirding module Way Huge, (1) Erniel Ball MPV PO6182; (1) Defector Fuzz FoxPedal 00179, (10) Ernie Ball Regular Slinky custom gauge strings, (4) GHS Bass Boomers, roundwound bass strings, (5) CF Martin & Co Eric Clapton strings;

Item 494—5 Shure SM85 microphones-new in box, 2 SM7B Cardoid dynamic microphones;

Item 495—1 group miscellaneous adapter cords;

Item 496—27 Various guitar strings to include: (10) Fender 10 0.10-0.46 original 150's guitar strings, (3) Ukulele CF Martin & co concert strings M600; (1) Fender 45 Electric bass strings, (3) CF Martin Retro Acoustic Light 12 guitar strings, (1) Elixir 13/56 80-20 bronze guitar strings, (2) Elixir 11/52 80-20 bronze guitar strings, (7) Elixir 10/47 80-20 Bronze guitar strings;

Item 497—1 Instrument rest;

Item 498—4 Amazon basic folding guitar stands;

Item 499—14 Assorted pedals and guitar accessories to include: (2) DG305B Tablet holders, (3) Kliq Aircell guitarstraps; (1) Ernie Ball MVP pedal, (1) Project 8 Tremolo, (1) Boss Waza Craft Delay DM-2w phase shifter, (1) Boss Waza Craft Dimension C DC-2w foot pedal (1) Dookie Drive MXR green day, (1) Boss TR-2 Tremolo, (1) Brixton OD+D custom pedal, (1) PAL 959V2, Plexi Emulator Pedal, (1) Boss Compression Sustainer CS-3 pedal;

Item 500—38 Assorted guitar strings and pedals to include: (18) Erniel ball earth wood extra light guitar strings 80/20 bronze, (1) Tone Garage Double Deca Delay, (1) Sunset Dual Overdrive Strymon, (1) El Capistan dTape Echo Strymon; (1) Inspire Tri-chorus plus Neunaber, (1) Ibaneze TS 9 TubeScreamer, (1) Mooer The Wahter Wah Pedal, (1) I was a wolf in the Forest Distortion, (1) Triple Wreck Wampler, (1)Descent Walrus Audio, (1) MXR Clone Looper, (1) Fathom bypass, (1) Vanguard walrus audio, (1) Boss Turbo Distortion DS-2, (1) Boss Super OverDrive SD-1, (1) Boss Digital Delay DD-3T, (1) Walrus SLO foot pedal, (1) Walrus Julia Analog Chorus, (1) Walrus Lillian foot pedal (2) Walrus audio descent;

Item 501—10 Various microphones to include: (4) Shure SM57 microphones, (1) Shure 55SH Iconic Unidyne Microphone, (4) Electro-Voice ND76 microphones, (1) Super 55 Shure microphone;

Item 502—1 Group assorted loose cables;

Item 503—3 Various brands of foot pedals to include: (1) Tone King foot pedal, (1) Falcon Grande Tone King Amplifier foot pedal, (1) "69" MKII Fulltone;

Item 504—43 Various guitar strings (5) Ernie Ball Regular Slinky bass strings, (4) Ernie Ball Flatwound electric bass strings, (5) DAddario Phosphor bronze EJ17 strings, (5) DAddario Nickel Bronze Acoustic 12/53 strings, (5) DAddario 12/56 XT Extended life guitar strings, (11) DAddario NYXL guitar strings, (8) DAddario XT 13/56 acoustic guitar strings;

Item 505—29 Assorted guitar pedals to include: (1) Boss PW-3 WAH effects pedal, (1) Ibanez Tube Screamer Overdrive Pro, (1) Wah Cry Babyfoot pedal, (1) Worlds of Fear pedal, (1) Soul Five Overdrive EX-Gear pedal, (1)EX-Gear Echo Fish Analog Delay, (1) The Wave Foxpedal, (1) Sabbra Godabra CatalinBread, (1) Kingdom 00603 guitar pedal, (1) Fatbee Overdrive pedal, (1) Caroline Corp American Pizza pedal, (1) Fulltone OCD Pedal, (1) Belle Epoch Tape Catalinbread, (1) Tumnus Wampler foot pedal, (1) Wampler Ethereal Delay and Reverb, (2) MXR Carbon Copy Analog Delay, (1) Custom Gentle Hand Dist + OD pedal, (1) Fender Channel Select, (3) Caverns Keeley electronics, (1) Death Ship, (1) Comic strip art foot pedal, (1) Pegasus overdrive pedal, (1) Icarus Caroline Corp pedal, (1) Distortion Vextron Series pedal, (1) Custom Lime green pedal, (1) Barber tone press;

Item 506—32 Assorted guitar pedals to include: (1) custom purple pedal, (1) custom "Type 95" pedal, (1) Boss Fuzz FZ-5 pedal, (1) Distortion DS-1 Boss pedal, (1) Ibanez FL9 Flanger, (1) Ibanez TS9 Tube Screamer, (2) Neunaber Immerse Reverberator pedal, (1) Flamma FS02 Reverb effects guitar pedal, (1) Catalinbread Katzenkonig pedal, (1) Weehbo Plexface Vintage Dual Overdrive pedal, (1) Flamma FS22 Ekoverb, (1) MonoDivsion Triangle Intergrator, (1) EX-Gear Chromatic Tuner+Power, (1) KokcoMini Vibrato pedal, (1) Caline Orange Burst Overdrive, (1) NeoClone Nano pedal, (1) Car Crush Animals pedal, (1) Boss Tremolo TR-2 pedal, (1) Ammoon Pockverb pedal, (1) D-Seed Joyo Dual channel digital delay, (1) Animal Pedal Bath Time reverb, (1) Animal Pedal 1927 Home Run King, (1) Animal Pedal Bath Time Reverb, (1) Animal Pedal Fishing is fun as Fuzz, (1) Malekko Sneak Attach pedal, (1) Plexi-DriveDeluxe Wampler, (1) Fathom Walrus pedal, (1) Exotic Effects SPZ Compressor pedal, (1) Nux Recto Distortion Reissue Series pedal, (2) Boss FV-500H foot volume pedal;

Item 507—4 Custom Upholstered guitar pedal platforms;

Item 508—7 Hand crafted wooden guitar pedalboards (1806);

Item 509—7 Harman/Kardon Onyx Studio 6 Bluetooth portable speakers, in original box, like new condition;

Item 510—2 Chauvet DJ EZ Wedge Tri light system with remote;

Item 512—2 Gator Frameworks Guitar seats;

Item 513—1 Original Z stand, wooden;

Item 514—4 On-Stage XCG-4 Classic guitar stands, new in plastic;

Item 515—10 String Swing CC151-W-FW Horizontal Acoustic guitar holders, new in plastic;

Item 516—2 Guitar stands - C3 Model C3-MC1-B & Gravity stand, one new in box;

Item 517—2 Guitar stands - Mapex Armory Black plated Hi-Hat & DW 9300 Snare stand, new in box;

Item 518—3 Chauvet DJ EZ Wedge Tri light system, new in box;

Item 519—1 Fender guitar gold tone case (CASE ONLY);

Item 520—2 Tama Road Pro HS80W Snare stands, new in boxes;

Item 521—1 Piano/Digital Keyboard Bench, 19" high with black finish, new in box, unassembled;

Item 522—2 Hercules Model MS533B Microphone stands;

Item 523—3 Hercules Model MS201B Microphone stands;

Item 524—5 Assorted Tambourines to include: (2) Romance Pro, (2) Meinie TMT1M-WH & (1) operation song;

Item 525—2 Mapex Armoury Hi-hat stands with pedals;

Item 526—1 Eastrock drum stool;

Item 527—1 Mapex stand;

Item 528—2 Percussion boxes to include: (1) Pyle pro PCJD18 & (1) Meinie;

Item 529—2 Guitar pedals to include: (1) Fender & (1) black case dual switch;

Item 530—10 Pedestal style wooden guitar stands;

Item 531—6 Assorted style and finish guitar stands to include: (4) fold out, (1) chrome finish & (1) Multi-Guitar stand;

Item 532—9 Hercules guitar stands with tripod style bases;

Item 533—4 Boxes of black sound proofing tiles;

Item 535— Des True hand-crafted snare drum, Made in Russia;

Item 536—Pearl four-piece drum set including bass drum, snare drum, and cymbals to include (1) Pearl four-piece drum set including bass drum, (2) toms and snare drum; Also includes cymbals and stands;

Item 537—Q-Drums three-piece drum set including bass drum, (2) toms and cymbals;

Item 539—Q Drums Tulsa drum shop, four-piece set with matching toms with two tone metallic finish;

Item 540—JumbleJam Authentic Steel Drum, ready to play kit, new in box;

Item 541—2 Snare drums to include: (1) Donoho Drums snare, (1) handmade red trim with broken top;

Item 543—Yamaha Genos electronic keyboard/piano, serial number: UEZN0114, with stand and cord;

Item 544—Yamaha MX88 Music Synthesizer electronic keyboard, serial number: UVZY01204, with stand;

Item 553—Pair of Nike Brown and Pink Shoes;

Item 554—Pair of Ferragamo Salvatore Olive and Black Shoes;

Item 555—Pair Gucci, gray, blue, and orange shoes;

Item 556—Pair Nike Air Jordan's Cactus Jack Blue and Black Shoes;

Item 557—Pair Gucci, green, blue, and orange shoes;

Item 560—API Legacy Sound Console with Computer Screen and Power Supply, black;

Item 561—Gibson Les Paul Customer guitar off-white trim, faded gold hardware, serial number: 70938598, with cherry finish case;

Item 562—Fender Bullet electric Guitar, serial number: 100059, with red/white case;

Item 563—Fender Telecaster Diamond Anniversary Edition electric guitar No. 433 of 1000 with natural finish wood grain case;

Item 564—Guild Starfire bass guitar, serial number: BA-1291, with red finish case with off-white trim;

Item 566—Gibson acoustic guitar, serial number: 03667 10, with tobacco case;

Item 567—Fender Jazz Bass guitar, serial number: US16127912, with black case;

Item 572—Gibson electric guitar autographed, serial number: 132401398, with cherry wood/black case;

Item 573—Gold Tone Model GT-750 Banjo, serial number: 2708076, with exhibition style case;

Item 575—Fender 1959 Esquire electric guitar, serial number: R80686, with Charcoal frost metallic case with chrome finishes; Custom Shop;

Item 578—Rickenbacker Model 4003 bass guitar with red/white case;

Item 579—Gibson Thunderbird 2013 Model, bass guitar, serial number: 115030603, with case;

Item 581—Fender Jaguar Bass, serial number: S073579, with red/white case;

Item 583—Taylor T3/B electric Guitar, serial number: 1012079093, with copper burst finish case;

Item 584—Gibson electric guitar, serial number:  09804, with wood finish case/off white;

Item 585—Teambuilt Corvette standard bass guitar, serial number: GFS J 001629, with natural wood finish case;

Item 586—Rickenbacker electric guitar with red faded/white case with chromes hardware;

Item 588—Paul Reed Smith Custom 24 electric guitar, serial number: 12 190096, with Tigerblue case;

Item 590—Gibson Les Paul Jr. electric guitar, serial number: 7 1307, with black/golden case;

Item 591—Fender Telecaster MX guitar, serial number: MX15140177, with red lacquer case;

Item 592—Melbourne Serenus acoustic guitar, serial number: 120657, with case.

Item 593—Fender Stratocaster electric guitar, serial number: N9422653, with red golden burst with pearl case;

Item 594—Gibson 2014 Model electric guitar black/wood finish, serial number: 140008372, with case;

Item 597—Gibson ES335 electric guitar, serial number: 11224739, with red case and off-white/black trim;

Item 598—Fender JazzMaster electric guitar, serial number: US17013779, with metallic light blue case;

Item 600—Fender Stratocaster Stevie Ray Vaughan edition guitar, serial number: SZ5187126, with black tobacco burst case with leather work;

Item 602—Gibson Les Paul Custom electric guitar, serial number: 92378375, with sunburst case;

Item 603—Fender Mustang electric guitar blue/white body, serial number: 124824, with case;

Item 604—Fender Dimension Bass guitar, serial number: US15046227, with case;

Item 606—Fender Telecaster Electric guitar tobacco body/white and chrome hardware, serial number: 371963, with case;

Item 607—Fender Stratocaster electric guitar brown body, serial number: 669570, with case;

Item 609—Ernie Ball Music Man Sting Ray 5 bass guitar off-white/white body and gold tone hardware, serial number: C30184, with case;

Item 610—Hofner 125th Anniversary electric bass guitar teal/white body with case;

Item 611—Gibson Les Paul Custom electric guitar, serial number: 72367511, with case;

Item 612—Dan Armstrong Ampeg electric guitar, serial number: DA06040053, with case;

Item 613—Ernie Ball Music Man Electric Bass guitar, serial number: G73836, with case, black;

Item 615—Gibson electric guitar tobacco sunburst, serial number: 131911346, with case;

Item 616—Pinol Acoustic guitar brown finish;

Item 617—Martin D-28 Acoustic guitar brown finish, serial number: 18025A;

Item 620—Taylor 914ce acoustic Guitar, serial number: 1105065098, with case;

Item 621—Gibson acoustic guitar tobacco finish, serial number: 5635 33, with case;

Item 622—Gibson Hummingbird Custom acoustic guitar, serial number: A600029, with case;

Item 624—Gibson Hummingbird acoustic guitar, serial number: 323517, with case;

Item 625—Melbourne Serenus acoustic guitar, serial number: 120659, with case;

Item 626—Electric guitar, cream/off-white body, with case;

Item 627—Gibson B-25 acoustic guitar, serial number: 872465, with case;

Item 628—Melbourne Gunsmoke Series "Miss Kitty" acoustic guitar, serial number: 111786;

Item 630—Ernie Ball Music Man Sterling 5 bass guitar, serial number: F41752;

Item 632—ESP LTD B-206SM electric bass guitar natural wood grain finish, serial number: 1W13074084, with case;

Item 633—Ovation electric bass guitar wood grain and black body, serial number: B 7072;

Item 634—Gibson Les Paul Electric Bass Guitar, serial number: 050481, with case;

Item 635—Fender Telecaster Electric guitar red/white granite finish body and gold tone Hardware, serial number: US16051144, with case;

Item 636—Ernie Ball Music Man Sting Ray Bass guitar copper/white body, serial number: F78637, with case;

Item 638—Fender Stratocaster electric guitar, serial number: R52964, with tobacco burst case;

Item 639—Gibson electric guitar tobacco finish body, serial number: 521849, with case;

Item 640—Gretsch Chet Atkins electric guitar, serial number: 42334, with case;

Item 641—Fender Jaguar electric Guitar, serial number: L55758, with sunburst case;

Item 642—Fender Stratocaster special edition electric guitar, serial number: MZ3115650, with graphic art case;

Item 643—Gold Tone Banjo Model BG-250F, serial number: 21609139, with case;

Item 644—Gibson 1964 SG electric Guitar, serial number: 242789, with case;

Item 645—Fulleron Electric stringed small guitar with case, gray;

Item 646—Fender Christ Shiflett Telecaster Deluxe electric guitar gold- tone and off-white body, serial number: MX17831473;

Item 647—Hohner International K1 Electric Piano, serial number: 12075,117v;

Item 648—Hammond XK-2 Electric Piano, serial number: 02053628;

Item 650—Wurlitzer Electric Piano, Model 200 with foot pedal, serial number: 85207;

Item 651—Steinway baby grand piano Model TG-1500, CG 0000972;

Item 666—Yamaha Subkick drum with small stand, brown and chrome finish;

Item 678—One ring, Gent's ring weighing 3.95 DWT, 14 karat yellow gold wedding band;

Item 679—One ring, Ladies ring weighing 2.7 DWT, 10 karat yellow;

Item 680—One pendent and necklace, Ladies diamond and 14 karat gold pendant and chain weighing 2.85 DWT;

Item 681—One ring, Ladies engagement ring, crosswire style setting, 14 karat white gold and diamond ring;

Item 682—One ring, Ladies diamond wedding band, 14 karat white gold weighing approx. 2.10 DWT;

Item 683—One ring, Ladies cathedral style cluster 10 karat rose gold ring;

Item 684—One pendent and necklace, Ladies diamond and rose and white karat gold pendant;

Item 685—One pair of earrings, Ladies matching motion set diamond and 14 karat gold earrings;

Item 686—One choker necklace, Ladies diamond and 14 karat white gold choker style necklace;

Item 687—One ring, Ladies 14 karat yellow gold and diamond cluster ring, weighing 3.85 DWT;

Item 688—One Louis Vuitton Handbag;

Item 689—One pair of Louis Vuitton Scandals (Shoes);

Item 690—One pair of Yeezy Boost 350 Shoes;

Item 691—Five pairs of Nike Shoes;

Item 692—Two pairs of Yeezy Shoes;

Item 694—Winchester .22 rifle, model 9422MXTR, serial number F579043;

Item 695—Ashen Model 210AS Amplifier, serial number: 3525, 350W;

Item 696—Ashen Model 210COL Amplifier, serial number: 3524, 350W;

Item 698—Kalamazoo Bass 30 amplifier-upright with black cabinet;

Item 699—Vox Model T-25 amplifier, serial number: 2100041, with cabinet;

Item 700—Pair of Focal Shape 65 speakers, serial numbers: A1BFGF005160/A1BFGF005164, with cabinet;

Item 701—Ashen marbled green amplifier, serial number: 3502;

Item 702—Gretsch amplifier with case;

Item 703—Yamaha DBR 15 Upright speaker, serial number: UFVJ01290;

Item 704—Yamaha DBR 12 Upright speaker, serial number: UFVJ010421;

Item 705—Master MK2 Lead with case, serial number: 06860K;

Item 707—Gibson amplifier with cabinet;

Item 708— Fender Superchamp, serial number: F411607, with cabinet;

Item 709—Michael Dolsey Designs Shark Model TNTB with small cabinet;

Item 710—Fender Princeton, serial number: A 09039, with cabinet;

Item 711—Tyler Amps-Amplifier with case;

Item 712—Texotica amplifier, serial number: 1129, in cabinet;

Item 713—Bose Model 426564 speaker, serial number: 079111290050071 AE;

Item 714—Yamaha Model DB12 speaker, serial number: UFVJ01008;

Item 715—Fender Model 5E3 Deluxe amplifier, serial number: D00874, with case;

Item 717—Baxter Regal 30 with cabinet;

Item 718—Precision Electronics Model S35 Amplifier with cabinet;

Item 719—Magnatone small amplifier with case;

Item 720—Fender Bassman amplifier, serial number: BP00893, with case;

Item 721—Ampeg SVT7 Pro Livewire amplifier, serial number: 212SP1L6932000253, with case;

Item 722—Dr. Z 8 omh speaker with case;

Item 725—Fender Model 5B5 Amplifier, serial number: 3943, with case;

Item 727—Fender Princeton SE2EE amplifier with case;

Item 728—Fender Twin Reverb Amplifier, serial number: AC029063, with case;

Item 729—Ampeg Model R50H amplifier, serial number: AFMOK60038;

Item 730—Supro Dual Tone Model 1624T Amplifier, serial number: 22014, with cabinet;

Item 731—Marshall MK II amplifier, serial number: 5802H, with cabinet;

Item 732—Bogner black speaker;

Item 736—Epiphone valve junior combo amplifier, serial number: 01202072600211, with cabinet;

Item 739—Bruno Underground 30 amplifier with cabinet;

Item 740—Marshall amplifier, serial number: 3672F, with cabinet;

Item 741—Hip Kitty Boutique amplifier with case;

Item 742—Magnetic components Classic Tone Model 40-18102 amplifier, serial number: 166-1927, with cabinet;

Item 743—Gibson JSON Model SETCAB speaker, serial number: G-0765300;

Item 744—Ampeg Model SCT-410HLF Speaker, serial number: 211ST0W6912000 49, with cabinet;

Item 745—Ampeg black cabinet speaker, 30"x30"x14";

Item 746—Yamaha Model DBR15 speaker, serial number: UFVJ01291;

Item 748—Marshall Model 1965V speaker, serial number: 7885;

Item 749—Avatone tube microphone power supply (100-240V) with cable and protective metal case;

Item 750—Cascade FatHead II Microphone, serial number: 2236, in protective metal case;

Item 751—Mojave MA-200 microphone with power source, cable, and protective metal case;

Item 752—RCA Velocity microphone, Model PB90A1, serial number: 1042, with protective metal case;

Item 754—6 Assorted volume pedals to include: (1) Morley Little Alligator, (1) Ernie Ball Pedal TowSon2, (1) Ernie Ball Ambient Delay Pedal, (1) Ernie Ball Expression Tremolo, (1) Bloomery pedal, (1) VCX foot pedal;

Item 756—28 Assorted microphones and microphone accessories to included: (1) Nady Audio HE-1 Hum Eliminator, (1) XS-D1Direct box; (3) Shure SM58, (2) Shure Beta 87A, (1) Shure Beta 57A, (1) Shure Beta 58A, (1) Shure Beta 52, (1) Shure Beta 52A, (1) AKG Preception 200, (1) AKG Preception 420; (4) Shure SM57, (3) Sennheiser e904, (2) Shure SM81; (2) Crown CM-70, (1) Shure SM27, (1) Audio Technica Snare/Tom, (1) AKG D310; (1) Stage Travel case with microphone storage;

Item 761—6 Assorted microphones andmicrophone accessories to include: (1) Sony C37P microphone, (1) NeumanTLM 103, (4) Sennheiser MD 421 II includes protective form fitting case;

Item 763—Peluso Tube microphone, Model 22-251 and accessories to include: (1) Peluso Tube microphone, Model 22 251 with power supply, cables, carrying case, and accessories, #02052;

Item 764—SE Electronics Gemini II microphone with power supply, case, and accessories;

Item 765—Peluso Model 22-47 microphone with power supply, cables, carrying case, and accessories;

Item 766—13 Miscellaneous cables and guitar pedal;

Item 772—BSSAR133 Audio R-133 Active DI Box, serial number: 12001107140;

Item 773—Pair AKG K240 Studio headphones;

Item 775—Kensington Expert Mouse, Model M01398, serial number: H1847B001083;

Item 779—Novation Bass Station, Analogue synthesizer, Bass Station II, serial number: DB95243016011, NOVSYNTH03;

Item 780—Yamaha TFS 32 channel digital mixer, serial number: UCVO01260, Visible signs of wear and use;

Item 781—Cascade Fathead II Microphone, 2237;

Item 782—3 Assorted Shure microphones to include: (1) Shure SM7B, (2) Shure SM57;

Item 784—Ladies 2021 Rolex Watch;

Item 785—Pair of Nike Jordan/Levis Men's Shoes;

Item 786—Pair of Nike Air Jordan Shoes;

Item 787—Pair of Louis Vuitton Shoes;

Item 788—Framed Troy Aikman Jersey signed;

Item 789—Framed Wade Boggs Jersey signed;

Item 790—Framed O'Neal Jersey signed;

Item 791—Scarface movie poster signed;

Item 792—Akai Professional MPK258 Electronic Keyboard/piano;

Item 794—Avid 9100-65452-13 F Mixing Board, serial number: EAEEW85200007F, with power cord;

Item 795—Yamaha CP300 Stage piano, serial number: UAUN01030, includes FC4A foot pedal and gator roll around storage case;

Item 796—Ampeg Super Rocket guitar amplifier, SR-212RT with black case;

Item 797—Philco antique radio/record player, serial number: V82542, with wooden cabinet, visual signs of age and wear;

Item 798—Ventura Vintage 60R guitar amplifier with green case, visual signs of age and wear;

Item 799—Crosley Model CR8005D-8K record player, serial number: 321050917, black case with clasp;

Item 800—Roli Seaboard Rise 49 Keyboard, serial number: R49111120905, with padded case;

Item 801—Akai X-1800SD Vintage Reel to Reel tape player, serial number: C-6688, Super Deluxe;

Item 802—Sentinel Model 345 series A tube radio with red case;

Item 803—Gibson GSS100 guitar amplifier with black case;

Item 804—Marshall JCM2000 guitar amplifier with black case;

Item 805—Tyler guitar amplifier with vintage style yellow/orange case;

Item 807—Yamaha StagePass 1K portable PA system, in original box;

Item 818—2019 Black Mercedes-Benz 3500XD Crew, VIN: WD4PF4CDXKP155500;

Item 819—2017 White Tesla Model X, VIN: 5YJXCAE48HF075775;

Item 822—2019 White BMW X3, VIN: 5UXTS3C5XKLR73709;

Item 824—2020 Yellow Honda TRX420FA2L Rancher ATV, VIN: 1HFTE4192L4600458;

Item 825—2019 Blue/Orange Bombardier 35KA Wake 155, Hull Number: YDV45515A919;

Item 826—2019 Blue/Orange Bombardier 35KA Wake 155, Hull Number: YDV41862K819;

Item 827—2020 Black Haul Rite Trailer VW DBL-HD, VIN: 19BEF1419LCA20289;

Item 828—2020 Black Trailer Severe 14' Utility, VIN: 4S9BU1414LS128035;

Item 829—2015 White Rolls Royce Wraith, VIN: SCA665C56FUX85372;

Item 830—2014 Black Porsche Panamera, VIN: WP0AF2A76EL083482;

Item 836—2021 Black GMC Yukon Denali, VIN: 1GKS1DKL1MR116205;

Item 837—2011 Black Mercedes-Benz GLK Class Utility, VIN: WDCGG8HB3BF642818;

Item 838—Toro Riding Lawnmower, Model Number: 75755;

Item 839—2012 White Ford Commercial Transit Connect Cargo Van, VIN: NM0LS7AN7CT091388;

Item 840—2021 Black Karavan Trailer, VIN: 5KTUS1413KF519784;

Item 841—2011 Red Polaris Ranger, VIN: 4XAWH50A1BB413732;

Item 842—2021 Gray Enclosed trailer, VIN: 59N1E1211GB004077;

Item 843—2021 Black Highline Trailer, homemade;

Item 845—2015 Gray Nissan Juke, VIN: JN8AF5MR3FT513022;

Item 846—$44.29 in funds from Bank Account ending in 3194 in the name of Billy Joe Taylor at First Horizon Bank;

Item 847—$94,971.58 in funds from Bank Account ending in 1863 in the name of Jennifer M. Taylor and Abrie M. Rainwater at Bank OZK, Fort Smith, AR;

Item 848—$225.95 in funds from Bank Account ending in 0124 in the name of Billy Joe Taylor at IBC Bank, Fort Smith, AR;

Item 849—$9,046.29 in funds from Bank Account ending in 4027 in the name of Nations Laboratory Services, LLC, at BancFirst, Oklahoma City, OK;

Item 853—$72,008.59 in funds from Bank Account ending in 4208 in the name of Lablik Management Group, LLC, at Valliance Bank, Fort Smith, AR;

Item 854—$20,858.19 in funds from Bank Account ending in 7046 in the name of MedTest Laboratories, LLC, at Valliance Bank;

Item 856—$833.96 in funds from Bank Account ending in 7502 in the name of Beach Tox, LLC, at Bank of Oklahoma;

Item 857—$14,062.61 in funds from Bank Account ending in 0157 in the name of Billy Taylor at Bank of Oklahoma; and,

Item 858—$2,094.00 in funds from Bank Account ending in 2749 in the name of James Taylor at Bank of Oklahoma.

B.      All right, title, and interest in the above-listed Defendant Property are forfeited to the United States of America, and any administrative claims or interests therein of any persons or entities, including Dillon Taylor, Abrie Rainwater, Jennifer Taylor, Billy Taylor, Morgan Taylor and Kaylee Taylor are hereby cancelled; and,

C.      The Defendant real property is referred to the custody of the United States Marshal

for disposition in accordance with all laws and regulations.

IT IS SO ORDERED this 11th day of January, 2024.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE