IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **CASE NO. 2:21-CV-02189** |
| | ) | |
| **2019 Black Mercedes-Benz 3500XD Crew,** | ) | |
| **VIN: WD4PF4CDXXP155500, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### MOTION TO REINSTATE PARTIAL STAY OF PROCEEDINGS

COMES NOW, the Defendant Real Property captioned above, James J. Taylor, Jr.,

Celesta Taylor, and Maehunt Farm, LLC., Maehunt Sport Horses, LLC Claimants, through their

Attorney of Record, Mack K. Martin and respectfully requests this Honorable Court to reinstate

the partial stay of the civil forfeiture proceedings previously entered on June 16, 2023 (ECF 116)

above.[1]  In furtherance thereof Claimants would show this Honorable Court as follows, to-wit:

On June 12, 2023 the Plaintiff, among other things sought a request for partial stay of

proceedings (ECF 115) as to the Defendant assets which were subject to claims by James J.

Taylor, Jr., Celesta Taylor, Maehunt Farm, LLC, and Maehunt Sport Horses, LLC (ECF 45).[2]

---

[1] TEXT ONLY ORDER granting 115 Motion to Reopen Case. The case is hereby reopened and the stay is lifted as to all assets--except those subject to claims made by James J. Taylor, Jr., Celesta Taylor, Maehunt Farm, LLC, and Maehunt Sport Horses. *See* Doc. 49. The partial stay as to those assets shall remain in place for a period of 180 days from the date of this Order. Signed by Honorable Timothy L. Brooks on June 16, 2023. (ee) (Entered: 06/16/2023)

[2] A. Item #833, 2020 Black Ford F-450, VIN: 1FT8W4DT9LEC83745; B. Item #834, 2021 White Four Star Trailer, VIN: 4KHG372XM0039028; C. Item #835, 1998 Red Dodge Ram 2500, VIN: 3B7KF2660WM245434; D. Item #850, $44,840.37 in funds from Bank Account ending in 4027 in the name of James J. Taylor and Celesta Brooke Taylor at BancFirst , Oklahoma City, OK.; E. Item #851, $22843.23 in funds from Bank Account ending in 7788 in the name of Maehunt Sport Horses, LLC, at BancFirst, Oklahoma City, OK.; F. Item #855, $101,7554.95 in funds from Bank Account ending in 7970 in the name of Makarios Group, LLC, at Valliance Bank.

1

At present, Claimant, James J. Taylor continues to be the subject of an ongoing and related criminal investigation by the United States Attorney's Office for the Western District of Arkansas and continues to seek the protection of his right against self incrimination under the Fifth Amendment.  Claimant has standing and has filed a Claim and answer in the civil forfeiture proceedings.  That the failure to reinstate the partial stay of the forfeiture proceedings will burden the right of claimant against self-incrimination in the related investigation.

See 18 U.S.C. §981(g)(2)(A): "Upon the motion of the claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that – (a) the claimant is the subject of a related criminal investigation or case";

Claimants Celesta Taylor, Maehunt Farm, LLC, and Maehunt Sport Horses, LLC would also be adversely affected if the forfeiture proceedings are not stayed.  Ms. Taylor, Maehunt Farm, LLC, and Maehunt Sport Horses, LLC all have standing and have filed Claims and Answers relating to the above property.

Counsel is authorized to state that he has communicated with Ms. Candace L. Taylor, Assistant US Attorney, United States Attorney's Office Western District of Arkansas, and she does not objection or opposition this request for continuation of the partial stay of proceedings.

WHEREFORE, claimants respectfully request that this Honorable Court reinstate the partial stay of the civil forfeiture action until resolution of the ongoing criminal investigation.

Respectfully submitted.

MARTIN LAW OFFICE

_____
Mack K. Martin
125 Park Avenue
Fifth Floor
Oklahoma City, Oklahoma  73102
Telephone (405) 236-8888
Facsimile (405) 236-8844
ATTORNEY FOR CLAIMANTS


## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in the above styled cause.

_____
Mack K. Martin

Z:\21FILES\2116\21-CV-2189\MTRSOP.001.docx