IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-02189 - TLB |
| ) | |
| 2019 Black Mercedes-Benz 3500XD Crew, ) | |
| VIN: WD4PF4CDXXP155500, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Notice is hereby given that, Benjamin Wulff, Assistant U.S. Attorney, for the Western District of Arkansas, enters his appearance as counsel on behalf of the United States of America.

DATED:   January 31, 2024.

Respectfully submitted,

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: /s/ Benjamin Wulff

Benjamin Wulff
Assistant United States Attorney
Arkansas Bar No. 2005190
75 N. East Avenue, Suite 201
Fayetteville, AR 72701-6164
479-249-9044
Email: Ben.Wulff@usdoj.gov

1

**CERTIFICATE OF SERVICE**

I, Benjamin Wulff, Assistant U.S. Attorney for the Western District of Arkansas, hereby certify that on January 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all participants of record.

*/s/ Benjamin Wulff*
Benjamin Wulff
Assistant U.S. Attorney