**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

UNITED STATES OF AMERICA,
PLAINTIFF

v.

2019 Black Mercedes-Benz 3500XD Crew, VIN: WD4PF4CDXKP155500

2017 White Tesla Model X, VIN: 5YJXCAE48HF075775

1962 Red/Cream Chevrolet Impala, VIN: 21769K160645

2015 White Toyota 4-Runner, VIN: JTEBU5JR9F5238248

2019 White BMW X3, VIN: 5UXTS3C5XKLR73709

2020 Can-Am Maverick X3, VIN: 3JBVXAV4XLK001577

2020 Yellow Honda TRX420FA2L Rancher ATV, VIN: 1HFTE4192L4600458

2019 Blue/Orange Bombardier 35KA Wake 155, Hull Number: YDV45515A919

2019 Blue/Orange Bombardier 35KA Wake 155, Hull Number: YDV41862K819

2015 White Rolls Royce Wraith, VIN: SCA665C56FUX85372

2014 Black Porsche Panamera, VIN: WP0AF2A76EL083482

2020 White Chevrolet Silverado 1500 Crew Cab, VIN: 1GCUYGED0LZ253284

Civil No. 2:21-CV-02189

2021 Black GMC Yukon Denali, VIN: 1GKS1DKL1MR116205 )

2020 Black Ford F-450, VIN: 1FT8W4DT9LEC83745 )

2021 White Four Star Trailer, VIN: 4FKHG372XM0039028 )

1998 Red Dodge Ram 2500, VIN: 3B7KF2660WM245434 )

2017 Black Cadillac Escalade, VIN: 1GYS4DKJ8HR389417 )

2011 Black Mercedes-Benz GLK Class Utility, VIN: WDCGG8HB3BF642818 )

Toro Riding Lawnmower, Model Number: 75755 )

2012 White Ford Commercial Transit Connect Cargo Van, VIN: NM0LS7AN7CT091388 )

2021 Black Karavan Trailer, VIN: 5KTUS1413KF519784 )

2011 Red Polaris Ranger, VIN: 4XAWH50A1BB413732 )

2021 White Cadillac Escalade Platinum, VIN: 1GYS4GKL4MR297394 )

2015 Gray Nissan Juke, VIN: JN8AF5MR3FT513022 )

4 Trailers )

$44.29 in funds from First Horizon Bank account ending in 3194 )

$94,971.58 in funds from Bank OZK, Fort Smith, AR account ending in1863 )

$225.95 in funds from IBC Bank, Fort Smith, AR )

account ending in 0124 )
$9,046.29 in funds from BancFirst, Oklahoma City, )
OK account ending in 4027 )
)
$44,840.37 in funds from BancFirst, Oklahoma )
City, OK account ending in 9512 )
)
$22,843.23 in funds from BancFirst, Oklahoma )
City, OK account ending in 7788 )
)
$72,008.59 in funds from Valliance Bank, Fort )
Smith, AR account ending in 4208 )
)
$20,858.19 in funds from Valliance Bank account )
ending in 7046 )
)
$101,754.95 in funds from Valliance Bank account )
ending in 7970 )
)
$833.96 in funds from Bank of Oklahoma account )
ending in 7502 )
)
$14,062.61 in funds from Bank of Oklahoma )
account ending in 0157 )
)
$2,094.00 in funds from Bank of Oklahoma account )
ending in 2749 )
)
$25.06 in funds from Bank of Oklahoma account )
6456 )
)
$52,493.00 U.S. Currency )
)
One Aria Casino $5,000 Poker Chip )
)
29 pairs of shoes )
)
5 paintings, 3 prints and 1 poster )
)
1 Louis Vuitton handbag )
)
Miscellaneous jewelry items to include rings, )
necklaces and pendants, earrings, ladies Rolex )
watch )

3 framed sports collectible jerseys )

Black cabinet sound console with assorted analog boards, power supplies, and equalizers )

Wood cabinet sound console with assorted analog boards, sound processing and equalizers )

API Legacy Sound Console with Computer Screen and Power Supply, black )

Miscellaneous music equipment to include, guitars and cases, cymbals, drums and stools, piano/ keyboards, amplifiers and cases, speakers, headphones, microphones and stands, tambourines, violins, toms, guitar straps/strings/picks/stands/ pedals, power and adapter cords and cables, square reader for credit cards, light systems, guitar seats, soundproof tiles, hard drives, )

DEFENDANTS )

**JOINT STATUS REPORT**

Pursuant to the Court's Order (Doc. 137) granting Claimant's Motion to Stay (Doc. 135), the plaintiff, United States of America, by and through the United States Attorney for the Western District of Arkansas, and claimants, James J. Taylor, Jr., Celesta Taylor, Maehunt Farm, LLC, and Maehunt Sport Horses ("Claimants"), file this Joint Status Report, as required.

1. On November 23, 2021, a Complaint for Forfeiture in Rem was filed with this Court against the above-captioned Defendant assets, alleging that the Defendant assets were subject to forfeiture because they represent proceeds of health care fraud, represent proceeds of conspiracy to commit health care fraud, and/or represent proceeds of money laundering and/or were involved in money laundering offenses. (Doc. 2).
2. Multiple claims were filed to some but not all the Defendant assets, including a claim

    filed by Claimants. (Doc. 39). All known potential claimants have received notice of this matter (Docs. 5—34), and any unknown claimants have been given notice by publication (Doc. 42). The time to file claims has expired.

3. On June 8, 2023, related criminal proceedings were completed with the sentencing of the Billy Taylor, however the Government's investigation into related criminal activity concerning additional targets of the Taylor investigation continued.   Those additional targets have been notified of their status.

4. On January 30, 2024, the Claimants filed a Motion to Stay the proceedings relying upon 18 U.S.C. § 981(g)(2)(A): "Upon the motion of the claimant, the court shall stay the civil forfeiture proceeding with respect to the claimant if the court determines that – (a) the claimant is the subject of a related criminal investigation or case[.]"

5. The Government represents to the Court that the parallel criminal investigation is near its conclusion and that the Government will either seek an Indictment or will conclude its criminal investigation prior to the expiration of the stay on August 2, 2024.

6. The Parties are engaging in discussions concerning the conduct uncovered in the criminal investigation and the assets that are the subject of the forfeiture action herein. It is anticipated that these assets will be addressed either through inclusion in a criminal forfeiture allegation or through negotiated resolution prior to the expiration of the current Stay. *See* Doc. 137.

For the reasons stated herein, the Parties represent they have been diligent, respectfully submit this Joint Status Report as required in the Court's Order of February 2, 2024, and request that the stay of proceedings continue in effect.

Respectfully submitted,

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: /s/Benjamin Wulff

Benjamin Wulff
Assistant United States Attorney
Arkansas Bar No. 2005190
414 Parker Avenue
Fort Smith, Arkansas 72901
479-783-5125
Ben.Wulff@usdoj.gov

And

ATTORNEY FOR CLAIMANTS,
MACK MARTIN,
MARTIN LAW OFFICE

By: /s/Mack K. Martin

Mack K. Martin
125 Park Avenue
Fifth Floor
Oklahoma City, OK 73102
Telephone: (405) 236-8888
Facsimile: (405) 236-8844
Mack@Martinlawoffice.net