# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                         PLAINTIFF   )<br>                                     )<br>v.                                   )<br>                                     )<br>2019 Black Mercedes-Benz 3500XD Crew,)<br>VIN: WD4PF4CDXKP155500              )<br>                                     )<br>2017 White Tesla Model X, VIN:       )<br>5YJXCAE48HF075775                    )<br>                                     )<br>1962 Red/Cream Chevrolet Impala, VIN:)<br>21769K160645                         )<br>                                     )<br>2015 White Toyota 4-Runner, VIN:     )<br>JTEBU5JR9F5238248                    )<br>                                     )<br>2019 White BMW X3, VIN:              )<br>5UXTS3C5XKLR73709                    )<br>                                     )<br>2020 Can-Am Maverick X3, VIN:        )<br>3JBVXAV4XLK001577                    )<br>                                     )<br>2020 Yellow Honda TRX420FA2L Rancher ATV, )<br>VIN: 1HFTE4192L4600458               )<br>                                     )<br>2019 Blue/Orange Bombardier 35KA Wake 155, )<br>Hull Number: YDV45515A919            )<br>                                     )<br>2019 Blue/Orange Bombardier 35KA Wake 155, )<br>Hull Number: YDV41862K819            )<br>                                     )<br>2015 White Rolls Royce Wraith, VIN:  )<br>SCA665C56FUX85372                    )<br>                                     )<br>2014 Black Porsche Panamera, VIN:    )<br>WP0AF2A76EL083482                    )<br>                                     )<br>2020 White Chevrolet Silverado 1500 Crew Cab, )<br>VIN: 1GCUYGED0LZ253284               )  | Civil No. <u>2:21-CV-02189</u> |

| | |
|---|---|
| 2021 Black GMC Yukon Denali, VIN: 1GKS1DKL1MR116205 | ) ) ) |
| 2020 Black Ford F-450, VIN: 1FT8W4DT9LEC83745 | ) ) ) |
| 2021 White Four Star Trailer, VIN: 4FKHG372XM0039028 | ) ) ) |
| 1998 Red Dodge Ram 2500, VIN: 3B7KF2660WM245434 | ) ) ) |
| 2017 Black Cadillac Escalade, VIN: 1GYS4DKJ8HR389417 | ) ) ) |
| 2011 Black Mercedes-Benz GLK Class Utility, VIN: WDCGG8HB3BF642818 | ) ) ) |
| Toro Riding Lawnmower, Model Number: 75755 | ) ) |
| 2012 White Ford Commercial Transit Connect Cargo Van, VIN: NM0LS7AN7CT091388 | ) ) ) |
| 2021 Black Karavan Trailer, VIN: 5KTUS1413KF519784 | ) ) ) |
| 2011 Red Polaris Ranger, VIN: 4XAWH50A1BB413732 | ) ) ) |
| 2021 White Cadillac Escalade Platinum, VIN: 1GYS4GKL4MR297394 | ) ) ) |
| 2015 Gray Nissan Juke, VIN: JN8AF5MR3FT513022 | ) ) ) |
| 4 Trailers | ) ) |
| $44.29 in funds from First Horizon Bank account ending in 3194 | ) ) ) |
| $94,971.58 in funds from Bank OZK, Fort Smith, AR account ending in1863 | ) ) ) |
| $225.95 in funds from IBC Bank, Fort Smith, AR | ) |

| | |
|---|---|
| account ending in 0124 | ) |
| | ) |
| $9,046.29 in funds from BancFirst, Oklahoma City, OK account ending in 4027 | ) ) |
| | ) |
| $44,840.37 in funds from BancFirst, Oklahoma City, OK account ending in 9512 | ) ) |
| | ) |
| $22,843.23 in funds from BancFirst, Oklahoma City, OK account ending in 7788 | ) ) |
| | ) |
| $72,008.59 in funds from Valliance Bank, Fort Smith, AR account ending in 4208 | ) ) |
| | ) |
| $20,858.19 in funds from Valliance Bank account ending in 7046 | ) ) |
| | ) |
| $101,754.95 in funds from Valliance Bank account ending in 7970 | ) ) |
| | ) |
| $833.96 in funds from Bank of Oklahoma account ending in 7502 | ) ) |
| | ) |
| $14,062.61 in funds from Bank of Oklahoma account ending in 0157 | ) ) |
| | ) |
| $2,094.00 in funds from Bank of Oklahoma account ending in 2749 | ) ) |
| | ) |
| $25.06 in funds from Bank of Oklahoma account 6456 | ) ) |
| | ) |
| $52,493.00 U.S. Currency | ) |
| | ) |
| One Aria Casino $5,000 Poker Chip | ) |
| | ) |
| 29 pairs of shoes | ) |
| | ) |
| 5 paintings, 3 prints and 1 poster | ) |
| | ) |
| 1 Louis Vuitton handbag | ) |
| | ) |
| Miscellaneous jewelry items to include rings, necklaces and pendants, earrings, ladies Rolex | ) ) |

| | |
|---|---|
| watch | ) |
| | ) |
| 3 framed sports collectible jerseys | ) |
| | ) |
| Black cabinet sound console with assorted analog boards, power supplies, and equalizers | ) ) ) |
| | ) |
| Wood cabinet sound console with assorted analog boards, sound processing and equalizers | ) ) ) |
| | ) |
| API Legacy Sound Console with Computer Screen and Power Supply, black | ) ) ) |
| | ) |
| Miscellaneous music equipment to include, guitars and cases, cymbals, drums and stools, piano/ keyboards, amplifiers and cases, speakers, headphones, microphones and stands, tambourines, violins, toms, guitar straps/strings/picks/stands/ pedals, power and adapter cords and cables, square reader for credit cards, light systems, guitar seats, soundproof tiles, hard drives, | ) ) ) ) ) ) ) ) ) ) |
| DEFENDANTS | ) |

**AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT OF FORFEITURE AS TO SPECIFIC ITEMS OF DEFENDANT PROPERTY**

I, BENJAMIN WULFF, hereby declare, certify, verify, and state:

1. I am an Assistant United States Attorney for the Western District of Arkansas;

2. This Affidavit is executed by me in accordance with Rule 55(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1746 for the purpose of enabling the Plaintiff, the United States of America, to obtain a default judgment against the below-listed Defendant property and against all persons claiming an interest in the Defendant property, for failure to make a timely claim, answer, or otherwise defend as to the Plaintiff's complaint *in rem* for forfeiture.

3. On November 23, 2021, the Plaintiff filed a Complaint for Forfeiture *in rem* alleging that the Defendant property should be forfeited to the United States pursuant to 18 U.S.C.

§§ 981(a)(1)(C) as the proceeds of health care fraud or conspiracy to commit health care fraud, and 18 U.S.C. §§ 981(a)(1)A) & (a)(1)(C) as the proceeds of money laundering or property involved in money laundering offenses.  (Doc. 2).

4. Pursuant to Rule G(4)(b)(i) & (ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure ("Supplemental Rule G"), a written notice of civil forfeiture against the Defendant Property along with a copy of the verified complaint in rem was sent via United States mail to all known claimants.  (Docs. 5-34, 74).  The Notice of Complaint for Forfeiture and a copy of the Complaint for Forfeiture in rem were served on the known potential claimants.  (Docs. 55-71, 75, 79-91).

5. The Notice informed the known potential claimants that the Defendant Property had been arrested, that this civil forfeiture action as pending, that they had at least 35 days from the date the Notice was sent to file a verified claim, and 21 days after filing the verified claim to file an answer.  Further, for guidance in the preparation of a claim and answer, the Notice referred the person or entity to Supplemental Rule G(5), and warned that if this Rule was not followed that a default judgment of forfeiture would be rendered.

6. Notice of this civil forfeiture action against the Defendant property was published for 30 consecutive days on an official Government internet site (www.forfeiture.gov) beginning on December 2, 2021, as evidenced by the Proof of Publication filed with this Court on January 3, 2022.  (Doc. 42).

### JAMES J. TAYLOR, CELESTA TAYLOR, MAEHUNT FARM, LLC & MAEHUNT SPORT HORSES, LLC CLAIMS

7. On November 30, 2021, Plaintiff sent a Notice of Complaint for Forfeiture along with a copy of the Complaint to Claimants James J. Taylor (Doc. 18), Celesta Taylor (Doc. 12),

Maehunt Farm, LLC (Doc. 25), and Maehunt Sport Horses, LLC (Doc. 26) along with instructions for perfecting a claim as to any of the Defendant Property. The Taylor Claimants were also served by certified mail as evidenced by the Affidavit of Service filed with the Court on October 13, 2022. (Docs. 82, 84, 86, and 87).

    8.    On December 27, 2021, the Taylor Claimants filed a verified claim for the following Defendant property:

    a.    Item #833, 2020 Black Ford F-450, VIN: 1FT8W4DT9LEC83745;

    b.    Item #834, 2021 White Four Star Trailer, VIN: 4KHG372XM0039028;

    c.    Item #835, 1998 Red Dodge Ram 2500, VIN: 3B7KF2660WM245434;

    d.    Item #850, $44,840.37 in funds from Bank Account ending in 9512 in the name of James J. Taylor and Celesta Brooke Taylor at BancFirst in Oklahoma City, OK;

    e.    Item #851, $22,843.23 in funds from Bank Account ending in 7788 in the name of Maehunt Sport Horses, LLC, at BancFirst in Oklahoma City, OK; and

    f.    Item #855, $101,754.95 in funds from Bank Account ending in 7970 in the name of Makarios Group, LLC at Valliance Bank.

    (Doc. 39).

    9.    The Taylor Claimants later answered the Plaintiff's complaint on January 11, 2022. (Doc. 45).

    10.    On September 12, 2022, the Plaintiff moved the Court to authorize an interlocutory public judicial sale of three items of the Defendant property claimed by the Taylor Claimants, specifically Item #833, 2020 Black Ford F-450, VIN: 1FT8W4DT9LEC83745; Item #834, 2021, White Four Star Trailer, VIN: 4KHG372XM0039028; and Item #835, 1998 Red Dodge Ram 2500,

VIN: 3B7KF2660WM245434, alleging that the necessary delays in litigating the forfeiture action would cause additional storage costs and the risk of depreciation of the asset. (Doc. 77).

11. On October 6, 2022, the Court authorized the sale of these three items and ordered the United States Marshals Service to deposit the net proceeds of the sale in an interest-bearing account pending further order of the Court. (Doc. 78).

12. On August 12, 2024, the Taylor Claimants dismissed all claims submitted to items of Defendant property, Items # 833, 834, 835, 850, 851, and 855 pursuant to Fed. R. Civ. P. 41(c). (Doc. 140).

13. No further claims exist as to Items #833-835, 850, 851, and 855 or their net proceeds as a result of the interlocutory sale.

## DANIEL COOK CLAIM TO ITEM #820

14. On November 30, 2021, Plaintiff sent a Notice of Complaint for Forfeiture along with a copy of the Complaint to Claimant Daniel Cook ("Claimant Cook") and instructions for perfecting a claim as to any of the Defendant Property. (Doc. 14). Claimant Cook was served with the Notice and Complaint by certified mail on December 2, 2021, as evidenced by Plaintiff's Affidavit of Service. (Doc. 60).

15. On December 8, 2021, Claimant Cook filed a *pro se* unverified claim to Item #820, 1962 Red/Cream Chevrolet Impala, VIN: 21769K160645. (Doc. 35). Claimant Cook never filed an answer as required by Supplemental Rule G(5).

16. On September 12, 2022, the Plaintiff moved the Court to authorize an interlocutory public judicial sale of the item of Defendant property claimed by Cook, specifically Item #820, 1962 Red/Cream Chevrolet Impala, VIN: 21769K160645, alleging that the necessary delays in

litigating the forfeiture action would cause additional storage costs and the risk of depreciation of the asset. (Doc. 77).

17. On October 6, 2022, the Court authorized the sale of this item and ordered the United States Marshals Service to deposit the net proceeds of the sale in an interest-bearing account pending further order of the Court. (Doc. 78).

18. Between June 1, 2023, and June 29, 2023, Claimant Cook was subsequently advised of the deficiencies of his claim and answer and given an opportunity to cure. (Doc. 126 at 6-7). Claimant Cook failed to advance his claim, file an answer, or otherwise respond to the Plaintiff's forfeiture. *Id*.

19. On July 27, 2023, Plaintiff moved to strike Claimant Cook's claim for failing to file an answer as required by Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. *Id*.

20. On November 13, 2023, the Court granted the Plaintiff's motion to strike Claimant Cook's claim finding that he had abandoned his claim. (Doc. 131, text only order).

21. No further claims exist as to Item #820 or its net proceeds as a result of the interlocutory sale.

## MIRANDA PLUM CLAIM TO ITEM #832

22. On November 30, 2021, Plaintiff sent a Notice of Complaint for Forfeiture along with a copy of the Complaint to Claimant Miranda Plum ("Claimant Plum") and instructions for perfecting a claim as to any of the Defendant Property. (Doc. 29). Claimant Plum was served with the Notice and Complaint by certified mail on December 2, 2021, as evidenced by the Affidavit of Service filed with the Court. (Doc. 68).

23. On January 14, 2022, Claimant Plum filed a *pro se* claim to Item #832, 2021 Black GMC Yukon Denali, VIN: 1GKS1DKL1MR116205. (Doc. 46). Claimant Plum never filed an answer as required by Supplemental Rule G(5).

24. On September 12, 2022, the Plaintiff moved the Court to authorize an interlocutory public judicial sale of the item of Defendant property claimed by Plum, specifically Item #832, 2021 Black GMC Yukon Denali, VIN: 1GKS1DKL1MR116205, alleging that the necessary delays in litigating the forfeiture action would cause additional storage costs and the risk of depreciation of the asset. (Doc. 77).

25. On October 6, 2022, the Court authorized the sale of this item and ordered the United States Marshals Service to deposit the net proceeds of the sale in an interest-bearing account pending further order of the Court. (Doc. 78).

26. Beginning in July of 2023, Claimant Plum was advised of the deficiencies of her answer and given an opportunity to cure. (Doc. 127 at 6-7). Claimant Plum failed to file an answer, or otherwise respond to the Plaintiff's forfeiture. *Id*.

27. On November 13, 2023, the Court granted the Plaintiff's motion to strike Claimant Plum's claim finding that she had abandoned her claim. (Doc. 132, text only order).

28. No further claims exist as to Item #832 or its net proceeds as a result of the interlocutory sale.

## ALL CLAIMS REFERENCED HEREIN

29. The United States of America took all reasonable measures to ensure that all known and unknown claimants received a notice of these proceedings in a timely fashion. To date, however, no other person or entity has filed a verified claim contesting the forfeiture of the

Defendant property items #820, 832, 833, 834, 835, 850, 851, and 855.  Upon information and belief, no person or entity thought to have an interest in these items of Defendant Property is an infant, incompetent, or presently engaged in military service.

30. Therefore, all possible claimants have been noticed and have failed to appear or otherwise defend their interests, and the United States of America is entitled to a judgment of forfeiture as to the Defendant property items:

a. The proceeds of item #820, 1962 Red/Cream Chevrolet Impala, VIN: 21769K160645;

b. The proceeds of item #832, 2021 Black GMC Yukon Denali, VIN: 1GKS1DKL1MR116205;

c. The proceeds of item #833, 2020 Black Ford F-450, VIN: 1FT8W4DT9LEC83745;

d. The proceeds of item #834, 2021 White Four Star Trailer, VIN: 4KHG372XM0039028;

e. The proceeds of item #835, 1998 Red Dodge Ram 2500, VIN: 3B7KF2660WM245434;

f. Item #850, $44,840.37 in funds from Bank Account ending in 9512 in the name of James J. Taylor and Celesta Brooke Taylor at BancFirst in Oklahoma City, OK;

g. Item #851, $22,843.23 in funds from Bank Account ending in 7788 in the name of Maehunt Sport Horses, LLC, at BancFirst in Oklahoma City, OK; and

h. Item #855, $101,754.95 in funds from Bank Account ending in 7970 in the name of Makarios Group, LLC at Valliance Bank,

all without the necessity of notice to any other person or entity.

31. Pursuant to 28 U.S.C. § 1746, I hereby declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14th day of August, 2024.

                Respectfully submitted,

                DAVID CLAY FOWLKES
                UNITED STATES ATTORNEY

                */s/ Benjamin Wulff*

By

                Benjamin Wulff
                Assistant United States Attorney
                Arkansas Bar No. 2005190
                414 Parker Avenue
                Fort Smith, Arkansas 72901
                479-783-5125
                Ben.Wulff@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 14th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

  Mack K. Martin, Attorney for previous claimants James J. Taylor, Jr., Celesta Taylor, and Maehunt Farm, LLC; and

  Kimberly R. Weber, Attorney for claimant Brant Jolly

*/s/ Benjamin Wulff*
Benjamin Wulff
Assistant U.S. Attorney
